**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hot Crete, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2560054** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1630 County Road 279**<br>Number   Street | **2010 Brushy Creek Road Unit A**<br>Number   Street |
| | | **Liberty Hill**  **TX**  **78642**<br>City       State  Zip Code | **Cedar Park**  **TX**  **78613**<br>City       State  Zip Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | **WILLIAMSON**<br>County | Number   Street |
| | | | City       State  Zip Code |

| 5. | **Debtor's website (URL)** | |
|---|---|---|

---

Debtor **Hot Crete, LLC**      Case number (if known) _____
      Name

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business:**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2381**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Hot Crete, LLC**     Case number *(if known)* _____
      Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                      MM/DD/YYYY
      District _____ When _____ Case number _____
                                      MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
      District _____ When _____
                                      MM/DD/YYYY
      Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number       Street

        _____
        City       State       ZIP Code

    **Is the property insured?**

    ☒ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

Debtor **Hot Crete, LLC**  
Name

Case number *(if known)* _____

## Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    - ☒ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated assets**

    | | | |
    |---|---|---|
    | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
    | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
    | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
    | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
    | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
    | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
    | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03/22/2024
    MM / DD / YYYY

    ✗ **/s/ Edgar Castro**                                **Edgar Castro**
    Signature of authorized representative of debtor       Printed name

    Title  **President**

Debtor **Hot Crete, LLC**
Name

Case number *(if known)*

18. **Signature of attorney**

✗ **/s/ Todd Headden**
Signature of attorney for debtor

Date **03/22/2024**
MM / DD / YYYY

**Todd Headden**
Printed name

**Hayward PLLC**
Firm name

**7600 Burnet Road, Suite 530**
Number        Street

**Austin**
City

**TX**
State

**78757**
ZIP Code

**(737) 881-7100**
Contact Phone

**theadden@haywardfirm.com**
Email address

Bar number

**Texas**
State

## United States Bankruptcy Court

### Western District of Texas

In re  **Hot Crete, LLC**                Case No.
              Debtor(s)                  Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  3/22/2024                    /s/ **Edgar Castro**
                                    **Edgar Castro**
                                    Signature of Debtor

Copyright © Financial Software Solutions, LLC

Adrian Silva & Francis Silva
c/o Shannon E. Loyd
Loyd & Pollom, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249


Alan "AJ" E. Miller, Jr.
206 Tavish Trail
Austin, TX 78738


Amerisure Insurance Company
Attn: Brad Cox
2677 Halsted Rd
Farmington, MI 48331


Arcosa Aggregates Texas, LLC
PO Box 911205
Dallas, TX 75373-1205


Arcosa Material, Inc.
1112 E Copeland, Ste. 500
Arlington, TX 76011


Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339-1535


Baird Services, LLC
15029 Cabrillo Way
Austin, TX 78738-4169


Baird Services, LLC d/b/a Premier Pools and Spas
Attn: Brady S. Baird, Registered Agent
18413 Tanner Bayou Loop
Austin, TX 78738

**Barnett & Garcia**
**Attn: Matias Eduardo Garcia**
**3821 Juniper Trace, Suite 108**
**Austin, TX 78738**

**Barrett Daffin Frappier Turner & Engel. LLP**
**Attn: Robert D. Forster, II**
**4004 Belt Line Road, Suite 100**
**Addison, TX 75001**

**Blue Haven, Inc.**
**715 Discovery Blvd.**
**Cedar Park, TX 78613**

**Brad Wheeler**
**c/o David C. Wenholz**
**Wenholz | Dow, P.C.**
**9433 Bee Caves Rd., Ste 1-200**
**Austin, TX 78733**

**Cameron and Julie Treece**
**1900 Forest Meadow Cove**
**Round Rock, TX 78665**

**Capital One Spark Business**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

**Caronna Residential Pool**
**219 Peck Street**
**Kyle, TX 78640**

**CEMEX Construction Materials South, LLC**
**10100 Katy Freeway, Ste 300**
**Houston, TX 77043-5267**

Copyright © Financial Software Solutions, LLC

**Central Texas Regional Mobility Authority**
**3300 N IH-35, Suite 300**
**Austin, TX 78705**

**CHANAS AGGREGATES, LLC**
**7850 E. State Hwy. 29**
**Llano, TX 78643**

**Christopher Fontenot & Ashley Fontenot**
**c/o Matthew Frank Amos**
**Lovein Ribman, P.C.**
**1225 S Main St., Ste. 200**
**Grapevine, TX 76051-5648**

