# Hot Crete LLC

## Statement of Cash Flows

March 22-31, 2024

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -5.00 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| **Net cash provided by operating activities** | **$ -5.00** |
| NET CASH INCREASE FOR PERIOD | **$ -5.00** |
| Cash at beginning of period | 50,101.62 |
| CASH AT END OF PERIOD | **$50,096.62** |

# Hot Crete LLC

## Balance Sheet

### As of March 31, 2024

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Checking - PPP 8115 | 0.00 |
| Donation | 900.00 |
| Hot Crete LLC (3563) | 48,931.92 |
| Petty Cash | 0.00 |
| Savings | 0.00 |
| **Total Bank Accounts** | **$49,831.92** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 27,159.53 |
| **Total Accounts Receivable** | **$27,159.53** |
| Other Current Assets | |
| Employee Advance | 0.00 |
| Undeposited Funds | 264.70 |
| **Total Other Current Assets** | **$264.70** |
| **Total Current Assets** | **$77,256.15** |
| Fixed Assets | |
| Air Compressor | 1.00 |
| Building - Shed | 51,050.00 |
| Depreciation | 15,086.26 |
| Equipment | 152,406.25 |
| 2001 Putzmesiter Katt-Kreter | -30,000.00 |
| 2016 Schwing Concrete Pump | 10,000.00 |
| 2019 Cementech CT-350 Silo ($639.94) | 47,529.04 |
| 2019 Reed Pump - Loan from Frost - $3,963.36 (Sale Pending) | 31,646.93 |
| 2019 Yanmar SV1 Excavator - ($2,259.60 Stearns Bank) | 118,683.81 |
| 2020 Putzmeister Pump | 89,102.30 |
| 2022 Silo - CP-Solutions (Fully Paid Off) | 42,851.45 |
| **Total Equipment** | **462,219.78** |
| Improvements | 39,598.40 |
| Office Equipment & Furniture | 1,641.39 |
| Trucks | 428,540.01 |
| 2005 Dodge Ram | 13,500.00 |
| 2007 Dodge Ram | 0.00 |
| CementTech M60 2019 Truck 1 - Loan from Translease (Asset ID 124090) | 141,425.65 |
| CementTech M60 2019 Truck 2 - Loan from Translease (Asset ID 124091) | 141,425.65 |
| Dodge Ram 2016 - Loan from Frost - $3,963.36 (Sale Pending) | 234,396.07 |
| Mack 2019 Truck 1 - Loan from Translease - $4278.21/$8,556.42 | 155,555.50 |

# Hot Crete LLC

## Balance Sheet

As of March 31, 2024

| | TOTAL |
|---|---|
| Mack 2019 Truck 2 - Loan from Translease - $4278.21/$8,556.42 | 155,555.50 |
| Peterbuilt 2012 - Loan from HNB - $3,583.63 | 215,017.80 |
| Peterbuilt 2015 - Loan from Ascentium - $3,645.24 | 262,457.28 |
| Peterbuilt 2020 - Loan from Ascentium - $5,051.84 | 303,110.40 |
| **Total Trucks** | **2,050,983.86** |
| **Total Fixed Assets** | **$2,620,580.69** |
| **TOTAL ASSETS** | **$2,697,836.84** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 458,939.01 |
| **Total Accounts Payable** | **$458,939.01** |
| Credit Cards | |
| Capital One | 17,821.23 |
| **Total Credit Cards** | **$17,821.23** |
| Other Current Liabilities | |
| Employee Loan | -1,750.00 |
| Jeronimo Jaimes Loan - $100,000 | 100,000.00 |
| Jeronimo Jaimes Loan - $60,000 | 0.00 |
| Line of Credit - Frost | 40,748.98 |
| Payroll Liabilities | 36,945.39 |
| Payroll Protection Program Loan | 0.00 |
| SBA Loan | 0.00 |
| Texas State Comptroller Payable | 24,423.85 |
| **Total Other Current Liabilities** | **$200,368.22** |
| **Total Current Liabilities** | **$677,128.46** |
| Long-Term Liabilities | |
| 2019 Mack Truck - Loan from Translease | 123,660.61 |
| Loan From Frost - Dodge Ram/Reed Pump - $3,963.36 ($42,540.25) | 36,627.18 |
| Loan from Stearns Bank - $2,011.59 | 37,283.19 |
| Loan from TCF - $1,945.97 | 40,352.46 |
| Mack 2020 - Loan from North Mill Credit - $5035.90/$5192.00 | 123,228.80 |
| Peterbuilt 2012 - Loan from HNB - $3,583.63 | 71,314.24 |
| Peterbuilt 2015 - Loan from Ascentium - $3,645.24 | 83,840.52 |
| Peterbuilt 2020 - Loan from Ascentium - $5,051.84 | 111,140.48 |
| Silo $639.94 - Translease | 0.00 |
| **Total Long-Term Liabilities** | **$627,447.48** |
| **Total Liabilities** | **$1,304,575.94** |

