# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

### DEBTOR'S MOTION FOR INTERIM AND FINAL AUTHORITY FOR THE DEBTOR TO USE CASH COLLATERAL AND GRANTING RELATED RELIEF

COMES NOW, Hot Crete, LLC (the "Debtor" or "Hot Crete"), as Debtor and Debtor-in-Possession in the above captioned bankruptcy case and, pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 of the United States Bankruptcy Code (the "Bankruptcy Code"), and rules 4001(b), 6003, and 6004 of the Federal Rules of Bankruptcy Procedure, and files this *Motion for Interim and Final Authority For the Debtor to Use Cash Collateral and Granting Related Relief* (the "Motion"). The Debtor will respectfully show as follows::

## I. BACKGROUND

1. The Debtor commenced the case on March 22, 2024 (the "Petition Date") by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtor continues to operate its business as Debtor-in-Possession under sections 1107 and 1108 of the Bankruptcy Code. The Court has not appointed a trustee or examiner in this case.

3. The Debtor previously served pool construction companies by providing and spraying concrete shells for in-ground pools. Prior to filing the bankruptcy, Debtor ceased

operations due to its automobile insurance terminating. Since filing the petition, Debtor has positioned itself to liquidate its assets in this bankruptcy proceeding with a motion to employ a broker pending. The Debtor also anticipates filing a motion for authority to sell its equipment in the near future.

4. The Debtor's assets are generally: i) the vehicles, some of which are encumbered; ii) the cash in the pre-petition bank accounts with Frost Bank (Checking Acct.# 3563 & Savings Acct.# 9988); iii) an anticipated ERTC refund from the IRS; and, iv) potential legal claims.

5. Given the lack of ongoing operations, Debtor's monthly expenses are minimal. Specifically, the Debtor is looking to pay monthly insurance premiums, Google Suite licensing fees, and Quickbooks licensing fees. These expenses are necessary to keep the Debtor in a place to respond to various requests from past clients and potential claimants and maintain adequate insurance as statutorily required.

## II. JURISDICTION AND VENUE

6. The Debtor commenced the case by filing a petition for relief under chapter 11 of the Bankruptcy Code. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in the Western District of Texas because the Debtor's principal place of business is within the District.

7. The statutory basis for the relief requested herein are sections 105(a), 361, 363, and 364 of the Bankruptcy Code and rules 4001(b), 6003, and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## III. RELIEF REQUESTED

8. The Debtor has an immediate need to use the cash on hand in the Debtor's bank account and will be irreparably harmed if it is unable to use such cash or proceeds. Therefore,

Debtor seeks to use the Cash Collateral (defined below) which will enable it to maintain the status quo while it sells its equipment with an objective to provide a recovery for the creditors.

9. Section 363(c) of the Bankruptcy Code provides that a debtor-in-possession may use cash collateral if all interested entities consent or the Court, after a notice and a hearing, authorizes such use. Moreover, Section 363(e) of the Bankruptcy Code requires that the use of cash collateral be prohibited or conditioned as is necessary to provide adequate protection to persons that have an interest in cash collateral. *In re DeSardi*, 340 B.R. 790, 797 (Bankr. S.D. Tex. 2006). Jointly, these provisions authorize a debtor-in-possession to use a secured creditor's cash collateral if the relevant creditors consent or their collateral is adequately protected.

10. The burden to demonstrate that the cash constitutes cash collateral belongs to the party claiming an interest in that cash and is not the Debtor's burden to prove the contrary. *See* 11 U.S.C. § 363(o)(2).

11. While the Bankruptcy Code fails to define "adequate protection," section 361 offers non-exclusive examples of what may constitute adequate protection: (1) periodic cash payments equal to the reduction of the creditor's interest in the property; (2) an additional or replacement lien on other unencumbered property of the debtor; or (3) other relief that will provide the indubitable equivalent of the creditor's interest in the property. *See United Sav. Ass'n of Tex. V. Timbers of Inwood Forest Assocs., Ltd.*, 793 F.2d 1380, 1388 (5th Cir. 1986).

