# Cash Collateral Budget
## Hot-Crete, LLC (24-10303-smr)

| Income and Expenses | May-24 | Jun-24 | Jul-24 | Aug-24 |
|---|---:|---:|---:|---:|
| Opening Cash Balance | 40,718 | 39,564 | 38,987 | 38,160 |
| Income | 0 | 0 | 0 | 0 |
| Expenses | | | | |
| *Insurance* | 872 | 436 | 436 | 436 |
| *Google Suite* | 162 | 81 | 81 | 81 |
| *Quickbooks* | 120 | 60 | 60 | 60 |
| *UST Quarterly Fees* | | | 250 | |
| **Closing Cash Balance** | **39,564** | **38,987** | **38,160** | **37,583** |