IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10303 |
| | § | |
| HOT CRETE, LLC, | § | Chapter 11 |
|     Debtor | § | |

### NOTICE OF APPEARANCE

James Murdock, Brad Wheeler and Jason Nichol, creditors and parties in interest in this matter, give notice to the Court and all parties of record of the appearance of their counsel in this matter as follows:

>William R. "Trip" Nix
>Holland & Knight LLP
>100 Congress Avenue, Suite 1800
>Austin, Texas 78701
>Telephone:  512/685-6400
>Email:  Trip.Nix@hklaw.com

James Murdock, Brad Wheeler and Jason Nichol respectfully request that they be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by the interested parties in this case, in accordance with Bankruptcy Rule 2002.

Respectfully submitted,

HOLLAND & KNIGHT LLP


By: */s/ Trip Nix*
      William R. "Trip" Nix
      State Bar No. 24092902
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: trip.nix@hklaw.com


## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served upon all parties receiving the Court's ECF e-mail notifications in this case, including the parties listed below, on June 11, 2024:

Todd Brice Headden
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757

Jessica Lanoue Hanzlik
U.S. Trustee
615 E. Houston Street, Suite 533
San Antonio, Texas 78205

Gary W. Wright
U.S. Trustee
903 San Jacinto Blvd. #230
Austin, Texas 78701

       */s/ Trip Nix*
       Trip Nix