**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 27, 2024**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY TERRA POINT, LLC AS BROKER PURSUANT TO 11 U.S.C. §§ 327 AND 328 AND CONDITIONALLY GRANTING TRANSLEASE, INC'S AGREED MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST VEHICLES**

---

CAME ON for consideration, the *Debtor's Application to Employ Terra Point, LLC as Broker Pursuant to 11 U.S.C. §§ 327 and 328* ("Application") filed by Hot Crete, LLC, the Debtor in the above-captioned bankruptcy case, and TransLease, Inc.'s Agreed Motion for Relief from Automatic Stay (the "Motion"). The Court having reviewed the Application and Motion

and finding the objection thereto has been resolved by agreement, hereby grants the Application.[1] It is therefore;

**ORDERED** that the Debtor is authorized to employ Terra Point, LLC (the "Broker") to liquidate the equipment and machines owned by the Debtor and described in the Application;

**ORDERED** that the Broker will collect and retain a commission of 10% of the gross sales price of all personal property before taxes sold at auction or private sale as compensation for their services;

**ORDERED** that such commission is approved pursuant to 11 U.S.C. § 328 without the need for further motion or application;

**ORDERED** that the Broker shall provide an Accounting Report, as defined in the Application, within fifteen (15) days after the conclusion of the sale together with a supporting affidavit (the "Report of Sale") in conformity with Fed. R. Bankr. P. 6004(f)(1) along with a check for the remaining proceeds to the Debtor. Broker shall be permitted to hold back its commission, but such information shall be clearly disclosed in the Report of Sale. If the Broker or closing agent fails to timely send this report or to deliver the net sales proceeds to the Debtor within such time, the Debtor will report such failure to the United States Trustee for the Western District of Texas;

**ORDERED** that the proceeds from the sale of any equipment and machines owned by the Debtor and described in the Application shall first be used to pay any claim secured by the

---

[1] Notwithstanding any other provisions of Debtor's Application to Employ Terra Point, LLC as Broker Pursuant to 11 U.S.C. §§ 327 and 328, TransLease, Inc. expressly reserve all rights to object to a final sale order on the same grounds as set forth in TransLease, Inc.'s limited objections to Debtor's Application to Employ Terra Point, LLC as Broker Pursuant to 11 U.S.C. §§ 327 and 328, including any dispute or objection on whether section 363(f) of the bankruptcy code has been satisfied and whether the sale of collateral claimed by TransLease, Inc., may be sold free and clear of liens. TransLease, Inc. may raise any such reserved rights to a final sale order by the objection deadline or any other date mutually agreed upon by the parties in writing.

equipment or machine sold. A reserve price shall be allocated so proceeds are sufficient to fully cover the secured claim of the equipment or machine;

**ORDERED** that the Broker shall be paid its commission only from the proceeds of a closing of any Court approved sale in accordance with the Liquidation Agreement;

**ORDERED** that the Debtor shall promptly, upon receipt, file with the Court and serve on interested parties the Report of Sale; and

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**# # # END OF ORDER # # #**

*Order Prepared By:*

**HAYWARD PLLC**

By: /s/ *Todd Headden*
Todd Headden
Texas Bar No. 24096285
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
theadden@haywardfirm.com

*Attorneys for Hot Crete, LLC*

and

AGREED AS TO FORM AND CONTENT:
/s/ Jessica N. Alt
Jessica N. Alt
State Bar I.D. #24127981
jalt@padfieldstout.com
PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102
Telephone: (817) 338-1616
Facsimile: (817) 338-1610
*Attorney for Trans Lease, Inc.*