**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: July 25, 2024.**

_____

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY ROYSTON, RAYZOR, VICKERY, & WILLIAMS, PLLC AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. §§ 327(e) and 328**

CAME ON FOR CONSIDERATION the *Debtor's Application to Employ Royston, Rayzor, Vickery, & Williams, PLLC as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328* (the "Application") filed by Hot Crete, LLC (the "Debtor"). After considering the Application, the response filed thereto, and considering the responses, if any, and the terms of this order (the "Order"), the Court:

**GRANTS** the Application and the relief requested therein.

In granting the Application, the Court

**FINDS** that employment of Royston, Rayzor, Vickery & Williams, PLLC (the "Firm") is in the best interest of the Debtor's estate. Based on these findings, the Court

**ORDERS** that the Firm is employed as the Debtor's Special Counsel pursuant to 11 U.S.C. §§ 327(e) and 328. It is further

**ORDERED** that the Firm need not seek approval for compensation paid by Federated Insurance Company, a third party. It is further,

**ORDERED** that nothing within this Order shall be construed as relief from the Automatic Stay of 11 U.S.C. § 362 for any party to pursue litigation or claims against the Debtor. It is further

**ORDERED** that the Firm, and Federated Insurance Company, are not authorized to settle or pay any claims against the Debtor absent further order of this Court. It is further

**ORDERED** that this Court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation of this Order.

**# # # END OF ORDER # # #**

*Order Prepared by:*

**HAYWARD PLLC**

By: /s/ *Todd Headden*
Todd Headden
Texas Bar No. 24096285
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
theadden@haywardfirm.com

*Bankruptcy Counsel for Hot Crete, LLC*

Agreed as to form and content:

By: /s/ *Marvin E. Sprouse III*
Marvin E. Sprouse III
Sprouse Law Firm
State Bar No. 24008067
901 Mopac Expressway South
Building 1, Suite 300
Austin, Texas 78746
(512) 658-1915 – telephone
Email: msprouse@sprousepllc.com

*Counsel for Kevin Wilson*