UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**DEBTOR'S AMENDED MOTION TO ESTABLISH CLAIMS BAR DATE**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

COMES NOW Hot Crete, LLC (the "Debtor" or "Hot Crete") the Debtor in the above-captioned Chapter 11 Bankruptcy Case, and files this *Amended Motion to Establish Claims Bar Date* (the "Amended Motion"). In support of the Amended Motion, Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Amended Motion under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157. Venue is proper in this court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The authority for the relief requested herein are sections 105(a), 502(b)(9), 1107(a), and 1108 of the Bankruptcy Code, and Rules 2002(f)(3), 3002, and 3003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3. The Debtor filed a voluntary petition under Chapter 11, Title 11, of the United States Bankruptcy Code on March 22, 2024, in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Court").

4. On March 26, 2024, the Court filed a Notice of Chapter 11 Bankruptcy Case (Docket No. 5), which did not set the claims bar dates for its creditors or a governmental unit.

5. On July 30, 2024, the Debtor filed its first amended creditor matrix (the "Amended Creditor Matrix"), including over 200 newly added and modified creditor addresses (Docket No. 78).

## RELIEF REQUESTED

6. Debtor seeks to establish a deadline for all creditors in this case to file proofs of claim. To the extent any creditors listed on the original mailing matrices did not receive proper notice, Debtor seeks to give all creditors on the Amended Creditor Matrix a final chance to file a proof of claim. Debtor requests that the Court enter an Order establishing the claims bar date forty-five (45) days after entry of the Order (the "Bar Date Order"), attached as the proposed order.

7. Therefore, Debtor respectfully requests that the Court enter the Bar Date Order for creditors and governmental units to file proofs of claim.

8. Debtor further requests that the Court authorize the Debtor to provide notice of the bar dates once the Bar Date Order has been granted.

9. Debtor proposes the following exceptions to the requirement for creditors to file a proof of claim (collectively, the "Excluded Claims"):

    (a) Any pre-petition claim for which a proof of claim against one or more of the Debtor utilizing the claim form which substantially conforms to the Official

Bankruptcy Proof of Claim Form (Form B410) has already been properly filed with the Clerk of the Court;

(b) Any pre-petition claim of a person or entity (i)whose claim or interest is listed on one or more of the Debtor's schedules; (ii) is not described in such Schedules as "disputed," "contingent," or "unliquidated"; and (iii) who does not dispute the amount, priority, status, or nature of such pre-petition claim or interest as set forth in the Schedules;

(c) Any pre-petition claim or interest to the extent that such pre-petition claim or interest has been paid by the Debtor with the authorization of the Court; and

(d) Any pre-petition claim or interest that has been fixed and allowed by an order of this Court entered on or before any bar date established pursuant to this Amended Motion.

10. Debtor believes that the parties noted below, unless considered Excluded Claims, are entitled to notice of the bar dates established herein under Rule 2002 of the Bankruptcy Rules. Debtor is prepared to provide this notice and request authority of this Court to provide such notice. The Debtor proposes to provide actual notice of the bar dates by mailing the Notice of Bar Dates via United States First Class Mail, substantially in the form attached hereto as **Exhibit A**, together with the Official Bankruptcy Proof of Claim Form (Form B410), to the following, unless such party is an Excluded Claim as described above:

   a. The Office of the United States Trustee;
   b. Any holders of pre-petition claims listed on the Schedules at the addresses stated therein;
   c. Any party to an executory contract or unexpired lease with the Debtor;
   d. Any party listed on the mailing matrix;
   e. All persons and entities requesting notice, pursuant to Bankruptcy Rule 2002; and
   f. The district director of the Internal Revenue Service for the Western District of Texas, and all taxing authorities for the jurisdictions in which the Debtor conducts business.

11. Notwithstanding the foregoing, if the Debtor amends its schedules, the Debtor shall mail notice of such amendment to the holder(s) of the claims affected thereby ("Amended Notice") and such holder(s) shall be afforded the later of the established bar dates or twenty days

from the date on which the Amended Notice is mailed (or such other time fixed by the Court), to file proofs of claim, if necessary, or be forever barred from doing so.

**WHEREFORE**, Debtor respectfully requests that the court enter an Order: (1) establishing a claims bar date for all creditors, including the newly added and modified creditors, to file proofs of claim; (2) authorizing the Debtor to provide notice of the bar dates established; and (3) granting such other and further relief as may be just and proper.

Dated: August 2, 2024                                Respectfully submitted,

**Hayward PLLC**

*/s/ Todd Headden*
Todd Headden
Texas State Bar No. 24096285
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7104 (Phone/Fax)
theadden@haywardfirm.com

***Counsel for Hot Crete, LLC***


## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, a true and correct copy of the foregoing was served via CM/ECF to all parties requesting such service. Additionally, within one business day thereof, the foregoing without Exhibit A was served via United States First Class Mail to the parties on the attached creditors matrix.

