# EXHIBIT A

THIS IS A COPY

DocuSign Envelope ID: C7F7ACA2-2542-4251-9A00-21F7726F670E

This is a copy view of the Authoritative Copy held by the designated custodian.



**ascentium**
C A P I T A L

# EQUIPMENT FINANCE AGREEMENT
## Agreement No. 2557230

Ascentium Capital LLC
23970 HWY 59 N
Kingwood, TX 77339-1535
AscentiumCapital.com

| DEBTOR ("you" or "your"): | ADDRESS | TERM: |
|---|---|---|
| HOT CRETE LLC | 1630 COUNTY ROAD 279, LIBERTY HILL, TX 78642 | 60 |

**PAYMENT SCHEDULE: 60 @ $5,056.80**

**COLLATERAL:** Items of personal property as generally described herein which Ascentium Capital LLC and Debtor agree that a more detailed description of the property being financed shall be maintained by us among our books and records in whatever more detailed description of the property financed is received from the supplier of such property (the "Supplier") and, absent manifest error, such detailed description shall be considered incorporated into this Equipment Finance Agreement and shall be provided to Debtor promptly upon request.
**Personal Property Description:** 2020 PETERBILT WITH RHINO CEMENT MIXER, TITLE FEES

**Agreement.** Ascentium Capital LLC ("Lender", "we", "us" or "our") agrees to lend to Debtor and you agree to borrow from us an amount for the financing of the Collateral. Amounts received by us under this Equipment Finance Agreement ("EFA") shall be applied as we determine. This EFA has an interim term ("Interim Term") and an initial term ("Initial Term"). The foregoing collectively the "Term". The Interim Term starts on the date we fund the purchase price of the Collateral. The Initial Term starts on the billing date specified by us ("Commencement Date"). You agree to pay us: (a) payments (each a "Payment") shown above during each month of the Initial Term; the first Payment is due on the Commencement Date, and (b) all other amounts that become due under this EFA, including 1/30th of a Payment for each day of the Interim Term. You authorize us to adjust the Payment if the final cost of the Collateral or tax is different from that on which such Payment is based. Any amount not paid when due is subject to a late charge of the lower of 10% of such amount or the highest amount allowed by law.
**Grant of Security Interest.** You hereby grant to us a security interest in the Collateral and all proceeds to secure all of your obligations under this EFA. You irrevocably grant us the right to make such filings under the Uniform Commercial Code as we deem necessary.
**Disclaimer of Warranties and Claims.** We make no representation or warranty as to any matter whatsoever including the merchantability or fitness for a particular purpose of the Collateral. This EFA is irrevocable. Your obligation to pay all amounts payable hereunder is absolute and unconditional and will not be subject to any reduction, setoff, defense, counterclaim, deferment or recoupment for any reason, including without limitation any defect, damage or unfitness of the Collateral. You acknowledge that you selected the Supplier and Collateral and the Supplier is not our agent nor are we their agent. If the Collateral is unsatisfactory for any reason, your only remedy, if any, shall be against the Supplier and not against us.
**Collateral.** You will use the Collateral for commercial purposes only and in compliance with law. You will not sell, transfer, assign or lease the Collateral or otherwise allow the Collateral to be used by anyone other than you. You will keep the Collateral free and clear from all liens and encumbrances. Titled Collateral will be titled and/or registered as we direct. You will not modify or change location of the Collateral without our prior consent and allow us to inspect it upon our request. At your expense you will maintain the Collateral in good operating condition and repair. You are responsible for any damage or destruction of the Collateral. You will at our election repair the Collateral at your expense or pay to us all amounts then due and owing plus the total of all unpaid Payments for the Term discounted at 3%. You will indemnify and hold us, our members, managers and employees harmless from and against any claims, costs, expenses, damages and liabilities, in any way relating to the Collateral.
**Fees and Taxes.** You agree to pay when due and to hold us harmless from all taxes, interest and penalties relating to this EFA and the Collateral. Taxes and reimburse us for those Taxes we pay on your behalf. You agree to pay us documentation fees and all other fees we deem necessary.
**Insurance.** During the Term you will maintain insurance we specify on the Collateral. If you do not provide us satisfactory proof of insurance we may, but are not required, to buy such insurance for our benefit and add charges which may result in a higher premium you would pay if you obtained insurance, plus an interest charge.
**Default and Remedies.** If anyone of the following occurs with respect to you or any guarantor, you will be in default (i) you fail to pay any amount under this EFA when due, (ii) you cease doing business, submit your inability to pay your debts, or you file or have filed

