# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HOT CRETE, LLC, § | Case No. 24-10303-smr |
| § | |
| Debtor. § | Chapter 11 |
| § | |

## AMENDED NOTICE OF RESET HEARING
### (Reference Docket No. 152)

PLEASE TAKE NOTICE that the Hearing on *Ansar Chmeis's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (Docket No. 152) has been reset to take place on **Tuesday, February 4, 2025 at 1:30 p.m. (CT)** before the Honorable Shad M. Robinson located at the Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Austin Courtroom 1, Austin, TX 78701. Prior Court approval is required to appear via WebEx or Telephonically.

Dated: January 6, 2025

Respectfully submitted,

*/s/ Todd Headden*
Todd Headden
Texas State Bar No: 24096285
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100
theadden@haywardfirm.com

***Counsel for Hot Crete, LLC***

# **CERTIFICATE OF SERVICE**

  I hereby certify that on January 6, 2025, the foregoing Amended Notice was served via CM/ECF on all parties requesting such service. In addition, on January 6, 2025, or within one business day thereof, the foregoing Amended Notice was served via U.S. First Class Mail to the parties listed below.

| | |
|---|---|
| Hot Crete, LLC<br>2010 Brushy Creek Road, Unit A<br>Cedar Park, TX 78613<br><br>***Debtor*** | United States Trustee<br>Attn: Gary W. Wright<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701<br><br>***United States Trustee*** |
| Martin Marietta Materials, Inc.<br>P.O. Box 677061<br>Dallas, TX 75267-7061<br><br>***Top 20 Unsecured Creditors*** | Federated Mutual Insurance Company<br>9001 Airport Fwy., Suite 500<br>North Richland Hills, TX 76180<br><br>***Top 20 Unsecured Creditors*** |
| Arcosa Aggregates Texas, LLC<br>P.O. Box 911205<br>Dallas, TX 75373-1205<br><br>***Top 20 Unsecured Creditors*** | Express Materials Services, LLC<br>556 S HWY-95<br>Elgin, TN 78621<br><br>***Top 20 Unsecured Creditors*** |
| CEMEX Construction Materials South, LLC<br>10100 Katy Freeway, Ste 300<br>Houston, TX 77043-5267<br><br>***Top 20 Unsecured Creditors*** | Chanas Aggregates, LLC<br>7850 E. State Hwy. 29<br>Llano, TX 78643<br><br>***Top 20 Unsecured Creditors*** |
| Texas Lehigh Cement Company, LP<br>P.O. Box 736821<br>Dallas, TX 75373-6821<br><br>***Top 20 Unsecured Creditors*** | Capital One Spark Business<br>P.O. Box 60519<br>City of Industry, CA 91716-0519<br><br>***Top 20 Unsecured Creditors*** |
| Oscar Carreon<br>201 Lollipop Ln<br>Cedar Park, TX 78613<br><br>***Top 20 Unsecured Creditors*** | WEX Inc.<br>1 Hancock Drive<br>Portland, ME 04101<br><br>***Top 20 Unsecured Creditors*** |

| | |
|---|---|
| Hillard Dozer, LP<br>12495 Reeds Lake Loop<br>Temple, TX 76501<br><br>***Top 20 Unsecured Creditors*** | Texas Department of Transportation<br>12719 Burnet Road<br>Austin, TN 78727<br><br>***Top 20 Unsecured Creditors*** |
| WW Air Compressor<br>402 Burleson St<br>Smithville, TX 78957<br><br>***Top 20 Unsecured Creditors*** | Central Texas Regional Mobility Authority<br>3300 N IH-35, Suite 300<br>Austin, TX 78705<br><br>***Top 20 Unsecured Creditors*** |
| Hill Country Electric Supply<br>3003 N. E. LOOP 410, SUITE 101<br>San Antonio, TX 78218<br><br>***Top 20 Unsecured Creditors*** | Hasten Energy Solutions<br>405 N Post Oak Ln<br>Houston, TX 77024-5913<br><br>***Top 20 Unsecured Creditors*** |
| Texas Enterprises. Inc. dba Allied Sales Company<br>5005 E 7th Street<br>Austin, TX 78702<br><br>***Top 20 Unsecured Creditors*** | Fleetistics<br>1936 Bruce B Downs Blvd. #505<br>Wesley Chapel, FL 33544<br><br>***Top 20 Unsecured Creditors*** |
| Liberty Hill Truck Service<br>12830 TX-29<br>Liberty Hill, TX 78642<br><br>***Top 20 Unsecured Creditors*** | United States Trustee Program<br>Attn: Jessica Lanoue Hazlik<br>615 E. Houston Street, Ste. 533<br>San Antonio, TX 78205<br><br>***Notice of Appearance for United States Trustee*** |
| McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269<br><br>***Notice of Appearance for The County of Williamson*** | Luttrell & Carmody Law Group<br>Attn: Leslie M. Luttrell &<br>Morris E. "Trey" White III &<br>Jessica A. Henry<br>100 N.E. Loop 410, Suite 615<br>San Antonio, TX 78216<br><br>***Notice of Appearances for Frost Bank*** |

