**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 31, 2025.**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| HOT CRETE, LLC, | § § | Case No. 24-10303-smr |
| Debtor. | § § § | Chapter 11 |

_____

**ORDER GRANTING SECOND AGREED MOTION TO CONTINUE HEARING ON ANSAR CHMEIS'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 326(d)**

_____

CAME ON FOR CONSIDERATION, Hot Crete, LLC (the "Debtor") and Ansar Chmeis's ("Chmeis") *Second Agreed Motion to Continue Hearing* (the "Motion to Continue") on *Ansar Chmeis's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)* (the "Motion"). The Court, having reviewed the Motion to Continue, finds that it should be granted. Accordingly, it is hereby

**ORDERED** that the Motion to Continue is **GRANTED**; it is further

**ORDERED** that the hearing on *Ansar Chmeis's Motion for Relief from Automatic Stay*

1 | P a g e

*Pursuant to 11 U.S.C. § 362(d)* (the "Motion") is continued and reset to March 4, 2025 at 1:30 pm (the "Continued Hearing Date"); it is further

**ORDERED** that the Bankruptcy Court has and will retain jurisdiction to interpret and enforce this Order according to its terms.

### # # # END OF ORDER # # #

*Order Prepared By:*

**HAYWARD PLLC**

*/s/ Todd Headden*
Todd Headden
Texas State Bar No. 24096285
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
theadden@haywardfirm.com

*Counsel for Hot Crete, LLC*

**-AND-**

**D'AMURA & ZAIDMAN, PLLC**

*/s/ Lydia R. Zaidman*
***[E-Signed with Permission]***
Lydia R. Zaidman
State Bar No. 24056869
609 Josephine Street
Austin, Texas 78704
(718) 791-5493 (Phone)
lzaidman@dz-pllc.com

*Counsel for Ansar Chmeis*

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10303-smr |
| Hot Crete LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 31, 2025 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hot Crete LLC, 2010 Brushy Creek Road, Unit A, Cedar Park, TX 78613-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail Ventress | on behalf of Creditor Westbrook abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| B. Weldon Ponder, Jr. | on behalf of Creditor Pools By Blue Haven Inc. welpon@austin.rr.com, wponder3@austin.rr.com;weldonponder@gmail.com |
| Brian C. Guequierre | on behalf of Creditor Spark Root Construction LLC bcglaw@gmail.com, jubilee.bcglaw@gmail.com |
| Christopher V. Arisco | on behalf of Creditor North Mill Credit Trust carisco@padfieldstout.com carisco@livepad.com |
| Daniel Schick | on behalf of Creditor Southpaw Pools Inc. dschick@germer-sa.com, ltafolla@germer-sa.com;asenyszyn@germer-sa.com;thoward@germer-sa.com |
| Frances A. Smith | |

24-10303-smr Doc#173 Filed 02/02/25 Entered 02/02/25 23:21:30 Imaged Certificate of Notice Pg 4 of 6

| District/off: 0542-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: pdfintp | Total Noticed: 1 |

on behalf of Creditor Arcosa Aggregates Texas LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frank B. Lyon

on behalf of Creditor Cody Pools Inc. frank@franklyon.com, cheryl@franklyon.com;franklyon@mac.com;david@franklyon.com

Gary W. Wright

on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Guillermo Ochoa-Cronfel

on behalf of Creditor Guillermo Ochoa-Cronfel Guillermo@thecronfelfirm.com gjocronfel@gmail.com

Guillermo Ochoa-Cronfel

on behalf of Creditor Doo Reid Guillermo@thecronfelfirm.com gjocronfel@gmail.com

Ivan Escobar Gomez

on behalf of Creditor North Mill Credit Trust iescobar@padfieldstout.com

James W. King

on behalf of Creditor Sumitomo Mitsui Finance and Leasing Company Limited jking@offermanking.com

Jessica Ann Henry

on behalf of Creditor Frost Bank jhenry@ghidottiberger.com

Jessica Lanoue Hanzlik

on behalf of U.S. Trustee United States Trustee - AU12 Jessica.L.Hanzlik@usdoj.gov omar.e.jones@usdoj.gov;adrian.duran@usdoj.gov

Jessica Nicole Alt

on behalf of Creditor North Mill Credit Trust jalt@padfieldstout.com

Jessica Nicole Alt

on behalf of Creditor Trans Lease Inc. jalt@padfieldstout.com

Julie A. Parsons

on behalf of Creditor The County of Williamson Texas jparsons@mvbalaw.com, vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Kell C. Mercer

on behalf of Creditor James R. & Linda D. Ryan kell.mercer@mercer-law-pc.com

Leslie M. Luttrell

on behalf of Creditor Frost Bank luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net

