UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN         DIVISION

IN RE:

HOT CRETE, LLC

Case No: 24-10303-SMR

Chapter 11

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Robert Mangum__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent __Ansar Chmeis__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   __D'Amura & Zaidman, PLLC__,

   with offices at

   Mailing address: 609 Josephine Street

   City, State, Zip: Austin, TX 78704

   Telephone: 803-622-9526    Fax: _____

   Email Address: rmangum@dz-pllc.com

2. Since __November 30, 2018__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Georgia__. Crrnecpvu"dct"ncgpug"pwodgt"ku"268222aaaaaaaaaaaaaaaaaa0

3. Applicant has been admitted to practice before the following state and federal courts:

   Court:                              Admission date:

   See attached                        _____

   _____              _____

   _____              _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
   NA

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
   NA

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ● Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

○ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Robert Mangum_____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

NB: Counsel for debtor has indicated Debtor does not oppose this application for admission *pro hac vice*.

Mr. Mangum proposes to serve as additional counsel to Ms. Lydia Zaidman for creditor Ansar Chmeis.

Respectfully submitted,

/s/ Robert Mangum
[Signature of Applicant]

Robert Mangum
[Printed name of Applicant]

1119 Trinity Pl., North Augusta, SC 29860
[Address of Applicant]

803-622-9526
[Telephone of Applicant]

rmangum@dz-pllc.com
[Email address of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the  26th  Day of  February ,  2025 .

**Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.**

**Attach a list below of each party served along with the service address and the method of service.**

 /s/ Robert Mangum 
[Signature of Applicant]

 Robert Mangum 
[Printed name of Applicant]

 1119 Trinity Pl., North Augusta, SC 29860 
[Address of Applicant]

 803-622-9526 
[Telephone of Applicant]

 rmangum@dz-pllc.com 
[Email address of Applicant]

###

## Bar and Court Admissions of Robert Mangum

GA State Courts: Nov 2018
SC State Courts: May 2019
NC State Courts: May 2021

Northern District of GA: April 2019
Southern District of GA: July 2019
Northern District of GA Bankruptcy: August 2019
Southern District of GA Bankruptcy: January 2020

District of South Carolina: May 2021
District of South Carolina Bankruptcy: January 2022

Eleventh Circuit: June 2022
Supreme Court: December 2023

# Creditors

| | |
|---|---|
| **Arcosa Aggregates Texas, LLC**<br>PO Box 911205<br>Dallas, TX 75373-1205 | (18641094)<br>(20) |
| **Capital One Spark Business**<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | (18641104)<br>(20) |
| **CEMEX Construction Materials South, LLC**<br>10100 Katy Freeway, Ste 300<br>Houston, TX 77043-5267 | (18641106)<br>(20) |
| **Central Texas Regional Mobility Authority**<br>3300 N IH-35, Suite 300<br>Austin, TX 78705 | (18641107)<br>(20) |
| **CHANAS AGGREGATES, LLC**<br>7850 E. State Hwy. 29<br>Llano, TX 78643 | (18641108)<br>(20) |
| **Express Materials Services, LLC**<br>556 S HWY-95<br>Elgin, TN 78621 | (18641123)<br>(20) |
| **Federated Mutual Insurance Company**<br>9001 Airport Fwy Suite 500<br>North RIchland Hills, TX 76180 | (18641125)<br>(20) |
| **Fleetistics**<br>15310 Amberly Dr., Suite 250<br>Tampa, FL 33647 | (18641127)<br>(20) |
| **Hasten Energy Solutions**<br>405 N Post Oak Ln<br>Houston, TX 77024-5913 | (18641133)<br>(20) |
| **Hill Country Electric Supply**<br>3003 N. E. LOOP 410, SUITE 101<br>San Antonio, TX 78218 | (18641134)<br>(20) |
| **Hillard Dozer, LP**<br>12495 Reeds Lake Loop<br>Temple, TX 76501 | (18641135)<br>(20) |
| **Liberty Hill Truck Service**<br>12830 TX-29<br>Liberty Hill, TX 78642 | (18641155)<br>(20) |

**Martin Marietta Materials, Inc.**  
PO BOX 677061  
Dallas, TX 75267-7061

(18641156)  
(20)

**Oscar Carreon**  
201 Lollipop Ln  
Cedar Park, TX 78613

(18641165)  
(20)

**Texas Department of Transportation**  
12719 Burnet Road  
Austin, TN 78727

(18641183)  
(20)

**Texas Enterprises. Inc. dba Allied Sales Company**  
5005 E 7th Street  
Austin, TX 78702

(18641184)  
(20)

**Texas Lehigh Cement Company, LP**  
P.O. Box 736821  
Dallas, TX 75373-6821

(18641186)  
(20)

**WEX Inc.**  
1 Hancock Drive  
Portland, ME 04101

(18641198)  
(20)

**WW Air Compressor**  
402 Burleson St  
Smithville, TX 78957

(18641199)  
(20)

Todd Headden  
Hayward PLLC  
7600 Burnet Road, Suite 530  
Austin, TX 78757

Counsel for Debtor Hot Crete, LLC