**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT SET FOR THURSDAY, JUNE 5, 2025 AT 10:00 A.M. (CT)**
***(Reference Docket No. 199)***

Hot Crete, LLC (the "Debtor") reserves the right to call any or all of the following as witnesses at the hearing, including but not limited by affidavit, declaration, or proffer.

1. Any witness called or designated by any other party; and
2. Any rebuttal or impeachment witnesses, as appropriate.

The Debtor reserves all rights to introduce and/or request judicial notice of any or all of the following exhibits as evidence at the hearing, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto:

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| D-1 | Hot Crete, LLC's Disclosure Statement Under 11 U.S.C. §1125 (Docket No. 199) | | |
| D-2 | Exhibit A to Disclosure Statement – Liquidating Plan (Docket No. 199-1) | | |
| D-3 | Proposed Insurance Settlement | | |
| D-4 | Proposed Liquidation Trust Agreement | | |
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes. | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

The Debtor reserves the right to supplement or amend the proposed exhibits as may be required. The Debtor further reserves the right to introduce any impeachment or rebuttal exhibit as may be required. The Debtor further reserves the right to call any witness introduced by any other party and to call any impeachment or rebuttal witness as may be required.

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON JUNE 5, 2025**

PAGE 2

Dated: May 30, 2025            Respectfully submitted,

**HAYWARD PLLC**

By: /s/*Todd Headden*
Todd Headden
Texas State Bar No. 24096285
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
theadden@haywardfirm.com

***Counsel for Hot Crete, LLC***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2025, a true and correct copy of the foregoing without exhibits were served electronically to all parties receiving notice via the Court's CM/ECF system. Further, on May 30, 2025, or within one business day thereof, the foregoing was served without exhibits via United States First Class mail to the party listed below.

| | |
|---|---|
| Hot Crete, LLC<br>2010 Brushy Creek Road, Unit A<br>Cedar Park, TX 78613<br><br>*Debtor* | United States Trustee<br>Attn: Gary W. Wright<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701<br><br>*United States Trustee* |
| Martin Marietta Materials, Inc.<br>P.O. Box 677061<br>Dallas, TX 75267-7061<br><br>*Top 20 Unsecured Creditors* | Federated Mutual Insurance Company<br>9001 Airport Fwy., Suite 500<br>North Richland Hills, TX 76180<br><br>*Top 20 Unsecured Creditors* |
| Arcosa Aggregates Texas, LLC<br>P.O. Box 911205<br>Dallas, TX 75373-1205<br><br>*Top 20 Unsecured Creditors* | Express Materials Services, LLC<br>556 S HWY-95<br>Elgin, TN 78621<br><br>*Top 20 Unsecured Creditors* |
| CEMEX Construction Materials South, LLC<br>10100 Katy Freeway, Ste 300<br>Houston, TX 77043-5267<br><br>*Top 20 Unsecured Creditors* | Chanas Aggregates, LLC<br>7850 E. State Hwy. 29<br>Llano, TX 78643<br><br>*Top 20 Unsecured Creditors* |
| Texas Lehigh Cement Company, LP<br>P.O. Box 736821<br>Dallas, TX 75373-6821<br><br>*Top 20 Unsecured Creditors* | Capital One Spark Business<br>P.O. Box 60519<br>City of Industry, CA 91716-0519<br><br>*Top 20 Unsecured Creditors* |
| Oscar Carreon<br>201 Lollipop Ln<br>Cedar Park, TX 78613<br><br>*Top 20 Unsecured Creditors* | WEX Inc.<br>1 Hancock Drive<br>Portland, ME 04101<br><br>*Top 20 Unsecured Creditors* |

