

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 13, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10303-SMR |
| | § | |
| HOT CRETE LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER DENYING REQUEST FOR APPROVAL OF DISCLOSURE STATEMENT**
**AND SETTING DEADLINE TO FILE AMENDED DISCLOSURE STATEMENT**
**(Relates to ECF No. 199)**

On April 18, 2025, the above-referenced Debtor (the "Debtor") filed its Disclosure Statement (the "Disclosure Statement" at ECF No. 199). On June 5, 2025, a hearing was held in which the Debtor requested approval of the Disclosure Statement. For the reasons set forth on the record, the Court denied the disclosure statement and set a deadline of Friday, June 20, 2025 to file an amended disclosure statement, along with a redline comparing the amended disclosure statement to the Disclosure Statement at ECF No. 199.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that Friday, June 20, 2025, is set as the last day for the Debtor to file an amended disclosure statement, along with a redline

1

2

comparing the amended disclosure statement to the Disclosure Statement at ECF No. 199.

# # #