**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | CASE NO. 24-10303-SMR |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## ORDER CONVERTING CASE TO A CASE UNDER CHAPTER 7

Came on for consideration the United States Trustee's *Motion to Dismiss or Convert Case* (Motion). The Court finds that the Motion was properly filed and served according to applicable law and rules of procedure, and that cause exists to dismiss or convert under 11 U.S.C. § 1112(b) because Hot Crete, LLC (Debtor) failed to timely file monthly operating reports (MOR) for the months of March, April, May, and June of 2025 as required by Bankruptcy Local Rule 2015(b). The Court further finds for the reasons as stated on the record that it is in the best interests of creditors and the estate to convert this case to a case under Chapter 7. Accordingly, it is therefore

1

**ORDERED** that the Motion is hereby GRANTED. It is further

**ORDERED** that the above-styled and numbered case be, and is hereby, converted to a case under chapter 7. It is further

**ORDERED** that Debtor shall, within 14 days after the effective date of conversion, comply with the requirements of Bankruptcy Rule 1019(5)(A)(i), and, within 30 days, file the final report and account required by Bankruptcy Rule 1019(5)(A)(ii).

**ORDERED** that Debtor counsels shall file a final fee application within 30 days of the date of entry of this Order. It is further

**ORDERED** that the Court retains jurisdiction to resolve any objections to the final report and to any award of attorneys' fees pursuant to a timely filed application.

###

Order prepared and submitted by:
Gary Wright
Office of the U.S. Trustee
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701
(512) 916-5328