**Cody Pools, Inc.**
**c/o John P. Ferguson**
**Ferguson Law Practice, PLLC**
**1017 RR 620 S, Ste. 222**
**Austin, TX 78734**

**Cole Strawbridge**
**601 Bayou Bend Drive**
**Buda, TX 78610**

**Commercial Collectors, Inc.**
**Attn: Laura Staley**
**P.O. Box 337**
**Montrose, MN 55363**

**CRF Solutions**
**2051 Royal Ave.**
**Simi Valley, CA 93065**

**Custard Insurance Adjusters, Inc.**
**Attn: George Taylor**
**2101 S IH 35**
**Suite 212**
**Austin, TX 78741**

**Daron Lindemann & Cara Lindemann**
**c/o Joshua Denson Wilson**
**The J.D. Wilson Law Firm, PLLC**
**1000 Heritage Center Cir**
**Round Rock, TX 78664-4463**


**Dave and Shiella Morris**
**3329 Vasquez Place**
**Round Rock, TX 78665**


**David Lambert & Cheryl Lambert**
**c/o Shanon Keith Stanfield**
**SKS Law, PLLC**
**316 W 12th Street, 5th Floor**
**Austin, TX 78701**


**David Nicholas Verell & Amanda Verell**
**c/o Joshua Crowley**
**Almanza, Blackburn, Dickie & Mitchell LLP**
**3201 S. Capital of Texas Highway, Building H**
**Austin, TX 78746**


**David Nicholas Verell & Amanda Verell**
**c/o Noel L. Stout**
**Almanza, Blackburn, Dickie & Mitchell LLP**
**2301 S. Capital of Texas Highway, Building H**
**Austin, TX 78746**


**Diego Suarez and Laurie Lara**
**c/o National Fire Insurance Company of Hartford**
**Attn: Belinda Walker**
**P.O. Box 2469**
**BREA, CA 92822**


**Edgar Castro**
**6650 CR 200**
**Liberty Hill, TX 78642**

Copyright © Financial Software Solutions, LLC

Esteban Gutierrez & Larisa Gutierrez
c/o Shannon E. Loyd
Loyd & Pollom, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249


Express Materials Services, LLC
556 S HWY-95
Elgin, TN 78621


Fausto Castro
210 Brushy Creed Rd.
Cedar Park, TX 78613


Federated Mutual Insurance Company
9001 Airport Fwy Suite 500
North RIchland Hills, TX 76180


Federated Reserve Insurance Company
121 East Park Square
Owatonna, MN 55060


Fleetistics
15310 Amberly Dr., Suite 250
Tampa, FL 33647


Fleetistics
1936 Bruce B Downs Blvd. #505
Wesley Chapel, FL 33544


Frankie and Teresa Camacho
801 Cottonbowl Dr
Taylor, TX 76574

Copyright © Financial Software Solutions, LLC

Frost Bank
111 W. Houston St. 111 W.
San Antonio, TX 78205


Frost Bank
c/o Frost Leasing
3838 Rogers Road
San Antonio, TX 78251


Frost Bank
La Frontera Financial Center
P.O. Box 1600
San Antonio, TX 78296


Hasten Energy Solutions
405 N Post Oak Ln
Houston, TX 77024-5913


Hill Country Electric Supply
3003 N. E. LOOP 410, SUITE 101
San Antonio, TX 78218


Hillard Dozer, LP
12495 Reeds Lake Loop
Temple, TX 76501


James Murdock & Jessica Murdock
724 Buffalo Trail
Liberty Hill, TX 78642


James Todd Green
c/o Charles Robert Dorsett, Jr.
Dorsett Johnson & Cisneros
3503 Wild Cherry Drive, Building 6
Austin, TX 78738