# Hot Crete LLC

## Balance Sheet

As of March 31, 2024

|  | TOTAL |
|---|---|
| Equity |  |
| Owner's Investment | 6,667.28 |
| Owner's Pay & Personal Expenses | -6,375.61 |
| Partner Contributions - Edgar Castro | 57,494.54 |
| Partner Contributions - Fausto Castro | 315,648.82 |
| Partner Distribution - Edgar Castro | -187,671.51 |
| Partner Distribution - Fausto Castro | -101,440.00 |
| Retained Earnings | 1,319,681.58 |
| Net Income | -10,744.20 |
| **Total Equity** | **$1,393,260.90** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,697,836.84** |

# Hot Crete LLC

## Profit and Loss

March 22-31, 2024

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
| Bank Charges & Fees | 5.00 |
| **Total Expenses** | **$5.00** |
| NET OPERATING INCOME | **$ -5.00** |
| NET INCOME | **$ -5.00** |

# Hot Crete LLC

## A/R Aging Summary

As of March 31, 2024

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Absolut Concrete |  |  |  |  | 1,280.00 | $1,280.00 |
| Juan Perez |  |  |  |  | -10.24 | $ -10.24 |
| New Wave Pools, Inc. |  |  |  |  | 22,185.00 | $22,185.00 |
| Polo's Masonry Construction LLC |  |  |  |  | 507.55 | $507.55 |
| SOUTHPAW POOLS, INC. |  |  | 3,118.92 |  |  | $3,118.92 |
| Travis Walden |  |  |  | 78.30 |  | $78.30 |
| TOTAL | $0.00 | $0.00 | $3,118.92 | $78.30 | $23,962.31 | $27,159.53 |

Frost

P.O. Box 1727 Austin, Texas 78767 Member FDIC

Customer Service
512-473-4500 OR 1-800-513-7678

```
                                                    STATEMENT ISSUED
                                                    03-29-2024
                                        1
                                                    Page 1 of 2

>>>                 HOT CRETE LLC
                    1630 COUNTY RD 279
                    LIBERTY HILL TX  78642

                                                    0

                    Interested in accepting in-store, online or mobile credit
                    and debit card payments? Frost Merchant Services can help.
                    Contact Customer Service at (800)513-7678 to get started.
```

## FROST BUSINESS CHECKING :  ACCOUNT NO. ████ 3563

| | DEPOSITS | | WITHDRAWALS | | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BALANCE THIS STATEMENT |
| 1,246.73-OD | 5 | 50,240.73 | 21 | 7,597.17 | 41,396.83 |

Activity Items Processed        10              Cash Withdrawals        $0.00

-------------------------------------------- DEPOSITS/CREDITS --------------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 03-04 | 106.40 | DEBIT CARD CREDIT | VBAS FRESHBOOKS        866-303-6061  DE  CARD: 6256265 |
| 03-05 | 49,451.03 | MOBILE DEPOSIT | |
| 03-19 | 61.89 | MOBILE DEPOSIT | |
| 03-19 | 276.60 | MOBILE DEPOSIT | |
| 03-19 | 344.81 | MOBILE DEPOSIT | |