12. The Debtor may no longer be operating, however the Debtor can maximize the value of the estate by avoiding an emergency liquidation and will need to maintain insurance and the access to its business records until the assets are sold and proceeds realized. Additionally, the various homeowners and pool companies that utilized Hot-Crete's services will need the Debtor

to maintain access to its business records for claim processing purposes.[1] If the Debtor is not allowed to use the Cash Collateral, the business will fall into an emergency liquidation, certainly diminishing the return for all creditors, secured and unsecured. Here, Debtor proposes to use the Cash Collateral in accordance with the terms of the Budget, which is subject to revision, covering the listed expenses for the month of May 2024 and until a final hearing on the Motion can be heard. The essential terms for the proposed use of Cash Collateral are as follows:

-Pay insurance premiums including any past due amounts;

-Pay Google Suite and Quickbooks monthly licensing fees; and

-To the extend necessary, pay Ms. Faviola Castro as a contractor to respond to inquiries from insurance companies and legal counsel, including providing information necessary for the preparation of the Monthly Operating Reports.

13. Debtor reserves the right to seek additional expenses in the Final Cash Collateral for the payment of Ms. Faviola Castro as a contractor for the work completed for the benefit of the Debtor in responding to inquiries from insurance companies and legal counsel, including the preparation of the Monthly Operating Reports.

14. Bankruptcy Rule 4001(b) allows a court to authorize the use of cash collateral during the 15-day period following the filing of a motion if doing so would "avoid immediate and irreparable harm to the estate pending a final hearing." Here, the Debtor requires immediate access to the Cash Collateral to maintain its insurance policy and access to its business records.

15. ***Adequate Protection***

16. The Debtor offers the following adequate protection:

---

[1] The Debtor anticipates that certain pending litigation may be removed to the bankruptcy court.

MOTION FOR AUTHORITY TO USE CASH COLLATERAL

a. Frost Bank will be granted a replacement lien (the "***Replacement Lien***") pursuant to 11 U.S.C. § 361(2), solely to the extent Cash Collateral is used, in all cash the Debtor acquires or generates after the Petition Date, but solely to the same extent and priority as existed pre-petition and subject to a determination by the Court that any such creditor holds a fully perfected, enforceable pre-petition lien on cash;

b. The Replacement Lien will not attach to chapter 5 actions of the Debtor or the proceeds of the recovery upon such actions;

c. Pledge of an additionally unencumbered asset, a 2007 GMC Truck, identified in the Debtor's Schedules as asset No. 47.4 (the "Replacement Collateral"). For the avoidance of doubt, the Replacement Lien will attach to the Replacement Collateral and the proceeds from any sale of the Replacement Collateral.

d. Except as noted above regarding the Replacement Collateral, the Replacement Lien will not attach to any unencumbered property of the Debtor, if any, or the proceeds from any sale of any unencumbered or unpledged property, and the proceeds from any sale of any unencumbered property shall be deposited into a separate unencumbered account and, absent further order of the Court, shall not be subject to the Replacement Lien;

e. The Replacement Lien will not apply to any reduction in cash value caused from the payment of an expense that is later surcharged against any creditor's collateral based on Section 506(c) of the Bankruptcy Code;

f. Subject to the limiting conditions on the Replacement Lien, the Replacement Lien will be binding upon any subsequently appointed chapter 11 or chapter 7 trustee;

    g. The cash will be used to continue the status quo of the Debtor and therefore maximize the value of the estate to improve recovery for the creditors, the use of cash will be limited to the uses set forth above to assure that appropriate operating expenses are being paid and that no inappropriate expense is paid.

17. The Debtor believes that the terms of the proposed Interim Cash Collateral Order attached hereto as **Exhibit 1** is fair and reasonable under the circumstances. The Debtor asserts that the aggregate value of Lender's cash collateral will not diminish as a result of the use of cash in this case based upon the pledge of the Replacement Collateral.

18. Given that the interests of Frost Bank in the Cash Collateral will be adequately protected, it is in the best interest of the Debtor, its estate, and its creditors for the Debtor to maintain the status quo while liquidating its assets and for the Debtor to be authorized to use Cash Collateral.

### IV. NOTICE OF THIS MOTION

19. The Debtor has provided notice of the filing of this Motion either by electronic mail, facsimile, overnight mail, or regular postal mail to: (i) the Office of the United States Trustee; (ii) Frost Bank; (iii) the Texas Comptroller; (iv) Williamson County; and (v) all parties entitled tonotice pursuant to Bankruptcy Rule 2002 and Local Rule 9013..