                                               */s/ Todd Headden*
                                               Todd Headden

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10303-smr<br>Western District of Texas<br>Austin<br>Thu Aug  1 18:23:30 CDT 2024 | Hot Crete LLC<br>2010 Brushy Creek Road<br>Unit A<br>Cedar Park, TX 78613-3904 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| AT&T Bankruptcy Center<br>2270 Lakeside Blvd., 7th Floor<br>Richardson, TX 75082-4304 | Aaron Crain<br>1904 Platte Pass<br>Austin, TX 78734-3319 | Aaron Hargrove and Katy Hargrove<br>108 Oak Hill Dr.<br>Liberty Hill, TX 78642-2010 |
| Adrian P. Senyszyn<br>1826 North Loop 1604 West<br>Suite 300<br>San Antonio, TX 78248-4533 | Adrian Silva & Francis Silva<br>c/o Shannon E. Loyd<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Alan 'AJ' E. Miller, Jr.<br>206 Tavish Trail<br>Austin, TX 78738-1133 |
| Almanza, Blackburn, Dickie & Mitchell LLP<br>c/o Joshua Crowley, Esq.<br>3201 S. Capital of Texas Highway, Buildi<br>Austin, TX 78746 | Amerisure Insurance Company<br>Attn: Brad Cox<br>2677 Halsted Rd<br>Farmington, MI 48331 | Amerisure Insurance Company<br>Attn: Brian Wilsher<br>P.O. Box 1515<br>Canonsburg, PA 15317-4515 |
| Andrea Bergquist & John Bergquist<br>12200 Montclair Bend<br>Austin, TX 78732-1229 | Andrew Kreiling and Teri Kreiling<br>1357 Jacksdaw Drive<br>Austin, Texas 78737-4484 | Angela Smith and Charles Smith<br>101 Rambling Brook Ct<br>Georgetown, TX 78628-1916 |
| Ansar Chmeis<br>16708 Eider Cove<br>Austin, TX 78738-4096 | Anthony Hidalgo<br>2700 Council Springs Cove<br>Leander, TX 78641-4444 | Anthony and Katherine Hidalgo<br>2700 Council Springs Cove<br>Leander, Texas 78641-4444 |
| Arcosa Aggregates Texas, LLC<br>PO Box 911205<br>Dallas, TX 75373-1205 | Arcosa Aggregates, Inc.<br>Attn: Legal Dept.<br>500 N Akard St., Suite 400<br>Dallas, TX 75201-3332 | Arcosa Material, Inc.<br>1112 E Copeland, Ste. 500<br>Arlington, TX 76011-9805 |
| Arlette Pena<br>11621 Jackson Falls Way<br>Manor, TX 78653-2133 | (p)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | Austin Travis Williams and Erica Hughes<br>801 County Rd. 200A<br>Burnet, TX 78611-6217 |
| Baird Services, LLC<br>15029 Cabrillo Way<br>Austin, TX 78738-4169 | Baird Services, LLC<br>d/b/a Premier Pools and Spas<br>421 N IH 35 Service Rd<br>Georgetown, TX 78628 | Barnett & Garcia<br>Attn: Matias Eduardo Garcia<br>3821 Juniper Trace, Suite 108<br>Austin, TX 78738-5514 |
| Barney Clark<br>4232 Hannover Way<br>Georgetown, TX 78628 | Barrett Daffin Frappier Turner & Engel. LLP<br>Attn: Robert D. Forster, II<br>4004 Belt Line Road, Suite 100<br>Addison, TX 75001-4320 | Beard Kultgen Brophy<br>Bostwick & Dickson, PLLC<br>Attn: Mark Firmin<br>220 South Fourth St.<br>Waco, TX 76701-2225 |

Berman Residential Pool
10713 Superview Dr
Austin, TX 78736-2408

Beth Howen and Steve Howen
409 Unity Dr
Leander, TX 78641-2761

Blair Nicholson and Kristi Nicholson
4001 Co Rd 201
Liberty Hill, TX 78642

Brad Wheeler
902 Crestone Stream
Austin, TX 78738-6983

Brad Young and Dana Young
213 Trick Pony
Liberty Hill, TX 78642-2333

Brandon Ayers & Kate Hainesworth
1103 Fieldcrest
Austin, Texas 78704-5341

Brenda Hermanson and Alan Hermanson
722 Clear Cove Drive
Granite Shoals, TX 78654-2608

Brian Salek
24108 Colorado Canyon Dr.
Marble Fallas, TX 78654

Briggle & Polan, PLLC
1609 Shoal Creek Blvd., Suite 301
Austin, TX 78701-1064

Brittany and Darryl Dadon
2604 E. 6th St.
Austin, TX 78702-3935

Broadway Bank, Successor Trustee of the LeGa
111 Chaparral Drive
Marble Falls, TX 78654-9774

Brock Anderson
327 Country Creek Road
Austin, TX 78737-4629

Bryan Orsborn
516 Loyal June Trail
Leander, TX 78641-4234

Bryan and Sherri Feeser
205 Miracle Rose Way
Liberty Hill, TX 78642-4482

Brytne Kitchin
4508 Oakmont Blvd
Austin, TX 78731-5926

CEMEX Construction Materials South, LLC
10100 Katy Freeway, Ste 300
Houston, TX 77043-5267

CHANAS AGGREGATES, LLC
7850 E. State Hwy. 29
Llano, TX 78643-3836

CRF Solutions
2051 Royal Ave.
Simi Valley, CA 93065-4621

Cain & Skarnulis PLLC
Attn: Michael Moody
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Camden Markley
686 County Road 261
Georgetown, TX 78633-6675

Cameron and Julie Treece
1900 Forest Meadow Cove
Round Rock, TX 78665-5614

Camila Bauer
10960 RM 2338
Florence, TX 76527-4890

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Spark Business
P.O. Box 60519
City of Industry, CA 91716-0519

Cara McElberry and Ryan McElberry
20211 Cordil Ln
Spicewood, TX 78669-6549

Caronna Residential Pool
219 Peck Street
Kyle, TX 78640-4253

Carrie Ellerbe
100 Trick Pony
Liberty Hill, TX 78642-2332

Central TX Mobility Authority Customer Servi
12719 Burnet Road
Austin, TX 78727-4207