against you a petition under the Bankruptcy Code, (iii) you breach any other obligation of yours contained in this EFA or (iv) you merge, consolidate with, or sell all or substantially all of your assets or a majority of your ownership interests to any third party. Upon your default, we may do any or all of the following: (a) terminate this EFA, (b) take possession of the Collateral; you irrevocably waive any security interest of us in the event we take possession of the Collateral and require you to deliver it to us at your expense to a location designated by us, (c) declare all sums due and to become due hereunder immediately due and payable, all future payments discounted at 3% as calculated by us, (d) sell, dispose of, hold, or lease the Collateral and/or (e) exercise any other right or remedy which may be available to us under applicable law. You shall reimburse us for all costs we incur in enforcing our rights including our attorneys' fees and costs of repossession, repair, storage and remarketing of the Collateral. A waiver of default will not be a waiver of any other or subsequent default.
**General.** This EFA shall be governed and construed under the laws of the State of California without reference to its principles of conflicts of laws. You consent to the non-exclusive jurisdiction of courts located in California in any action relating to this EFA. You waive any objection based on improper venue and/or forum non conveniens and waive any right to a jury trial. Time is of the essence with respect to your obligations under this Agreement. All of our rights and the indemnities in our favor under this EFA shall survive its termination. You agree to pay us interest on all past due amounts at the lower of 1.5% per month or the highest rate allowed by law. You shall not assign or otherwise transfer this EFA or any of your obligations hereunder. We may assign this EFA, in whole or in part, without notice to you or your consent. You agree that our assignee will have its same rights and benefits that we have now under this EFA, but none of our obligations. This EFA sets forth the entire understanding of the parties with respect to its subject matter and may only be amended in a writing duly executed by the party against whom enforcement is sought. You agree, however, that we are authorized, without notice to you, to supply missing information or correct any misspellings or obvious errors in this EFA. You represent and warrant to us that all information conveyed to us in connection with this EFA and all related documents whether by you, a guarantor, a Supplier or any other person, is true, accurate, complete and not misleading. This EFA may be executed in separate counterparts which together shall be the same instrument. You agree this EFA may be signed electronically pursuant to the Electronic Signatures in Global and National Commerce Act and other applicable law. All fees may not only cover our costs but may include a profit. You may not prepay this EFA without our prior written consent. If Debtor constitutes more than one person, the liability of each shall be joint and several. A copy of this EFA shall be deemed an original for all purposes. Lender may acknowledge its acceptance of this EFA in a subsequent communication signed by Lender. Any notice given hereunder shall be in writing and, if delivered by mail, deemed given two business days after being deposited with the US Postal Service, first class postage prepaid, and addressed to the Debtor at its address set forth above or to Lender at 23970 HWY 59 N, Kingwood, TX 77339-1535, or such other address given to the sender by written notice. You agree, however, that we are authorized, without notice to you, to supply missing information or correct any misspellings or obvious errors in this EFA. You agree that by providing us with an email address or a telephone number for a cellular or wireless device, you expressly consent to receiving notices and other communications including voice and text messages from us at that number or email address, and this express consent applies to each such email address or telephone number that you provide to us now or in the future. Only the copy of this EFA marked as the "sole original" or similar language by us or our designee is the chattel paper original of this EFA.