3 | P a g e

AMENDED NOTICE OF RESET HEARING

| | |
|---|---|
| Padfield & Stout, LLP<br>Attn: Jessica N. Alt &<br>Matthew B. Fronda<br>420 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102<br><br>***Notice of Appearances for Trans Lease, Inc.*** | Frank B. Lyon<br>P.O. Box 50210<br>Austin, TX 78763<br><br>***Notice of Appearance for Cody Pools, Inc.*** |
| Chamberlain, Hrdlicka, White, Williams & Aughtry, PC<br>Attn: Tara T. LeDay<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br><br>***Notice of Appearance for Rose Wheeler*** | Sprouse Law Firm<br>Attn: Marvin E. Sprouse III<br>901 Mopac Expressway South<br>Building 1, Suite 300<br>Austin, TX 78746<br><br>***Notice of Appearance for Kevin Wilson*** |
| Kane Russell Coleman Logan, PC<br>Attn: Michael P. Ridulfo<br>5151 San Felipe, Suite 800<br>Houston, TX 77056<br><br>***Notice of Appearance for Jeremy & Elizabeth Spicer*** | Holland & Knight, LLP<br>Attn: William R. "Trip" Nix<br>100 Congress Avenue, Suite 1800<br>Austin, TX 78701<br><br>***Notice of Appearance for James Murdock, Brad Wheeler, and Jason Nichol*** |
| Padfield & Stout, LLP<br>Attn: Christopher V. Arisco &<br>Ivan Escobar & Jessica N. Alt<br>100 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102<br><br>***Notice of Appearances for North Mill Credit Trust*** | Kye Law Group, P.C.<br>Attn: Matthew F. Kye<br>201 Old Country Road, Suite 120<br>Melville, NY 11747<br><br>***Notice of Appearance for Sumitomo Mitsui Finance and Leasing Co., Ltd.*** |
| The Cronfel Firm<br>Attn: Guillermo Ochoa-Cronfel<br>7500 Rialto Blvd., Bldg. 1, Suite 250<br>Austin, TX 78735<br><br>***Notice of Appearance for Doo Reid*** | VBPena Law, PLLC<br>Attn: Abigail Ventress<br>406 N. Lee St., Ste. 103<br>Round Rock, TX 78664<br><br>***Notice of Appearance for Kathy & Corey Westbrook/Westbrook Residential Pool*** |

| | |
|---|---|
| Spicewood Professional Offices<br>Attn: B. Weldon Ponder, Jr.<br>4408 Spicewood Springs Road<br>Austin, TX 78759<br><br>***Notice of Appearance for Pools by Blue Haven, Inc.*** | The Law Offices of Brian Cooper Guequierre<br>Attn: Brian Guequierre<br>4315 Airport Blvd.<br>Austin, TX 78722<br><br>***Notice of Appearance for Spark Root Construction, LLC*** |
| Dickinson Wright PLLC<br>Attn: Stephanie E. Kaiser<br>607 W. 3rd Street, Suite 2500<br>Austin, TX 78701<br><br>***Notice of Appearance for Diego & Elaine Suarez*** | Ross, Smith, & Binford, PC<br>Attn: Frances A. Smith<br>Plaza of the Americas<br>700 N. Pearl St., Suite 1610<br>Dallas, TX 75201<br><br>***Notice of Appearance for Arcosa Aggregates Texas LLC*** |
| Cain & Skarnulis PLLC<br>Attn: Ryan E. Chapple & Michael Moody & Joshua A. Eames-Cepero<br>303 Colorado Street, Suite 2850<br>Austin, TX 78701<br><br>***Notice of Appearances for Donn Wurts, Jamie Wurts, Rowena Hernandez, Edward Weltens, Julie Weltens, Wade Landers, Patricia Landers, Melissa Jordan, Nick Russell, Jeffrey Szastak, and Heather Szastak*** | Offerman & King, LLP<br>Attn: James W. King<br>6410 Wellington Place<br>Beaumont, TX 77706<br><br>***Notice of Appearance for Sumitomo Mitsui Finance and Leasing Co., Ltd.*** |
| D'Amura & Zaidman, PLLC<br>Attn: Lydia R. Zaidman<br>609 Josephine Street<br>Austin, TX 78704<br><br>***Notice of Appearance for Ansar Chmeis*** | Kell C. Mercer, P.C.<br>Attn: Kell C. Mercer<br>901 S. MoPac Expy., Bldg. 1, Suite 300<br>Austin, TX 78746<br><br>***Notice of Appearance for Julie Stivers and Daryl Elsea*** |
| The Roarty Law Firm, PLLC<br>Attn: Rekha Roarty & Nicholl Wade & Lex Townsley<br>1301 S Capital of Texas Hwy, Suite B-202<br>Austin, TX 78746<br><br>***Notice of Appearances for John Bretz*** | |

*/s/ Todd Headden*
Todd Headden