Lydia Zaidman

on behalf of Creditor Ansar Chmeis lzaidman@dz-pllc.com

Marvin E. Sprouse, III

on behalf of Creditor Kevin Wilson msprouse@sprousepllc.com sprouselawfirm@gmail.com

Matthew Bryce Fronda

on behalf of Creditor Trans Lease Inc. mfronda@padfieldstout.com

Matthew F Kye

on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd. mkye@kyelaw.com mkye@magnozzikye.com

Michael D. Moody

on behalf of Creditor Amy Warnock mmoody@cstrial.com

Michael D. Moody

on behalf of Creditor Nick Russell mmoody@cstrial.com

Michael D. Moody

on behalf of Creditor Rowena Hernandez mmoody@cstrial.com

Michael D. Moody

on behalf of Creditor Lewis (Brad) Warnock mmoody@cstrial.com

Michael D. Moody

on behalf of Creditor Jarratt Wade Landers mmoody@cstrial.com

Michael D. Moody

on behalf of Creditor Heather Szastak mmoody@cstrial.com

Michael D. Moody

on behalf of Creditor Jamie Wurts mmoody@cstrial.com

Michael D. Moody

on behalf of Creditor Patricia Landers mmoody@cstrial.com

Michael D. Moody

on behalf of Creditor Wade Landers mmoody@cstrial.com

Michael D. Moody

24-10303-smr Doc#173 Filed 02/02/25 Entered 02/02/25 23:21:30 Imaged Certificate of Notice Pg 5 of 6

| District/off: 0542-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Melissa Jordan mmoody@cstrial.com |
| Michael D. Moody | on behalf of Creditor Edward Weltens mmoody@cstrial.com |
| Michael D. Moody | on behalf of Creditor Donn Wurts mmoody@cstrial.com |
| Michael D. Moody | on behalf of Creditor Julie Weltens mmoody@cstrial.com |
| Michael D. Moody | on behalf of Creditor Jeffrey Szastak mmoody@cstrial.com |
| Michael P. Ridulfo | on behalf of Creditor Elizabeth Spicer mridulfo@krcl.com scallier@krcl.com;mridulfo@ecf.courtdrive.com |
| Michael P. Ridulfo | on behalf of Creditor Jeremy Spicer mridulfo@krcl.com scallier@krcl.com;mridulfo@ecf.courtdrive.com |
| Morris Eugene White, III | on behalf of Creditor Frost Bank treywhite@villawhite.com ecfnotices@villawhite.com;bankruptcysa@gmail.com |
| Nicholl B Wade | on behalf of Creditor John Bretz nicholl@roartylawfirm.com |
| Stephanie Elaine Kaiser | on behalf of Creditor Elaine Suarez skaiser@krcl.com |
| Stephanie Elaine Kaiser | on behalf of Creditor Diego Suarez skaiser@krcl.com |
| Tara T. LeDay | on behalf of Interested Party Rose Wheeler TARA.LEDAY@CHAMBERLAINLAW.COM lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com;raneen.abdelghani@c |
| Todd Brice Headden | on behalf of Debtor Hot Crete LLC theadden@haywardfirm.com svillarreal@haywardfirm.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |
| William R Nix, III | on behalf of Creditor Dwayne Simmons Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Kimberly Letnaunchyn Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Matthew Letnaunchyn Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Robin Theis Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Amy Noel Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Jason Nichol Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Gilbert Lopez Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Christine Medeiros Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Brad Wheeler Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Gordon Reina Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor James Murdock Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Nicole Ladogana Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| William R Nix, III | on behalf of Creditor Brooke Nichol Trip.Nix@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |

| District/off: 0542-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: pdfintp | Total Noticed: 1 |

William R Nix, III

    on behalf of Creditor Paul Medeiros Trip.Nix@hklaw.com  tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com

William R Nix, III

    on behalf of Creditor Phillip Blaine Noel Trip.Nix@hklaw.com  tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com

William R Nix, III

    on behalf of Creditor Michael Ladogana Trip.Nix@hklaw.com  tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com

William R Nix, III

    on behalf of Creditor Jeffrey Theis Trip.Nix@hklaw.com  tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com

William R Nix, III

    on behalf of Creditor Jessica Murdock Trip.Nix@hklaw.com  tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com

TOTAL: 64