| | |
|---|---|
| Hillard Dozer, LP<br>12495 Reeds Lake Loop<br>Temple, TX 76501<br><br>***Top 20 Unsecured Creditors*** | Texas Department of Transportation<br>12719 Burnet Road<br>Austin, TN 78727<br><br>***Top 20 Unsecured Creditors*** |
| WW Air Compressor<br>402 Burleson St<br>Smithville, TX 78957<br><br>***Top 20 Unsecured Creditors*** | Central Texas Regional Mobility Authority<br>3300 N IH-35, Suite 300<br>Austin, TX 78705<br><br>***Top 20 Unsecured Creditors*** |
| Hill Country Electric Supply<br>3003 N. E. LOOP 410, SUITE 101<br>San Antonio, TX 78218<br><br>***Top 20 Unsecured Creditors*** | Hasten Energy Solutions<br>405 N Post Oak Ln<br>Houston, TX 77024-5913<br><br>***Top 20 Unsecured Creditors*** |
| Texas Enterprises. Inc. dba Allied Sales Company<br>5005 E 7th Street<br>Austin, TX 78702<br><br>***Top 20 Unsecured Creditors*** | Fleetistics<br>1936 Bruce B Downs Blvd. #505<br>Wesley Chapel, FL 33544<br><br>***Top 20 Unsecured Creditors*** |
| Liberty Hill Truck Service<br>12830 TX-29<br>Liberty Hill, TX 78642<br><br>***Top 20 Unsecured Creditors*** | United States Trustee Program<br>Attn: Jessica Lanoue Hazlik<br>615 E. Houston Street, Ste. 533<br>San Antonio, TX 78205<br><br>***Notice of Appearance for United States Trustee*** |
| McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269<br><br>***Notice of Appearance for The County of Williamson*** | Luttrell & Carmody Law Group<br>Attn: Leslie M. Luttrell &<br>Morris E. "Trey" White III &<br>Jessica A. Henry<br>100 N.E. Loop 410, Suite 615<br>San Antonio, TX 78216<br><br>***Notice of Appearances for Frost Bank*** |

| | |
|---|---|
| Padfield & Stout, LLP<br>Attn: Jessica N. Alt &<br>Matthew B. Fronda<br>420 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102<br><br>***Notice of Appearances for Trans Lease, Inc.*** | Frank B. Lyon<br>P.O. Box 50210<br>Austin, TX 78763<br><br>***Notice of Appearance for Cody Pools, Inc.*** |
| Chamberlain, Hrdlicka, White, Williams & Aughtry, PC<br>Attn: Tara T. LeDay<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br><br>***Notice of Appearance for Rose Wheeler*** | Sprouse Law Firm<br>Attn: Marvin E. Sprouse III<br>901 Mopac Expressway South<br>Building 1, Suite 300<br>Austin, TX 78746<br><br>***Notice of Appearance for Kevin Wilson*** |
| Kane Russell Coleman Logan, PC<br>Attn: Michael P. Ridulfo<br>5151 San Felipe, Suite 800<br>Houston, TX 77056<br><br>***Notice of Appearance for Jeremy & Elizabeth Spicer*** | Holland & Knight, LLP<br>Attn: William R. "Trip" Nix<br>100 Congress Avenue, Suite 1800<br>Austin, TX 78701<br><br>***Notice of Appearance for James Murdock, Brad Wheeler, and Jason Nichol*** |
| Padfield & Stout, LLP<br>Attn: Christopher V. Arisco &<br>Ivan Escobar & Jessica N. Alt<br>100 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102<br><br>***Notice of Appearances for North Mill Credit Trust*** | Kye Law Group, P.C.<br>Attn: Matthew F. Kye<br>201 Old Country Road, Suite 120<br>Melville, NY 11747<br><br>***Notice of Appearance for Sumitomo Mitsui Finance and Leasing Co., Ltd.*** |
| The Cronfel Firm<br>Attn: Guillermo Ochoa-Cronfel<br>7500 Rialto Blvd., Bldg. 1, Suite 250<br>Austin, TX 78735<br><br>***Notice of Appearance for Doo Reid*** | VBPena Law, PLLC<br>Attn: Abigail Ventress<br>406 N. Lee St., Ste. 103<br>Round Rock, TX 78664<br><br>***Notice of Appearance for Kathy & Corey Westbrook/Westbrook Residential Pool*** |