**Janell Gregerson**
**c/o Michael Lovins**
**Lovins | Trosclair PLLC**
**1301 S Capital of Texas Hwy.**
**Building A, Suite 136**
**Austin, TX 78746**

**Jeffry Colton 'Colt' Tucker**
**Law Office of J. Colt Tucker, PLLC**
**1811 W. Park Row Drive**
**Arlington, TX 76013**

**Jennifer Johnson**
**c/o Michael Lovins**
**Lovins | Trosclair PLLC**
**1301 S Capital of Texas Hwy.**
**Building A, Suite 136**
**Austin, TX 78746**

**Jeremy Spicer & Elizabeth Spicer**
**c/o David M. Gottfried**
**Gottfried Alexander Law Firm**
**1505 W 6th St.**
**Austin, TX 78703**

**Jeronimo Jaimes**
**2221 Drue Ln**
**Cedar Park, TX 78613**

**Jesse and Kathy Eckard**
**5706 Como Cove**
**Round Rock, TX 78665**

**Jon Samuelson**
**2501 Rockingham Dr**
**Austin, TX 78704**

Copyright © Financial Software Solutions, LLC

**Juan Flores**
**19801 Chayton Circle**
**Pflugerville, TX 78660**

**Justin and Brittany Burdette**
**400 Hyltin Street**
**Hutto, TX 78634**

**Justin Fischer**
**c/o Michael Lovins**
**Lovins | Trosclair PLLC**
**1301 S Capital of Texas Hwy.**
**Building A, Suite 136**
**Austin, TX 78746**

**Kahana | Feld**
**Attn: Ronald Max Raydon**
**One Greenway Plaza, Ste. 350**
**Houston, TX 77046**

**Kimberly Mills & Edward Mills**
**12404 Wire Road**
**Leander, TX 78641**

**Kinsale Insurance**
**Attn: Doug Dubois**
**2035 Maywill Street, Suite 100**
**Richmond, VA 23230**

**Kyle Dickerson**
**184 Dos Lagos Dr**
**Buda, TX 78610**

**Law Firm of M. Matthew Williams, PLLC**
**Attn: M. Matthew Williams**
**248 Addie Roy Road, Suite B204**
**Austin, TX 78746**

**Law Office of Nicholas Bressi**
**P.O. Box 162193**
**Austin, TX 78716**


**Lee Mitchell & Julie Califano**
**c/o Shannon E. Loyd**
**Loyd & Pollom, PLLC**
**12703 Spectrum Drive, Suite 201**
**San Antonio, TX 78249**


**Liberty Hill Truck Service**
**12830 TX-29**
**Liberty Hill, TX 78642**


**Martin Marietta Materials, Inc.**
**PO BOX 677061**
**Dallas, TX 75267-7061**


**Matthew Wensing**
**c/o Brian T. Smith**
**Dunn & Smith, LLP**
**755 E. Mulberry**
**San Antonio, TX 78212**


**McGinnis Law**
**Attn: Austin L. Jones**
**1111 W. 6th St., Bldg. B, Ste. 400**
**Austin, TX 78703**


**Melissa Jordan & Nick Russell**
**204 Scone Drive**
**Spicewood, TX 78669**


**Meri and Justin Krause**
**140 Hy Road**
**Buda, TX 78610**

**Motive**
**55 Hawthorne Street, Suite #400**
**San Francisco, CA 94105**


**Nadim & Elizabeth Elias**
**616 Furlong Drive**
**Austin, TX 78746**


**North Mill Equipment Finance**
**601 Merritt 7 #5**
**Nowalk, CT 06851**


**Omega CM Delta, LLC dba Omega Concrete Mixers**
**5465 Mills Civic Parkway, Suite 400**
**West Des Moines, IA 50266**


**Oscar Carreon**
**201 Lollipop Ln**
**Cedar Park, TX 78613**


**Paradise Hill County Enterprises, LLC**
**Attn: Britany L. Fletcher, Registered Agent**
**7451 W FM 243**
**Bertram, TX 78605**