-------------------------------------------- OTHER WITHDRAWALS/DEBITS --------------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|---|---|---|---|---|---|
| 03-01 | 201.77 | ELECTRONIC DEBIT | ATT | Payment | 741931001EPAYO |
| 03-01 | 35.00 | OVERDRAFT FEE | | | |
| 03-04 | 149.95 | DEBIT CARD RECURRING | HERITAGE BROADBAND | 512-5486932 | CARD: 4148407 |
| 03-04 | 2.00 | ELECTRONIC DEBIT | PAYPAL | INST XFER | GOOGLELLC GOOGL |
| 03-04 | 61.50 | ELECTRONIC DEBIT | Pedernales_Elec ELEC_BILL | 3001434406 | |
| 03-04 | 105.43 | ELECTRONIC DEBIT | ATT | Payment | 555598011EPAYW |
| 03-04 | 140.00 | OVERDRAFT FEE | | | |
| 03-05 | 46.85 | ELECTRONIC DEBIT | GATEWAY SERVICES WEBPAYMENT | | |
| 03-05 | 108.24 | ELECTRONIC DEBIT | PAYPAL | INST XFER | MICROSOFT |
| 03-05 | 115.13 | ELECTRONIC DEBIT | GOOGLE | APPS_COMME | US003ZKXUK |
| 03-05 | 386.25 | ELECTRONIC DEBIT | IPFS855-891-2621 IPFSPMTTXP 59683 | | |
| 03-08 | 122.73 | ELECTRONIC DEBIT | ADP PAYROLL FEES ADP FEES | 929532459176 | |
| 03-11 | 63.96 | DEBIT CARD RECURRING | INTUIT *QBooks Online | CL.INTUIT.COM | CARD: 6256265 |
| 03-11 | 1.25 | DEBIT CARD PURCHASE | MUNICIPAL ONLINE PAYME | 844-7244507 | CARD: 6256265 |
| 03-11 | 492.47 | DEBIT CARD PURCHASE | CITY OF LIBERTY HILL U | 512-7785449 | CARD: 6256265 |
| 03-12 | 341.25 | ELECTRONIC DEBIT | TRUSTED TAX AND  SALE | | |
| 03-14 | 2,763.21 | ELECTRONIC DEBIT | TEXAS ENTERPRISE WEB PMTS | J9114N | |
| 03-15 | 831.50 | DEBIT CARD RECURRING | MOTIVE 855-434-3564 | 855-434-3564 | CARD: 6256265 |
| 03-18 | 998.70 | LOAN PAYMENT | FROST BANK | LOAN PAYMT 66019919002 | |
| 03-18 | 7.48 | ELECTRONIC DEBIT | ADP Tax | ADP Tax | K7W2Z 4436952VV |
| 03-18 | 617.50 | ELECTRONIC DEBIT | TRUSTED TAX AND  SALE | | |
| 03-31 | 5.00 | SUBSCRIPTION | ONLINE BANKING FOR BUSINESS | | |

-------------------------------------------- DAILY BALANCE --------------------------------------------

| DATE | BALANCE | | DATE | BALANCE | | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 02-29 | 1,246.73- OD | | 03-08 | 46,835.85 | | 03-15 | 42,342.21 |
| 03-01 | 1,483.50- OD | | 03-11 | 46,278.17 | | 03-18 | 40,718.53 |
| 03-04 | 1,835.98- OD | | 03-12 | 45,936.92 | | 03-19 | 41,401.83 |
| 03-05 | 46,958.58 | | 03-14 | 43,173.71 | | 03-29 | 41,396.83 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

Please notify us of any changes of address immediately. To change your address, follow these instructions:

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____    Account Number _____
Account Number _____    Account Number _____
Account Number _____    Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

Page 2 of 2

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.



# Frost

P.O. Box 1727 Austin, Texas 78767  Member FDIC

512-473-4500 OR 1-800-513-7678

STATEMENT ISSUED
03-29-2024

Page 1 of 2

>>>

**HOT CRETE LLC**
**1630 COUNTY RD 279**
**LIBERTY HILL TX 78642**

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

## BUSINESS SAVINGS : ACCOUNT NO. ███████ 9988

|  | DEPOSITS | | WITHDRAWALS | | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BALANCE THIS STATEMENT |
| .00 | 0 | .00 | 0 | .00 | .00 |

------------------------------- DAILY BALANCE --------------------------------

| DATE | BALANCE | | DATE | BALANCE | | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 02-29 | .00 | | | | | | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the
Deposit Account Agreement and Other Disclosures.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____       Account Number _____
Account Number _____       Account Number _____
Account Number _____       Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

STATEMENT ISSUED
03-29-2024

Page 2 of 2

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| | | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| | | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| | | | |
| 5. **Your Account Balance** | $ _____ | | |
| | | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| | | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| | | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| | | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.