WHEREFORE, the Debtor respectfully requests that the Court enter the Interim Order:

(a) Authorizing the Debtor to use the Cash Collateral in accordance with the Budget;

(b) Granting replacement and additional liens in accordance with paragraph 15 above;

(c) Scheduling a Final Hearing on the Motion for approximately twenty (20) days after the entry of the Interim Order on the Motion; and

(d) For such other relief as this Court deems just and proper..

Dated: May 10, 2024                                Respectfully submitted,

**HAYWARD PLLC**

By: /s/ *Todd Headden*
Todd Headden
Texas Bar No. 24096285
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
theadden@haywardfirm.com

***Proposed Attorneys for Hot Crete, LLC***

# **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically via the court's CM/ECF system on May 10, 2024 thus effecting service on any parties requesting service thereby. The foregoing was served on May 10, 2024 on all persons below and on the attached list via first class mail.

United States Trustee
903 San Jacinto Blvd, # 230
Austin, TX 78701

*United States Trustee*

Frost Bank, NA
701 Brazos
Austin, TX 78701

*Secured Lender*

Leslie Luttrell
Jessica Henry
Luttrell + Carmody Law Group
One International
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216

*Counsel for Frost Bank*

Hot-Crete, LLC
2010 Brushy Creek Road, Unit A
Cedar Park, Texas 78613

*Debtor*

Texas Comptroller of Public Accounts
Revenue Accounting Division- BK Div.
P.O. Box 13528 Capitol Station
Austin, TX 78711

*Texas Comptroller*

```
Label Matrix for local noticing        Hot Crete LLC                           U.S. BANKRUPTCY COURT
0542-1                                  2010 Brushy Creek Road                  903 SAN JACINTO, SUITE 322
Case 24-10303-smr                       Unit A                                  AUSTIN, TX 78701-2450
Western District of Texas               Cedar Park, TX 78613-3904
Austin
Fri May 10 08:23:24 CDT 2024

Adrian Silva & Francis Silva            Alan 'AJ' E. Miller, Jr.                Amerisure Insurance Company
c/o Shannon E. Loyd                     206 Tavish Trail                        Attn: Brad Cox
The Loyd Law Firm, PLLC                 Austin, TX 78738-1133                   2677 Halsted Rd
12703 Spectrum Drive, Suite 201                                                 Farmington, MI 48331
San Antonio, TX 78249-3493

Amerisure Insurance Company             Arcosa Aggregates Texas, LLC            Arcosa Material, Inc.
Attn: Brian Wilsher                     PO Box 911205                           1112 E Copeland, Ste. 500
P.O. Box 1515                           Dallas, TX 75373-1205                   Arlington, TX 76011-9805
Canonsburg, PA 15317-4515

(p)ASCENTIUM CAPITAL                    Baird Services, LLC                     Baird Services, LLC d/b/a Premier Pools and
Attn: Dominic Diloreto                  15029 Cabrillo Way                      Attn: Brady S. Baird, Registered Agent
239070 US 59 North                      Austin, TX 78738-4169                   18413 Tanner Bayou Loop
Kingwood, TX 77339                                                              Austin, TX 78738-6079

Barnett & Garcia                        Barrett Daffin Frappier Turner & Engel. LLP  Brad Wheeler
Attn: Matias Eduardo Garcia             Attn: Robert D. Forster, II             c/o David C. Wenholz
3821 Juniper Trace, Suite 108           4004 Belt Line Road, Suite 100          Wenholz
Austin, TX 78738-5514                   Addison, TX 75001-4320                   Dow, P.C.
                                                                                9433 Bee Caves Rd., Ste 1-200
                                                                                Austin, TX 78733-6138

Briggle & Polan, PLLC                   Bryan and Sherri Feeser                 CEMEX Construction Materials South, LLC
1609 Shoal Creek Blvd., Suite 301       205 Miracle Rose Way                    10100 Katy Freeway, Ste 300
Austin, TX 78701-1064                   Liberty Hill, TX 78642-4482             Houston, TX 77043-5267

CHANAS AGGREGATES, LLC                  CRF Solutions                           Cameron and Julie Treece
7850 E. State Hwy. 29                   2051 Royal Ave.                         1900 Forest Meadow Cove
Llano, TX 78643-3836                    Simi Valley, CA 93065-4621              Round Rock, TX 78665-5614

Capital One N.A.                        Capital One N.A.                        Capital One Spark Business
by American InfoSource as agent         by American InfoSource as agent         P.O. Box 60519
4515 N Santa Fe Ave                     PO Box 71083                            City of Industry, CA 91716-0519
Oklahoma City OK 73118-7901             Charlotte, NC  28272-1083

Caronna Residential Pool                Central Texas Regional Mobility Authority  Christopher Fontenot & Ashley Fontenot
219 Peck Street                         3300 N IH-35, Suite 300                 c/o Matthew Frank Amos
Kyle, TX 78640-4253                     Austin, TX 78705-1857                   Lovein Ribman, P.C.
                                                                                1225 S Main St., Ste. 200
                                                                                Grapevine, TX 76051-5648

Cody Pools, Inc.                        Cody Pools, Inc.                        Cody Pools, Inc.
701 Brazos, Suite 1050                  c/o Frank B. Lyon                       c/o John P. Ferguson
Austin, TX 78701-3232                   PO Box 50210                            Ferguson Law Practice, PLLC
                                        Austin, TX 78763-0210                   1017 RR 620 S, Ste. 222
                                                                                Austin, TX 78734-5628
```