Central TX Mobility Authority Customer Servi
2420 Ridgepoint Drive
Austin, TX 78754-5205

| | | |
|---|---|---|
| Central Texas Regional Mobility Authority<br>3300 N IH-35, Suite 300<br>Austin, TX 78705-1857 | Chad Ellis and Samuel Bridges<br>133 Bear Paw Run<br>Georgetown, Texas 78628-2185 | Chris Carroll and Cindy Carroll<br>6750 Hansa Loop<br>Austin, TX 78739 |
| Chris Earp<br>19213 Burrowbridge Rd.<br>Pflugerville, TX 78660-4664 | Chris Fulbright<br>1806 Floresta Dr.<br>Cedar Park, TX 78613-7956 | Chris Schneller<br>1916 E.M Franklin Ave.<br>Austin, TX 78723-5800 |
| Chris Woodburn<br>7301 Davenport Divide Road<br>Austin, TX 78738-2127 | Christopher Fontenot & Ashley Fontenot<br>147 Blackstone Cove<br>Driftwood, TX 78619-4463 | Cindy Hammes<br>1706 Mohle<br>Austin, TX 78703-1812 |
| Cody Pools, Inc.<br>101 E. Old Settlers Blvd., Suite 200<br>Round Rock, TX 78664-2266 | Cody Pools, Inc.<br>701 Brazos, Suite 1050<br>Austin, TX 78701-3232 | Cody Pools, Inc.<br>c/o Frank B. Lyon<br>PO Box 50210<br>Austin, TX 78763-0210 |
| Cody Pools, Inc.<br>c/o John P. Ferguson<br>Ferguson Law Practice, PLLC<br>1017 RR 620 S, Ste. 222<br>Austin, TX 78734-5628 | Cole Strawbridge<br>601 Bayou Bend Drive<br>Buda, TX 78610-2784 | Commercial Collectors, Inc.<br>Attn: Laura Staley<br>P.O. Box 337<br>Montrose, MN 55363-0337 |
| Commercial Collectors, Inc.<br>P.O. Box 337<br>Montrose, MN 55363-0337 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Concert Specialty Insurance Company<br>1701 Golf Road, Suite 1-1110<br>Rolling Meadows, IL 60008-4244 |
| Continental Insurance Company<br>P.O. Box 8317<br>Chicago, IL 60680-8317 | Corey Freeman & Megan Freeman<br>2705 Rain Song Dr.<br>Leander, TX 78641-4998 | Corey Nihlean<br>2402 Sunset Vista Cir<br>Spicewood, TX 78669-2094 |
| Correa Residential Pool<br>4001 Arrow Wood Rd<br>Cedar Park, TX 78613-7681 | Custard Insurance Adjusters, Inc.<br>Attn: George Taylor<br>2101 S IH 35<br>Suite 212<br>Austin, TX 78741-3874 | Daniel Rose<br>3520 Cavu Rd<br>Georgetown, TX 78628-1767 |
| Danuzio Pinheiro & Marta Pinheiro<br>3809 Campfire Dr.<br>Cedar Park, TX 78613-7716 | Daron Lindemann & Cara Lindemann<br>20305 Great Egret Ln<br>Pflugerville, TX 78660-1910 | Darrin McPherson<br>2621 Auburn Chestnut Ln<br>Pflugerville, TX 78660-3995 |
| Dave and Shiella Morris<br>3329 Vasquez Place<br>Round Rock, TX 78665-2172 | David Lambert & Cheryl Lambert<br>2805 San Milan Pass<br>Round Rock, TX 78665-3956 | David Nation<br>7328 Tanaqua Ln<br>Austin, TX 78739-2035 |

David Nicholas Verell & Amanda Verell
200 Flintlock Drive
Leander, TX 78641-2766

David Nicholas Verell & Amanda Verell
c/o Noel L Stout
Almanza Blackburn Dickie & Mitchell
2301 S Capital of Texas Highway
Austin TX 78746-7701

David Zahur
207 San Siro Cove
Lakeway, TX 78738-6152

Dean Jacobs and Joy Jacobs
715 Farm Rd 1690
Gatesville, TX 76528

Derk Maidlow
30140 Twin Creek Drive
Georgetown, TX 78626-1522

Diego Suarez and Laurie Lara
5060 Savio Dr
Round Rock, TX 78665-2176

Diego Suarez and Laurie Lara
c/o National Fire Insurance Company of H
Attn: Belinda Walker
P.O. Box 2469
BREA, CA 92822

Diego and Elaine Suarez
11589 Mesa Verde Dr
Austin, TX 78737-4874

Dominic Van
12912 Armaga Springs Rd
Austin, TX 78727-3454

Dominic Van
c/o Michael E. Lovins
1301 S. Capital of Texas
Building A, Suite 136
Austin, TX 78746-6574

Donn Wurts
16912 Broomweed Cove
Austin, TX 78738-4086

Donna Christy
1745 Liguria Court
Volente, TX 78641-3892

Doron Yitzchaki
Dickinson Wright PLLC
350 South Main Street, Suite 300
Ann Arbor, MI 48104-2131

Dorsett Johnson & Cisneros
Attn: Charles Robert Dorsett, Jr.
3503 Wild Cherry Drive, Building 6
Austin, TX 78738-1822

Dow Reid & Dotty Luzzo
1409 Laurel Glen Blvd.
Leander, Texas 78641-2924

Dow Ried and Dotty Luzzo
1409 Laurel Glen Blvd
Leander, TX 78641-2924

Duane Ewing
2541 Ambush Canyon
Leander, TX 78641-9042

Dwayne Simmons
13845 Fallsprings Way
Manor, TX 78653-3951

Edgar Castro
6650 CR 200
Liberty Hill, TX 78642-3725

Edward & Skhai Carson
308 Potts Street
Georgetown, TX 78628-2210

Edward Brooks
1103 Hi Fault
Horseshoe Bay, TX 78657-6343

Edward Carson and Skhai Carson
308 Potts St
Georgetown, TX 78628-2210

Edward Gahr & Christy Gahr
5800 Shoalwood Avenue
Austin, TX 78756-1124

Edward Weltens
2616 Melekhin Bend
Cedar Park, TX 78613-1617

Ellen Angell and Jayson Angell
107 Lazy Creek Dr
Georgetown, TX 78628-1917

Eric & Mallory Rodriguez
7314 Loggia Place
Round Rock, TX 78665-2275

Eric Borchers
3613 Del Payne Lane
Pflugerville, Texas 78660-4288

Eryka Rogers
8601 Rollins Dr
Austin, TX 78738-7676

Esteban Gutierrez & Larisa Gutierrez
c/o Shannon E. Loyd
The Loyd Law Firm, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493