**This EFA shall become effective upon Debtor's signature below, provided, however, that our obligation to perform our obligations under this EFA shall be subject to our satisfactory receipt of all conditions specified by us, including a complete and properly executed documentation package, as determined by us. By signing below Debtor hereby irrevocably accepts the Collateral under the EFA and irrevocably authorizes Lender to pay the Supplier on behalf of Debtor. The person executing this EFA is authorized to do so, making this EFA the valid and binding act of the Debtor.**

| Debtor Name: | HOT CRETE LLC | By: | ☒ *Edgar Castro* |
|---|---|---|---|
| | | Printed Name/Title: | EDGAR CASTRO, Manager |

**GUARANTY:** You (jointly and severally if more than one) unconditionally guarantee to us and our assigns the payment and performance when due of all of the obligations of the Debtor under this EFA and all related documents executed by the Debtor ("Agreements"). We may proceed against you before proceeding against the Debtor, the Collateral or enforce any other remedy. Notwithstanding any changes made to the Agreements in our dealings with Debtor, this Guaranty will remain in effect as changed even if you are not notified of the changes and will remain in effect even if the Agreements are no longer enforceable against the Debtor. You waive all notices to which you may have a right. You agree to pay us all our expenses in enforcing this Guaranty. You may not assign this Guaranty without our written consent. The governing law, venue and notice provisions of the EFA shall apply to this Guaranty. You consent to our conducting a credit evaluation of you from all sources, periodically obtaining and sharing the results with others.

| Guarantor Signature: | ☒ *Edgar Castro* | Printed Name: | EDGAR CASTRO |
|---|---|---|---|
| Guarantor Signature: | ☒ | Printed Name: | FAUSTO CASTRO |

**AUTHORIZATION FOR ACH PAYMENTS:** Debtor authorizes Lender or Lender's successors and assigns to automatically initiate and make debit entry charges to Debtor's bank account indicated below for the payment of all amounts owed by Debtor from time to time under the EFA. This Authorization is to remain in effect during the Term of the EFA Agreement. Any incorrect charge will be corrected upon notification to Lender by either a credit or debit to Debtor's account.

| Bank Name: | | Business Acct Name: | |
|---|---|---|---|
| Account No: | | ABA No: | |
| Authorized Signature: | ☒ | Printed Name / Title: | Edgar Castro , President |

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

DocuSign Envelope ID: C7F7ACA2-2542-4251-9A00-21F7726F670E

Ascentium Capital LLC
23970 HWY 59 N
Kingwood, TX 77339-1535
AscentiumCapital.com



**TITLING ADDENDUM**

Agreement No. 2557230
Date: September 25, 2020

This Titling Addendum ("Addendum") is made by Ascentium Capital LLC (hereinafter called "Ascentium") and the Customer identified below for the purpose of changing certain terms and conditions to that certain agreement whose number is referenced above (hereinafter called "Agreement") entered between Ascentium and HOT CRETE LLC (hereinafter called "Customer"), as lessee, borrower or debtor, or any document relating to such Agreement representing any obligation from Customer to Ascentium, including, without limitation; authority and incumbency certificates, bills of sale, certifications of financial statement, corporate guarantees, commencement agreements, financial covenant agreements, personal guarantees, purchase orders, real property waivers, schedules A, security agreements, or other evidence of indebtedness, (collectively, "Other Documents"). If the Agreement is a master agreement, the term "Agreement" shall include all schedules, notes or similar documents incorporating by reference the provisions of the Agreement. The Agreement is hereby amended by adding the following terms and conditions:

You agree that you are responsible for completing the transfer of title for the Vehicle described below by providing any and all documents required for the title transfer to either (a) your local department that titles motor vehicles ("DMV") directly, or (b) a third party approved in writing by Ascentium to act as the tag agency ("Tag Agency"), and if applicable, by meeting the title package at the DMV when and where the Tag Agency directs. You are responsible to respond and provide any additional documentation required within 7 days of any calls or emails from Ascentium, the Tag Agency or the DMV. If you are completing the transfer of title directly upon your receipt of the "White Slip" or "Title/Registration Receipt," you will send a copy of the same to titlingpostclosing@ascentiumcapital.com no later than 30 days from the Commencement Date of the Agreement and deliver the original department of motor vehicles processed certificate of title ("Original Certificate of Title") to Ascentium as directed in the paragraph below. You are solely responsible to transfer and deliver the Original Certificate of Title to Ascentium exactly as required according to the directions below.