| | |
|---|---|
| Spicewood Professional Offices<br>Attn: B. Weldon Ponder, Jr.<br>4408 Spicewood Springs Road<br>Austin, TX 78759<br><br>***Notice of Appearance for Pools by Blue Haven, Inc.*** | The Law Offices of Brian Cooper Guequierre<br>Attn: Brian Guequierre<br>4315 Airport Blvd.<br>Austin, TX 78722<br><br>***Notice of Appearance for Spark Root Construction, LLC*** |
| Dickinson Wright PLLC<br>Attn: Stephanie E. Kaiser<br>607 W. 3rd Street, Suite 2500<br>Austin, TX 78701<br><br>***Notice of Appearance for Diego & Elaine Suarez*** | Ross, Smith, & Binford, PC<br>Attn: Frances A. Smith<br>Plaza of the Americas<br>700 N. Pearl St., Suite 1610<br>Dallas, TX 75201<br><br>***Notice of Appearance for Arcosa Aggregates Texas LLC*** |
| Cain & Skarnulis PLLC<br>Attn: Ryan E. Chapple & Michael Moody & Joshua A. Eames-Cepero<br>303 Colorado Street, Suite 2850<br>Austin, TX 78701<br><br>***Notice of Appearances for Donn Wurts, Jamie Wurts, Rowena Hernandez, Edward Weltens, Julie Weltens, Wade Landers, Patricia Landers, Melissa Jordan, Nick Russell, Jeffrey Szastak, Heather Szastak, Lewis (Brad) Warnock, and Amy Warnock*** | Offerman & King, LLP<br>Attn: James W. King<br>6410 Wellington Place<br>Beaumont, TX 77706<br><br>***Notice of Appearance for Sumitomo Mitsui Finance and Leasing Co., Ltd.*** |
| D'Amura & Zaidman, PLLC<br>Attn: Lydia R. Zaidman<br>609 Josephine Street<br>Austin, TX 78704<br><br>***Notice of Appearance for Ansar Chmeis*** | Kell C. Mercer, P.C.<br>Attn: Kell C. Mercer<br>901 S. MoPac Expy., Bldg. 1, Suite 300<br>Austin, TX 78746<br><br>***Notice of Appearance for Julie Stivers and Daryl Elsea*** |

| | |
|---|---|
| The Roarty Law Firm, PLLC<br>Attn: Rekha Roarty & Nicholl Wade & Lex Townsley<br>1301 S Capital of Texas Hwy, Suite B-202<br>Austin, TX 78746<br><br>***Notice of Appearances for John Bretz*** | Barron & Newburger, P.C.<br>Attn: Stephen W. Sather<br>7320 N. MoPac Expy., Suite 400<br>Austin, TX 78731<br><br>***Notice of Appearance for Rachel Mouton*** |
| Meltzer, Purtill & Stelle, LLC<br>Attn: Timothy W. Brink<br>125 South Wacker Drive, Suite 2900<br>Chicago, IL 60606<br>tbrink@mpslaw.com<br><br>***Notice of Appearance for Amerisure Mutual Insurance Company*** | Spencer Fane LLP<br>Attn: David H. Timmins & Eric M. Van Horn<br>2200 Ross Avenue, Suite 4800 West<br>Dallas, Texas 75201<br>dtimmins@spencerfane.com<br>ericvanhorn@spencerfane.com<br><br>***Notice of Appearance for Continental Insurance Company and National Fire Insurance of Hartford*** |
| Lovins Trosclair PLLC<br>Attn: Michael E. Lovins<br>1301 S. Capital of Texas Highway<br>Building A, Suite 136<br>Austin, Texas 78746<br>Michael@LovinsLaw.com<br><br>***Notice of Appearances for Dominic Van, Janell Gregerson, and Jennifer Johnson*** | Kane Russell Coleman Logan, P.C.<br>Attn: Stephanie E. Kaiser<br>901 Main Street, Suite 5200<br>Dallas, TX 75202<br>skaiser@krcl.com<br><br>***Notice of Appearance for Diego and Elaine Suarez*** |

    /s/ *Todd Headden*
    Todd Headden