**Partners Capital Group, Inc.**
**201 Sandpointe Ave, Suite 500**
**Santa Ana, CA 92707**


**Partners Capital Group, Inc.**
**20700 44th Avenue West, Suite 630**
**Lynnwood, WA 98036**

Phil Traina
c/o Pierce P. MacGuire
MacGuire Law, PLLC
609 W 15th St
Georgetown, TX 78626


Pools by Blue Haven, Inc.
7575 North Loop 1604 West
San Antonio, TX 78249


Pools By Blue Haven, Inc.
c/o Corel H. Atwood
7575 North Loop 1604 West
San Antonio, TX 78249


Pools by Blue Haven, Inc.
c/o Corley H. Atwood
715 Discovery Blvd., Ste 115
Cedar Park, TX 78613


Premier ATX Industries, LLC d/b/a Premier Pools and Spas
Attn: John Curl, Registered Agent
3450 County Road 255
Georgetown, TX 78633


Primary Source Insurance Agency, Inc.
121 East Park Square
Owatonna, MN 55060


Robert Werstler & Paula Werstler
c/o Shannon E. Loyd
Loyd & Pollom, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249


Rogers Residential Pool
861 Rollins Drive
Austin, TX 78738

Sachine Patel & Roopal Patel
c/o Shannon E. Loyd
Loyd & Pollom, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249


Southpaw Pools, Inc.
Attn: Todd Kinghorn
1358 Red Stag Place
Round Rock, TX 78665


Spark Root Construction, LLC
6700 Bridge Root Cove
Austin, TX 78746


Stearns Bank
500 13th St PO Box 750
Albany, MN 56307


Tazeen and Mohammed Dhedi
c/o Shannon E. Loyd
Loyd & Pollom, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249


Terri White & Rex White
c/o Jason Clay Spencer
Law Office of Jason C. Spencer
15104 Crosscreek Drive
Austin, TX 78737


Texas Department of Transportation
12719 Burnet Road
Austin, TN 78727


Texas Enterprises. Inc. dba Allied Sales Company
5005 E 7th Street
Austin, TX 78702

**Texas Lehigh Cement Company, LP**
**P.O. Box 610**
**Buda, TX 78610**


**Texas Lehigh Cement Company, LP**
**P.O. Box 736821**
**Dallas, TX 75373-6821**


**Texas Luxury Outdoors**
**c/o Sandra K. Jones, Registered Agent**
**121 Spur 121, Unit 427**
**Spicewood, TX 78669**


**Texas Luxury Outdoors**
**PO Box 427**
**Spicewood, TX 78669**


**The Huntington National Bank**
**11100 Wayzata Boulevard, Suite 700**
**Minnetonka, MN 55305**


**The Morales Firm, P.C.**
**Attn: Chuck Shipman**
**6243 W. Interstate 10, Suite 132**
**San Antonio, TX 78201**


**TransLease, Inc.**
**1400 W 62nd Ave**
**Denver, TX 80221**


**TransLease, Inc.**
**P.O. Box 211397**
**Denver, CO 80221**

**Vaseem Syed & Asra Syed**
**c/o Jon Michael Smith**
**3305 Northland Drive, Suite 500**
**Austin, TX 78731**

**Vernon and Rose Wheeler**
**511 San Gabriel Dr**
**Liberty Hill, TX 78642**

**Walters Balido & Crain**
**Attn: Jerry Ewing**
**10440 North Central Expressway,**
**Suite 1500**
**Dallas, TX 75231**

**Waterview Pools, Inc.**
**Attn: John Cody McFayden**
**13313 Kinder Pass**
**Austin, TX 78727**

**Wenholz | Dow, P.C.**
**c/o David C. Wenholz**
**9433 Bee Caves Rd., Ste. 1-200**
**Austin, TX 78733**

**WEX Inc.**
**1 Hancock Drive**
**Portland, ME 04101**

**WW Air Compressor**
**402 Burleson St**
**Smithville, TX 78957**