| | | |
|---|---|---|
| Cole Strawbridge<br>601 Bayou Bend Drive<br>Buda, TX 78610-2784 | Commercial Collectors, Inc.<br>Attn: Laura Staley<br>P.O. Box 337<br>Montrose, MN 55363-0337 | Commercial Collectors, Inc.<br>P.O. Box 337<br>Montrose, MN 55363-0337 |
| Custard Insurance Adjusters, Inc.<br>Attn: George Taylor<br>2101 S IH 35<br>Suite 212<br>Austin, TX 78741-3874 | Daron Lindemann & Cara Lindemann<br>c/o Joshua Denson Wilson<br>The J.D. Wilson Law Firm, PLLC<br>1000 Heritage Center Cir<br>Round Rock, TX 78664-4463 | Dave and Shiella Morris<br>3329 Vasquez Place<br>Round Rock, TX 78665-2172 |
| David Lambert & Cheryl Lambert<br>c/o Shanon Keith Stanfield<br>SKS Law, PLLC<br>316 W 12th Street, 5th Floor<br>Austin, TX 78701-1815 | David Nicholas Verell & Amanda Verell<br>c/o Noel L. Stout<br>Almanza, Blackburn, Dickie & Mitchell LL<br>2301 S. Capital of Texas Highway, Buildi<br>Austin, TX 78746-7701 | David Verell and Amanda Verell<br>200 Flintlock Drive<br>Leander, Texas 78641-2766 |
| Diego Suarez and Laurie Lara<br>c/o National Fire Insurance Company of H<br>Attn: Belinda Walker<br>P.O. Box 2469<br>BREA, CA 92822 | Diego Suarez and Laurie Lara<br>c/o National Fire Insurance Company of H<br>P.O. Box 2469<br>Brea, CA 92822 | Edgar Castro<br>6650 CR 200<br>Liberty Hill, TX 78642-3725 |
| Edward & Skhai Carson<br>308 Potts Street<br>Georgetown, TX 78628-2210 | Esteban Gutierrez & Larisa Gutierrez<br>c/o Shannon E. Loyd<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Express Materials Services, LLC<br>556 S HWY-95<br>Elgin, TN 78621 |
| Fausto Castro<br>210 Brushy Creed Rd.<br>Cedar Park, TX 78613 | Federated Mutual Insurance Company<br>9001 Airport Fwy Suite 500<br>North RIchland Hills, TX 76180-7773 | Federated Reserve Insurance Company<br>121 East Park Square<br>Owatonna, MN 55060-3046 |
| Fleetistics<br>15310 Amberly Dr., Suite 250<br>Tampa, FL 33647-1642 | Fleetistics<br>1936 Bruce B Downs Blvd. #505<br>Wesley Chapel, FL 33544-9262 | Frankie and Teresa Camacho<br>801 Cottonbowl Dr<br>Taylor, TX 76574-5116 |
| Frost Bank<br>111 W. Houston St. 111 W.<br>San Antonio, TX 78205-2112 | Frost Bank<br>La Frontera Financial Center<br>P.O. Box 1600<br>San Antonio, TX 78296-1600 | Frost Bank<br>c/o Frost Leasing<br>3838 Rogers Road<br>San Antonio, TX 78251-3662 |
| Frost Bank<br>c/o Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 NE Loop 410, Suite 615<br>San Antonio, TX 78216-4713 | Frost Bank c/o Jessica A. Henry<br>Luttrell + Carmody Law Group<br>100 NE Loop 410, Ste. 615<br>San Antonio, TX 78216-4713 | Frost Bank c/o Morris E. Trey White III<br>Luttrell + Carmody Law Group<br>100 NE Loop 410, Ste. 615<br>San Antonio, TX 78216-4713 |
| Gerstle Snelson, LLP<br>Attn: Michael Gerstle, Esq.<br>3508 Far West Boulevard, Suite 350<br>Austin, TX 78731-2281 | Gerstle Snelson, LLP<br>Attn: Michael Gerstle, Esq.<br>4849 Greenville Avenue, Suite 1500<br>Dallas, TX 75206-4147 | H&H Tile and Plaster of Austin LTD, LP<br>c/o H&H Texas Management, LLC<br>31840 Ranch Rd 12<br>Dripping Springs, TX 78620-4097 |