Express Materials Services, LLC
556 S HWY-95
Elgin, TN 78621

Eyan Cea
11709 Arran Street
Austin, TX 78754-6072

Fausto Castro
2010 Brushy Creed Road
Cedar Park, TX 78613-3904

Federated Mutual Insurance Company
9001 Airport Fwy Suite 500
North RIchland Hills, TX 76180-7773

Federated Reserve Insurance Company
121 East Park Square
Owatonna, MN 55060-3046

Fielder Custom Pools, LLC
2500 County Road 403
Marble Falls, TX 78654-8664

Fleetistics
15310 Amberly Dr., Suite 250
Tampa, FL 33647-1642

Fleetistics
1936 Bruce B Downs Blvd. #505
Wesley Chapel, FL 33544-9262

Frank B. Lyon
PO Box 50210
Austin, TX 78763-0210

Frank Wong
8608 Dark Shadow
Austin, TX 78749-5226

Frankie Hoch
301 Millington Ln
Buda TX 78610-2911

Frankie and Teresa Camacho
801 Cottonbowl Dr
Taylor, TX 76574-5116

Frost Bank
111 W. Houston St. 111 W.
San Antonio, TX 78205-2112

Frost Bank
La Frontera Financial Center
P.O. Box 1600
San Antonio, TX 78296-1600

Frost Bank
c/o Frost Leasing
3838 Rogers Road
San Antonio, TX 78251-3662

Frost Bank
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 NE Loop 410, Suite 615
San Antonio, TX 78216-4713

Frost Bank c/o Jessica A. Henry
Luttrell + Carmody Law Group
100 NE Loop 410, Ste. 615
San Antonio, TX 78216-4713

Frost Bank c/o Morris E. Trey White III
Luttrell + Carmody Law Group
100 NE Loop 410, Ste. 615
San Antonio, TX 78216-4713

George Baker
308 Duckhorn Pass
Austin, TX 78738-6980

Gerstle Snelson, LLP
Attn: Michael Gerstle, Esq.
3508 Far West Boulevard, Suite 350
Austin, TX 78731-2281

Gerstle Snelson, LLP
Attn: Michael Gerstle, Esq.
4849 Greenville Avenue, Suite 1500
Dallas, TX 75206-4147

Gina Van Zandt & Donovan Van Zandt
22005 Plockton Dr.
Briarcliff, TX 78669-2315

Gingell
845 Jacksdaw Drive
Austin, TX 78737-4470

Glenn Hall
850 Moss Rose Ln
Driftwood, TX 78619-5736

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Gordon Reina
715 White Trail Drive
Round Rock, TX 78681-2064

Gottfried Alexander Law Firm
Attn: David M. Gottfried
1505 W 6th St.
Austin, TX 78703-5133

Grant Harris
4807 Westfield Dr
Austin, TX 78731-5537

Grayson Hopper
20102 Clare Island
Pflugerville, TX 78660

H&H Tile and Plaster of Austin LTD, LP
c/o H&H Texas Management, LLC
31840 Ranch Rd 12
Dripping Springs, TX 78620-4097

Hallam Residential Pool Project
1905 Hallam Drive
Austin, Texas 78746-2243

| | | |
|---|---|---|
| Hanson Residential Pool<br>3441 Bel Paese Bnd<br>Leander, TX 78641 | Hasten Energy Solutions<br>405 N Post Oak Ln<br>Houston, TX 77024-5913 | Hill Country Electric Supply<br>3003 N. E. LOOP 410, SUITE 101<br>San Antonio, TX 78218-1552 |
| Hillard Dozer, LP<br>12495 Reeds Lake Loop<br>Temple, TX 76501-7515 | IES Holdings, Inc.<br>133 Bear Paw Run<br>Georgetown, TX 78628-2185 | IES Residential, Inc.<br>13131 Dairy Ashford Road, Suite 700<br>Sugar Land, TX 77478-4398 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 | Indeed, Inc.<br>200 West 6th Street, Floor 36<br>Austin, TX 78701-3161 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James Gatlin<br>520 Woodside Terrace<br>Lakeway, TX 78738-1250 | James Murdock<br>Brad Wheeler<br>Jason Nichol<br>c/o Trip Nix, Holland & Knight<br>100 Congress Ave #1800, Austin TX 7 | James Murdock & Jessica Murdock<br>724 Buffalo Trail<br>Liberty Hill, TX 78642-3591 |
| James Ryann<br>18308 Ranchland Hills Vista<br>Jonestown, TX 78645-4688 | James Todd Green<br>407 Doe Whisper Way<br>Austin, TX 78738-7085 | James Todd Green<br>Dorsett Johnson & Cisneros<br>3503 Wild Cherry Dr.<br>Bldg. 6<br>Austin, TX 78738-1822 |
| James Todd Green<br>c/o Charles Robert Dorsett, Jr.<br>Dorsett Johnson & Cisneros<br>3503 Wild Cherry Drive, Building 6<br>Austin, TX 78738-1822 | Janell Gregerson<br>1611 Elkins Lane<br>Cedar Park, TX 78613-4173 | Janell Gregerson<br>Lovins Trosclair PLLC<br>1301 S Capital of Texas Hwy.<br>Building A, Suite 136<br>Austin, TX 78746-6574 |
| Jason Cooke and Anna Cooke<br>3500 Branch Hollow<br>Leander, TX 78641-3217 | Jason Khawaja<br>124 Pear Tree Ln<br>Austin, TX 78737-1706 | Jason Nicol and Brooke Nichol<br>c/o Shannon E. Loyd, Esq.<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 |
| Jed Swan and Tiffany Swan<br>1101 Bit Ln<br>Cedar Park, TX 78613-1486 | Jed Villa<br>1604 Cresson Trail<br>Leander, TX 78641-2889 | Jeff Tea<br>317 Kirkhill St.<br>Hutto, TX 78634-5726 |
| Jeff Theis<br>8709 Ambrosia Dr<br>Austin, TX 78738-4089 | Jeffry Colton 'Colt' Tucker<br>Law Office of J. Colt Tucker, PLLC<br>1811 W. Park Row Drive<br>Arlington, TX 76013-3505 | Jennifer Johnson<br>504 Lodge Court<br>Liberty Hill, TX 78642-2173 |
| Jennifer Johnson<br>c/o Lovins Trosclair PLLC<br>Attn: Michael Lovins, Esq.<br>1301 S Capital of Texas Hwy.<br>Building A, Suite 136<br>Austin, TX 78746-6548 | Jensen<br>104 Marbella Way<br>Georgetown, TX 78633-4636 | Jeremy Spicer & Elizabeth Spicer<br>16401 Big Oak Circle<br>Leander, TX 78641-9002 |