No later than seventy-five (75) days from the Commencement Date of the Agreement, you unconditionally guarantee to deliver to Ascentium the Original Certificate of Title by sending it to:
Ascentium Capital LLC, Attn: Title Team at 23970 US Hwy 59 N, Kingwood, TX 77339.

You agree to title the vehicle as follows:

Owner:
HOT CRETE LLC
1630 COUNTY ROAD 279
LIBERTY HILL, TX 78642

Lien Holder:
Ascentium Capital LLC (Federal Tax ID 45-2394504)
23970 US Hwy 59 N
Kingwood, TX 77339

For the following vehicle:
2020 PETERBILT WITH RHINO CEMENT MIXER,   VIN # 1NPCLP0X3LD721378

You agree that failure to provide us with the Original Certificate of Title as required in this Addendum shall be deemed a default under the Agreement and that title penalties of up to $750 per month per Vehicle may apply if the Original Certificate of Title is not received in accordance with the directions above.

Please contact Ascentium at titlingpostclosing@ascentiumcapital.com or at 888-348-2057 with any updates or questions about your title.

Upon execution of this Titling Addendum, the Agreement or Other Documents in question shall be deemed to have been in effect since the effective date of the Agreement or Other Documents, incorporating into the Agreement or Other Documents, as the case may be, the changes set out in this Titling Addendum. Customer agrees that a facsimile or other copy of this Titling Addendum, as executed, shall be deemed the equivalent of the originally executed copy for all purposes.

| CUSTOMER: | HOT CRETE LLC | By: | ☒ *Edgar Castro* |
| | | Printed Name/Title: | EDGAR CASTRO Manager |

2321 – 20200124

# EXHIBIT B



**DDI** Technology
# Premier eTitleLien®

# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1NPCLP0X3LD721378 | 2020 | PTRB | | CM | PYY7434 | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| 30600 | | 24600144950101820 | EXEMPT | TX | 02-02-2023 |

**Vehicle Color**
WHITE

**Full Name of Owner(s)**
HOT CRETE LLC
1630 COUNTY RD 279
LIBERTY HILL, TX 78642

**Liens(s)**
ASCENTIUM CAPITAL LLC
23970 HIGHWAY 59 NORTH
KINGWOOD, TX 77339

Lien Date: 10-06-2020
ELT Number: 45239450400
LTN: 2557230

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: R7UI8W2E8G

## THIS IS NOT A TITLE
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.



# EXHIBIT C



March 29, 2024

Hot Crete LLC                Edgar Castro           Fausto Castro
1630 County Road 279         1630 County Road 279   1630 County Road 279
Liberty Hill, TX 78642       Liberty Hill, TX 78642 Liberty Hill, TX 78642

     Re:    Hot Crete LLC:  Ascentium Capital Agreement Number 2557230 (the "Agreement")

---

### NOTICE OF ASSIGNMENT

Ascentium Capital ("Seller") has sold to Sumitomo Mitsui Finance and Leasing Co. Ltd. ("SMF") all of Seller's right, title and interest in and to the Agreement referenced above and the equipment described therein.  From and after the payments due 01/20/2024, you are directed to remit all amounts now or hereafter becoming due under the terms of such Agreement with respect to the assets financed thereunder directly to SMF at the following address or such other address as SMF shall notify you in writing:

Sumitomo Mitsui Finance and Leasing Co. Ltd
666 Third Avenue, 8th FL.
New York, NY 10017

The following is contact information for Sumitomo Mitsui Finance:

Sumitomo Mitsui Finance Contact:  Gerry De Vita, AVP, Collections Specialist II
Sumitomo Mitsui Finance Tel:  212-256-7308

Sincerely,

*Michele Rodriguez*
Michele Rodriguez
Syndications Servicing Administrator

Internal Use