| | | |
|---|---|---|
| Hasten Energy Solutions<br>405 N Post Oak Ln<br>Houston, TX 77024-5913 | Hill Country Electric Supply<br>3003 N. E. LOOP 410, SUITE 101<br>San Antonio, TX 78218-1552 | Hillard Dozer, LP<br>12495 Reeds Lake Loop<br>Temple, TX 76501-7515 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James Gatlin<br>520 Woodside Terrace<br>Lakeway, TX 78738-1250 | James Murdock & Jessica Murdock<br>724 Buffalo Trail<br>Liberty Hill, TX 78642-3591 |
| James Todd Green<br>Dorsett Johnson & Cisneros<br>3503 Wild Cherry Dr.<br>Bldg. 6<br>Austin, TX 78738-1822 | James Todd Green<br>c/o Charles Robert Dorsett, Jr.<br>Dorsett Johnson & Cisneros<br>3503 Wild Cherry Drive, Building 6<br>Austin, TX 78738-1822 | Janell Gregerson<br>Lovins Trosclair PLLC<br>1301 S Capital of Texas Hwy.<br>Building A, Suite 136<br>Austin, TX 78746-6574 |
| Jason Cooke and Anna Cooke<br>c/o Wright & Greenhill, PC<br>Attn: Craig A. Nevelow, Esq.<br>4700 Mueller Blvd., Suite 200<br>Austin, TX 78723-3645 | Jason Nicol and Brooke Nichol<br>c/o Shannon E. Loyd, Esq.<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Jeffry Colton 'Colt' Tucker<br>Law Office of J. Colt Tucker, PLLC<br>1811 W. Park Row Drive<br>Arlington, TX 76013-3505 |
| Jennifer Johnson<br>c/o Lovins Trosclair PLLC<br>Attn: Michael Lovins, Esq.<br>1301 S Capital of Texas Hwy.<br>Building A, Suite 136<br>Austin, TX 78746-6548 | Jeremy Spicer & Elizabeth Spicer<br>c/o David M. Gottfried<br>Gottfried Alexander Law Firm<br>1505 W 6th St.<br>Austin, TX 78703-5133 | Jeronimo Jaimes<br>2221 Drue Ln<br>Cedar Park, TX 78613-1704 |
| Jesse and Kathy Eckard<br>5706 Como Cove<br>Round Rock, TX 78665-4409 | Jessica Alt<br>Padfield & Stout, LLC<br>420 Throckmorton St, Ste 1210<br>Fort Worth, TX 76102-3792 | Jon Samuelson<br>2501 Rockingham Dr<br>Austin, TX 78704-3810 |
| Juan Flores<br>19801 Chayton Circle<br>Pflugerville, TX 78660-6293 | Justin Fischer<br>c/o Lovins Trosclair PLLC<br>1301 S Capital of Texas Hwy.<br>Building A, Suite 136<br>Austin, TX 78746-6574 | Justin and Brittany Burdette<br>400 Hyltin Street<br>Hutto, TX 78634-5447 |
| Kahana<br> Feld<br>Attn: Ronald Max Raydon<br>One Greenway Plaza, Ste. 350<br>Houston, TX 77046-0124 | Kevin Wilson<br>c/o Sprouse Law Firm<br>901 Mopac Expwy South<br>Bldg 1, Ste 300<br>Austin, TX 78746-5883 | Kimberly Mills & Edward Mills<br>12404 Wire Road<br>Leander, TX 78641-4004 |
| Kinsale Insurance<br>Attn: Doug Dubois<br>2035 Maywill Street, Suite 100<br>Richmond, VA 23230-3215 | Kyle Dickerson<br>184 Dos Lagos Dr<br>Buda, TX 78610 | Law Firm of M. Matthew Williams, PLLC<br>Attn: M. Matthew Williams<br>248 Addie Roy Road, Suite B204<br>Austin, TX 78746-4133 |
| Law Office of Nicholas Bressi<br>P.O. Box 162193<br>Austin, TX 78716-2193 | Lee Mitchell & Julie Califano<br>c/o Shannon E. Loyd<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Liberty Hill Truck Service<br>12830 TX-29<br>Liberty Hill, TX 78642 |