Jeremy Spicer & Elizabeth Spicer
c/o David M. Gottfried
Gottfried Alexander Law Firm
1505 W 6th St.
Austin, TX 78703-5133

Jeremy Spicer & Elizabeth Spicer
c/o Michael P. Ridulfo
5151 San Felipe #800
Houston TX 77056-3627

Jeronimo Jaimes
2221 Drue Ln
Cedar Park, TX 78613-1704

Jesse and Kathy Eckard
5706 Como Cove
Round Rock, TX 78665-4409

Jessica Alt
Padfield & Stout, LLC
420 Throckmorton St, Ste 1210
Fort Worth, TX 76102-3792

Jessica Myers
704 Rock Midden Ln
Round Rock, TX 78665-1220

Jillian Marsh
1000 Barrie Dr
Austin, TX 78734-6272

Jim Bechtol
23305 Windy Valley Rd
Leander, TX 78641-7718

Jim Pohoski
318 Bisset Ct
Austin, TX 78738-1008

John Bretz
1816 Treadwell St
Austin, TX 78704-2148

John Henderson
1604 Parke Bluff Bend
Cedar Park, TX 78613-3187

Johnson Residential Pool
324 Creek Crossing Dr
Georgetown, TX 78628-1903

Jon Anderson
1805 Stinnett Drive
Leander, TX 78641-4473

Jon Michael Smith, Esq.
3305 Northland Drive, Suite 500
Austin, TX 78731-4991

Jon Samuelson
2501 Rockingham Dr
Austin, TX 78704-3810

Jordan McDonald
6713 Taomina Dr
Austin, TX 78739-1600

Jordan and Bethany Elbers
1512 Hidden Springs Path
Round Rock, TX 78665-5029

Jorge Limones
800 East Olympic Drive
Pflugerville, TX 78660-8021

Juan Flores
19801 Chayton Circle
Pflugerville, TX 78660-6293

Judd Gauger
7200 Covered Bridge Dr
Austin, TX 78736-3344

Justin Fischer
c/o Lovins Trosclair PLLC
1301 S Capital of Texas Hwy.
Building A, Suite 136
Austin, TX 78746-6574

Justin Fisher
2200 Airport Drive
Leander, TX 78641-4322

Justin Hawkins
414 Mercer Falls Rd
Lakeway, TX 78738-4431

Justin and Brittany Burdette
400 Hyltin Street
Hutto, TX 78634-5447

Kahana
 Feld
Attn: Ronald Max Raydon
One Greenway Plaza, Ste. 350
Houston, TX 77046-0124