| | | |
|---|---|---|
| Louis Hirsch<br>c/o Beard Kultgen Brophy Bostwick & Dick<br>220 South Fourth St.<br>Waco, TX 76701-2225 | Martin Marietta Materials, Inc.<br>PO BOX 677061<br>Dallas, TX 75267-7061 | Matthew Wensing<br>c/o Dunn Smith LLP<br>Attn: Brian T. Smith, Esq.<br>811 Barton Springs Road, Suite 725<br>Austin, TX 78704-1100 |
| McGinnis Law<br>Attn: Austin L. Jones<br>1111 W. 6th St., Bldg. B, Ste. 400<br>Austin, TX 78703-5345 | Melissa Jordan & Nick Russell<br>204 Scone Drive<br>Spicewood, TX 78669-2075 | Meri and Justin Krause<br>140 Hy Road<br>Buda, TX 78610-9539 |
| Motive<br>55 Hawthorne Street, Suite #400<br>San Francisco, CA 94105-3910 | Nadim & Elizabeth Elias<br>616 Furlong Drive<br>Austin, TX 78746-4126 | North Mill Credit Trust<br>601 Merritt 7<br>Suite 5<br>Norwalk, CT 06851-1097 |
| North Mill Equipment Finance<br>601 Merritt 7 #5<br>Nowalk, CT 06851-1097 | Omega CM Delta, LLC dba Omega Concrete Mixer<br>5465 Mills Civic Parkway, Suite 400<br>West Des Moines, IA 50266-5321 | Oscar Carreon<br>201 Lollipop Ln<br>Cedar Park, TX 78613-3262 |
| Paradise Hill County Enterprises, LLC<br>Attn: Britany L. Fletcher, Registered Ag<br>7451 W FM 243<br>Bertram, TX 78605-4038 | Partners Capital Group, Inc.<br>201 Sandpointe Ave, Suite 500<br>Santa Ana, CA 92707-8716 | Partners Capital Group, Inc.<br>20700 44th Avenue West, Suite 630<br>Lynnwood, WA 98036-7289 |
| Phil Traina<br>609 W. 15th Street<br>Georgetown, TX 78626-6613 | Phil Traina<br>c/o Pierce P. MacGuire<br>MacGuire Law, PLLC<br>609 W 15th St<br>Georgetown, TX 78626-6613 | Pierce MacGuire<br>609 W. 15th Street<br>Georgetown, TX 78626-6613 |
| Pools by Blue Haven, Inc.<br>7575 North Loop 1604 West<br>San Antonio, TX 78249-2969 | Pools by Blue Haven, Inc.<br>Attn: Corley H. Atwood, Esq.<br>7575 North Loop 1604 West<br>San Antonio, TX 78249-2969 | Pools by Blue Haven, Inc.<br>c/o Corley H. Atwood<br>715 Discovery Blvd., Ste 115<br>Cedar Park, TX 78613-2295 |
| Porter, Rogers, Dahlman & Gordon, P.C.<br>Attn: Marc Williams, Esq. & Brandon Coon<br>745 East Mulberry, Suite 450<br>San Antonio, TX 78212-3152 | Premier ATX Industries, LLC d/b/a Premier Po<br>Attn: John Curl, Registered Agent<br>3450 County Road 255<br>Georgetown, TX 78633-4098 | Primary Source Insurance Agency, Inc.<br>121 East Park Square<br>Owatonna, MN 55060-3046 |
| Rachel and Ben Mouton<br>1228 Heppner Dr.<br>Cedar Park, TX 78613-5139 | Randy and Natalie Egan<br>c/o Shannon E. Loyd, Esq.<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Real Steel Gunite Reinforcement<br>5703 Purple Sage Dr.<br>Austin, TX 78724-3442 |
| Robert Werstler & Paula Werstler<br>c/o Shannon E. Loyd<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Rogers Residential Pool<br>861 Rollins Drive<br>Austin, TX 78738 | Rose Wheeler<br>c/o Chamberlain Hrdlicka<br>Attn: Bankruptcy Department<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 |