Kasey Van Daley & Shelby Van Daley
128 Canyon Lake Ln
Georgetown, TX 78628-2115

Kelly Marco & Aaron Marco
2216 Legend Trail
Leander, TX 78641-2239

Kendall Harvey and Kyle Harvey
15401 Bat Hawk Circle
Austin, TX 78738-6865

Kevin Smith and Adrianna Smith
199 Colca Cove
Austin, TX 78738-4409

Kevin White & Tanya White
8501 Kelly Cove
Lago Vista, TX 78645-4664

| | | |
|---|---|---|
| Kevin Wilson<br>c/o Sprouse Law Firm<br>901 Mopac Expwy South<br>Bldg 1, Ste 300<br>Austin, TX 78746-5883 | Kimberly Mills & Edward Mills<br>12404 Wire Road<br>Leander, TX 78641-4004 | Kinsale Insurance<br>Attn: Doug Dubois<br>2035 Maywill Street, Suite 100<br>Richmond, VA 23230-3215 |
| Korytkowski Residential Pool<br>1205 Morse Cve<br>Georgetown, TX 78628-3164 | Laura Kinto<br>15900 Fontaine Ave<br>Austin, TX 78734-2642 | Law Firm of M. Matthew Williams, PLLC<br>Attn: M. Matthew Williams<br>248 Addie Roy Road, Suite B204<br>Austin, TX 78746-4133 |
| Law Office of Jason C. Spencer<br>c/o Jason Clay Spencer<br>15104 Crosscreek Drive<br>Austin, TX 78737-8908 | Law Office of Nicholas Bressi<br>P.O. Box 162193<br>Austin, TX 78716-2193 | Lee Mitchell & Julie Califano<br>145 Silkstone Street<br>Hutto, TX 78634-5687 |
| Lee Mitchell & Julie Califano<br>c/o Shannon E. Loyd<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Leonard Moore<br>3105 Pecan Crest Cove<br>Round Rock, TX 78681-2191 | Liberty Hill Truck Service<br>12830 TX-29<br>Liberty Hill, TX 78642 |
| Lilian G. Rodrguez-Prado<br>& Johnny R. Mendez-Pinto<br>356 Blue Sage Drive<br>Leander, TX 78641-4290 | Louis Hirsch<br>1313 Estates Drive<br>Woodway, TX 76712-2219 | Lovein Ribman, P.C.<br>1225 S Main St., Ste. 20<br>Grapevine, TX 76051-5585 |
| Lovins Trosclair PLLC<br>Attn: Michael Lovins<br>1301 S Capital of Texas Hwy.<br>Building A, Suite 136<br>Austin, TX 78746-6548 | Lucky Charm Homes, LLC<br>1605 Brackenridge St.<br>Austin, TX 78704-3511 | Maggie Richardson and Trevor Richardson<br>6020 Seville Dr<br>Austin, TX 78724-6199 |
| Mallory Stover<br>2650 CR 45<br>Thrall, TX 76578 | Marcus McSpadden and Nikki McSpadden<br>1512 Pinot Noir Street<br>Leander, TX 78641-2783 | Mario & Tina Barrett<br>5016 Placid Pl.<br>Austin, TX 78731-5018 |
| Mario Barrett<br>5016 Placid Pl<br>Austin, TX 78731-5018 | Martin Marietta Materials, Inc.<br>PO BOX 677061<br>Dallas, TX 75267-7061 | Marvin Elzey<br>117 Stallion Way<br>Liberty Hill, TX 78642-5530 |
| Matt Fowler<br>2825 San Milan Pass<br>Round Rock, TX 78665-3956 | Matt Hefner & Erin Hefner<br>1320 Nightingale Dr<br>Cedar Park, TX 78613-5101 | Matt Janiga<br>9408 Queenswood<br>Austin, TX 78748-5909 |
| Matt McMurray<br>18604 Wheelock Ct<br>Austin, TX 78738-4157 | Matthew Wensing<br>609 Apache Drive<br>Cedar Park, TX 78613-4925 | McGinnis Law<br>Attn: Austin L. Jones<br>1111 W. 6th St., Bldg. B, Ste. 400<br>Austin, TX 78703-5345 |