| | | |
|---|---|---|
| Sachine Patel & Roopal Patel<br>c/o Shannon E. Loyd<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Servando Rivas and Darrell Minton<br>Dorsett Johnson & Cisneros<br>3503 Wild Cherry Dr.<br>Bldg. 6<br>Austin, TX 78738-1822 | Southpaw Pools, Inc.<br>200 County Road 228<br>Florence, TX 76527-4930 |
| Spark Root Construction, LLC<br>6700 Bridge Root Cove<br>Austin, TX 78746 | Tazeen and Mohammed Dhedi<br>c/o Shannon E. Loyd<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Terri White & Rex White<br>c/o Jason Clay Spencer<br>Law Office of Jason C. Spencer<br>15104 Crosscreek Drive<br>Austin, TX 78737-8908 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Department of Transportation<br>12719 Burnet Road<br>Austin, TN 78727-4207 | Texas Enterprises. Inc. dba Allied Sales Com<br>5005 E 7th Street<br>Austin, TX 78702-5022 |
| Texas Lehigh Cement Company, LP<br>P.O. Box 610<br>Buda, TX 78610-0610 | Texas Lehigh Cement Company, LP<br>P.O. Box 736821<br>Dallas, TX 75373-6821 | Texas Luxury Outdoors<br>PO Box 427<br>Spicewood, TX 78669-0427 |
| Texas Luxury Outdoors<br>c/o Sandra K. Jones, Registered Agent<br>121 Spur 121, Unit 427<br>Spicewood, TX 78669 | The County of Williamson, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The Huntington National Bank<br>11100 Wayzata Boulevard, Suite 700<br>Minnetonka, MN 55305-5523 |
| The Morales Firm, P.C.<br>Attn: Chuck Shipman<br>6243 W. Interstate 10, Suite 132<br>San Antonio, TX 78201-2006 | Todd Smith and Tina Smith<br>4711 Waterworks<br>Belton, TX 76513-4933 | Trans Lease, Inc.<br>c/o Matthew Fronda<br>Padfield & Stout, LLC<br>420 Throckmorton St, Ste 1210<br>Fort Worth, TX 76102-3792 |
| TransLease, Inc.<br>1400 W 62nd Ave<br>Denver, TX 80221-2400 | TransLease, Inc.<br>P.O. Box 211397<br>Denver, CO 80221-0392 | United States Attorney<br>General Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0009 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Vaseem Syed & Asra Syed<br>c/o Jon Michael Smith<br>3305 Northland Drive, Suite 500<br>Austin, TX 78731-4991 | Vernon and Rose Wheeler<br>511 San Gabriel Dr<br>Liberty Hill, TX 78642-5749 |
| WEX Inc.<br>1 Hancock Drive<br>Portland, ME 04101-4217 | WW Air Compressor<br>402 Burleson St<br>Smithville, TX 78957-1547 | Walters Balido & Crain<br>Attn: Jerry Ewing<br>10440 North Central Expressway,<br>Suite 1500<br>Dallas, TX 75231-2299 |
| Waterview Pools, Inc.<br>Attn: John Cody McFayden<br>13313 Kinder Pass<br>Austin, TX 78727-3415 | Wenholz<br> Dow, P.C.<br>c/o David C. Wenholz<br>9433 Bee Caves Rd., Ste. 1-200<br>Austin, TX 78733-6138 | Todd Brice Headden<br>Hayward PLLC<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757-1269 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascentium Capital | Texas Comptroller of Public Accounts | End of Label Matrix |
| 23970 Hwy 59 North | Revenue Accounting Division - Bankruptcy | Mailable recipients  149 |
| Kingwood, TX 77339-1535 | P.O. Box 13528 | Bypassed recipients    0 |
| | Capital Station Austin, TX 78711 | Total                149 |