| | | |
|---|---|---|
| Melissa Jordan & Nick Russell<br>204 Scone Drive<br>Spicewood, TX 78669-2075 | Meri and Justin Krause<br>140 Hy Road<br>Buda, TX 78610-9539 | Metcalfe Law, PLLC<br>Attn: Sally S. Metcalfe<br>901 S Mopac Expy., Ste. 300<br>Austin, TX 78746-5883 |
| Michael E. Lovins<br>Lovins Law<br>1301 S. Capital of Texas Hwy.<br>Building A, Suite 136<br>Austin, TX 78746-6574 | Milne Residential Pool<br>2005 Cotton Farm Trl<br>Leander, TX 78641-4240 | Morgan Mills<br>3002 Rivercrest Dr<br>Austin, TX 78746-1712 |
| Motive<br>55 Hawthorne St #400<br>San Franscisco, CA 94105-3910 | Motive<br>55 Hawthorne Street, Suite #400<br>San Francisco, CA 94105-3910 | Nadim & Elizabeth Elias<br>616 Furlong Drive<br>Austin, TX 78746-4126 |
| Nancy Benevidas<br>612 South Lynnwood Trail<br>Cedar Park, TX 78613-3244 | North Mill Credit Trust<br>601 Merritt 7<br>Suite 5<br>Norwalk, CT 06851-1097 | North Mill Credit Trust<br>c/o Christopher V. Arisco<br>Padfield & Stout, LLP<br>100 Throckmorton St., Suite 700<br>Fort Worth, Texas 76102-2837 |
| North Mill Credit Trust<br>c/o Ivan Escobar<br>Padfield & Stout, LLP<br>100 Throckmorton St., Suite 700<br>Fort Worth, Texas 76102-2837 | North Mill Credit Trust<br>c/o Jessica N. Alt<br>Padfield & Stout, LLP<br>100 Throckmorton St., Suite 700<br>Fort Worth, Texas 76102-2837 | North Mill Equipment Finance<br>601 Merritt 7 #5<br>Nowalk, CT 06851-1097 |
| Omega CM Delta, LLC dba Omega Concrete Mixer<br>5465 Mills Civic Parkway, Suite 400<br>West Des Moines, IA 50266-5321 | Omnia Outdoors, LLC<br>c/o Doron Yitzchaki, Esq.<br>Dickinson Wright PLLC<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104-2131 | Oscar Carreon<br>201 Lollipop Ln<br>Cedar Park, TX 78613-3262 |
| PMA Companies<br>P.O. Box 5231<br>Janesville, WI 53547-5231 | Pacific Adjusting & Claim Services, LLC<br>Attn: Gustavo Lopez<br>P.O. Box 2516<br>Cypress, CA 90630-1216 | Paradise Hill County Enterprises, LLC<br>Attn: Britany L. Fletcher, Registered Ag<br>7451 W FM 243<br>Bertram, TX 78605-4038 |
| Partners Capital Group, Inc.<br>201 Sandpointe Ave, Suite 500<br>Santa Ana, CA 92707-8716 | Partners Capital Group, Inc.<br>20700 44th Avenue West, Suite 630<br>Lynnwood, WA 98036-7289 | Pat & Nancy Napolitano<br>3606 Arrowhead Cir<br>Round Rock, TX 78681-1703 |
| Patrick Johnson<br>917 Calithea Rd<br>West Lake Hills, TX 78746-2715 | Patschke Residential Pool<br>114 Colthorpe Ln<br>Hutto, TX 78634-3352 | Paul Medeiros<br>18212 Wind Valley Way<br>Pflugerville, TX 78660-4083 |
| (p)PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 | Phil Traina<br>117 Ruffino Lane<br>Georgetown, TX 78628-7239 | Phil Traina<br>c/o Pierce P. MacGuire<br>MacGuire Law, PLLC<br>609 W 15th St<br>Georgetown, TX 78626-6613 |

```
Phillip Noel & Amy Noel                Pierce MacGuire                         Pools by Blue Haven, Inc.
8713 Ambrosia Dr.                      609 W. 15th Street                      7575 North Loop 1604 West
Austin, TX 78738-4089                  Georgetown, TX 78626-6613               San Antonio, TX 78249-2969


Pools by Blue Haven, Inc.              Pools by Blue Haven, Inc.               Porter, Rogers, Dahlman & Gordon, P.C.
Attn: Corley H. Atwood, Esq.           c/o Corley H. Atwood                    Attn: Marc Williams, Esq. & Brandon Coon
7575 North Loop 1604 West              715 Discovery Blvd., Ste 115            745 East Mulberry, Suite 450
San Antonio, TX 78249-2969             Cedar Park, TX 78613-2295               San Antonio, TX 78212-3152


Portillo Residential Pool              Premier ATX Industries, LLC d/b/a Premier Po   Primary Source Insurance Agency, Inc.
16701 Poppy Mallow Dr                  Attn: John Curl, Registered Agent       121 East Park Square
Austin, TX 78738-4088                  3450 County Road 255                    Owatonna, MN 55060-3046
                                       Georgetown, TX 78633-4098


Rachel and Ben Mouton                  Rafael Collazo and Eileen Collazo       Randy Patterson
1228 Heppner Dr.                       20920 Havant Way                        11520 Lake Stone Dr.
Cedar Park, TX 78613-5139              Pflugerville, TX 78660-6550             Bee Cave, TX 78738-5579


Randy and Natalie Egan                 Real Steel Gunite Reinforcement         Reddy Residential Pool
c/o Shannon E. Loyd, Esq.              5703 Purple Sage Dr.                    112 Westfield Dr
The Loyd Law Firm, PLLC                Austin, TX 78724-3442                   Georgetown, TX 78628-7195
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493


Regions Bank d/b/a Ascentium Capital   Resident                                Resident
23870 US 59 North                      2716 Geraghty Ave                       4012 Valley View Road
Kingwood, TX 77339                     Austin, TX 78757-2330                   Building 1, Unit B
                                                                               Austin, TX 78704-8194


Richard Bright                         Riviera Residential Pool                Robert Wrestler & Paula Wrestler
18025 Ranchland Hills Vista            20600 Fruit Doe Cv.                     2809 Barley Field Pass
Jonestown, TX 78645-4648               Pflugerville, TX 78660-1751             Pflurgerville, TX 78660-3578


Rodney Bustamante                      Rodriguez Big R Pool & Construction, LLC   Rogers Residential Pool
9610 Braeburn Glen                     Attn: Ignacio Rodriguez                 8601 Rollins Drive
Austin, TX 78729-2709                  9806 Vikki Terrace                      Austin, TX 78738-7676
                                       Austin, TX 78736


Rose Wheeler                           Rowena Hernandez                        Ryan Black
c/o Chamberlain Hrdlicka               19620 Summit Glory Trail #4             3500 Dry Brook Crossing
Attn: Bankruptcy Department            Spicewood, TX 78669-2046                Pflugerville, TX 78660-5581
1200 Smith Street, Suite 1400
Houston, TX 77002-4496


Sam Oshinsky                           Sanchine Patel and Roopal Patel         Schumann Residential Pool
2901 Oak Crest Ave                     1816 Harvest Dance Drive                1306 Roaring Fork
Austin, TX 78704-6227                  Leander, TX 78641-3704                  Leander, TX 78641-3650
```

| | | |
|---|---|---|
| Scott Booth<br>14119 Fort Smith Trail<br>Austin, TX 78734-3707 | Scott Garrick and Laura Garrick<br>424 Treasure Peak Pass<br>Austin, TX 78738-7168 | Scott Residential Pool<br>127 Cumberland Dr<br>Belton, TX 76513-6110 |
| Selby Residential Pool<br>204 Trick Pony<br>Liberty Hill, TX 78642-2333 | Servando Rivas and Darrell Minton<br>Dorsett Johnson & Cisneros<br>3503 Wild Cherry Dr.<br>Bldg. 6<br>Austin, TX 78738-1822 | Seth Goldberg and Stefanie Goldberg<br>312 Parke Wind Way<br>Cedar Park, TX 78613-3191 |
| Shaun Lee<br>4145 Novella Cv<br>Leander, TX 78641-3533 | Sherry Bear & Kyle Dickerson<br>184 Dos Lagos Drive<br>Dripping Springs, TX 78620-4858 | Southpaw Pools, Inc.<br>200 County Road 228<br>Florence, TX 76527-4930 |
| Spark Root Construction, LLC<br>6700 Bridge Root Cove<br>Austin, TX 78746 | Stacy Kelly<br>4107 Capora Way<br>Round Rock, TX 78681-2484 | Steve Henriksen and Sharon Henriksen<br>22617 Rainbow Connection Skyway<br>Spicewood, TX 78669-3318 |
| Steven Bricker<br>6404 Camille Ct<br>Leander, TX 78645 | Sumitomo Mitsui Finance and Leasing Co. Ltd<br>666 Third Avenue, 8th FL.<br>New York, NY 10017-4033 | Sumitomo Mitsui Finance and Leasing Co. Ltd.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road, Suite 120<br>Melville, NY 11747-2725 |
| Tazeen and Mohammed Dhedi<br>1011 Placid Creek Court<br>Round Rock, TX 78665-1188 | Tazeen and Mohammed Dhedi<br>c/o Shannon E. Loyd<br>The Loyd Law Firm, PLLC<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 | Terri White & Rex White<br>5117 Bandera Creek Trail<br>Austin, TX 78735-6461 |
| Terri Zagurasky & John Zagurasky<br>5901 Antelope Well Ln.<br>Austin, TX 78738-4416 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Department of Transportation<br>12719 Burnet Road<br>Austin, TN 78727-4207 |
| Texas Enterprises. Inc. dba Allied Sales Com<br>5005 E 7th Street<br>Austin, TX 78702-5022 | Texas Lehigh Cement Company, LP<br>P.O. Box 610<br>Buda, TX 78610-0610 | Texas Lehigh Cement Company, LP<br>P.O. Box 736821<br>Dallas, TX 75373-6821 |
| Texas Luxury Outdoors<br>PO Box 427<br>Spicewood, TX 78669-0427 | Texas Luxury Outdoors<br>c/o Sandra K. Jones, Registered Agent<br>121 Spur 121, Unit 427<br>Spicewood, TX 78669 | The County of Williamson, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| The Huntington National Bank<br>11100 Wayzata Boulevard, Suite 700<br>Minnetonka, MN 55305-5523 | The J.D. Wilson Law Firm, PLLC<br>Attn: Joshua Denson Wilson<br>1000 Heritage Center Cir<br>Round Rock, TX 78664-4463 | The Loyd Law Firm, PLLC<br>Attn: Shannon E. Loyd, Esq.<br>12703 Spectrum Drive, Suite 201<br>San Antonio, TX 78249-3493 |

| | | |
|---|---|---|
| The Morales Firm, P.C.<br>Attn: Chuck Shipman<br>6243 W. Interstate 10, Suite 132<br>San Antonio, TX 78201-2006 | Thompson Residential Pool<br>409 River Chase Blvd.<br>Georgetown, TX 78628-5300 | Tim Beecham<br>18209 Wind Valley Way<br>Pflugerville, TX 78660-4083 |
| Todd Cox<br>1128 Farm Rd 1690<br>Lampasas, TX 76550 | Todd Smith and Tina Smith<br>4711 Waterworks<br>Belton, TX 76513-4933 | Trans Lease, Inc.<br>c/o Jessica Alt<br>100 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102-2837 |
| Trans Lease, Inc.<br>c/o Matthew Fronda<br>Padfield & Stout, LLC<br>420 Throckmorton St, Ste 1210<br>Fort Worth, TX 76102-3792 | TransLease, Inc.<br>1400 W 62nd Ave<br>Denver, TX 80221-2400 | TransLease, Inc.<br>P.O. Box 211397<br>Denver, CO 80221-0392 |
| Travis Kieke<br>429 Doe Run<br>Georgetown, TX 78628-9642 | Trusted Tax Services<br>14425 Falcon Head Blvd<br>Austin, TX 78738-4412 | Trusted Tax Services<br>P.O. Box 92828<br>Austin, TX 78709-2828 |
| Tucker Ferguson<br>109 Norcia Loop<br>Liberty Hill, TX 78642-4449 | United States Attorney<br>General Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0009 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Vaseem Syed & Asra Syed<br>4408 Sansone Drive<br>Round Rock, TX 78665-1514 | Vernon and Rose Wheeler<br>511 San Gabriel Dr<br>Liberty Hill, TX 78642-5749 | WEX Inc.<br>1 Hancock Drive<br>Portland, ME 04101-4217 |
| WW Air Compressor<br>402 Burleson St<br>Smithville, TX 78957-1547 | WW Air Compressors LLC<br>402 Burleson ST<br>Smithville, TX 78957-1547 | Walters Balido & Crain<br>Attn: Jerry Ewing<br>10440 North Central Expressway,<br>Suite 1500<br>Dallas, TX 75231-2299 |
| Waterview Custom Pools, LLC<br>c/o United States Corporation Agents, In<br>9900 Spectrum Drive<br>Austin, TX 78717-4555 | Waterview Pools, Inc.<br>Attn: John Cody McFayden<br>13313 Kinder Pass<br>Austin, TX 78727-3415 | Wenholz<br>Dow, P.C.<br>c/o David C. Wenholz<br>9433 Bee Caves Rd., Ste. 1-200<br>Austin, TX 78733-6138 |
| Westbrook Residential Pool<br>812 Silver Trail<br>Round Rock, TX 78664-4043 | Ziebert<br>2103 Raleigh Avenue<br>Austin, TX 78703-2127 | Todd Brice Headden<br>Hayward PLLC<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757-1269 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascentium Capital<br>23970 Hwy 59 North<br>Kingwood, TX 77339-1535 | IPFS Corporation<br>P.O. Box 730223<br>Dallas, TX 75373-0223 | Penn Credit Corporation<br>2800 Commerce Drive<br>Harrisburg, PA 17110 |
| (d)Penn Credit Corporation<br>P.O. Box 69703<br>Harrisburg, PA 17106-9703 | Texas Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy<br>P.O. Box 13528<br>Capital Station Austin, TX 78711 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Sumitomo Mitsui Finance and Leasing Co. Lt<br>666 Third Avenue, 8th Floor<br>New York, NY 10017-4033 | End of Label Matrix<br>Mailable recipients  356<br>Bypassed recipients    1<br>Total                357 |