## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HOT CRETE, LLC | § | Case No. 24-10303 (SMR) |
| | § | |
| Debtor | § | |

### DARREN KONESHECK AND KIMBER KONESHECK'S UNOPPOSED MOTION TO DEEM PROOFS OF CLAIMS AS TIMELY FILED

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Austin, Texas 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

Daren Konesheck and Kimber Konesheck (collectively, the "Koneshecks") file this Unopposed Motion to Deem Proofs of Claims as Timely Filed ("Motion") and in support hereof, respectfully state as follows:

### I.    JURISDICTION AND VENUE

1.    This Court has jurisdiction over this Motion pursuant to 28 USC §§ 157 and 1334. Venue is proper in this Court pursuant to 28 USC §§ 1408 and 1409. This is a core proceeding under 28 USC § 157(b).

## II.     FACTUAL BACKGROUND

2.      The Koneshecks have claims against Hot Crete, LLC ("Debtor"), for damages arising from the defective construction and/or installation of a swimming pool at the Konesheck's residence located at 101 Tambra Lea Lane, Liberty Hill, Williamson County, Texas 78642 (the "Property").

3.      The home on the Property was built by Prince Development, LLC, who subcontracted with Laguna Clara Custom Pools, LLC, to construct a swimming pool on the Property. Debtor was subcontracted to provide the shotcrete for the swimming pool on the Property.

4.      On March 22, 2024, the Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court") in the above-captioned case (the "Bankruptcy Case").

5.      On September 9, 2024, the Court entered an *Order Establishing Claims Bar Date* [Dkt. 110], with the *Notice of Claims Bar Dates* [Dkt. 122], establishing a general bar date of October 31, 2024 (the "Bar Date") for filing proofs of claims.

6.      On or about April 21, 2023, the Koneshecks noticed that the skimmers in their swimming pool were cracked. They attempted to mitigate the cracking through November 2024 to no avail. In March 2025, the Koneshecks were informed by their pool builder, Laguna Clara Custom Pools, LLC, that the cause of the cracking is alkali-silica reaction (ASR) due to the defective shotcrete provided by Debtor. Also in March 2025, the Koneshecks learned from their neighbor that Debtor had filed for bankruptcy.

7. The Koneshecks retained counsel to preserve their claims. On August 12, 2025, the Koneshecks filed their Proofs of Claims. *See* POC Nos. 189, 190. The Koneshecks, through counsel, conferred with Debtor regarding relief to deem the Proof of Claim timely filed. Debtor is unopposed to the relief sought.

### III.    REQUESTED RELIEF

8. The Koneshecks respectfully request entry of an order deeming the Proofs of Claims to be timely filed.

### IV.    ARGUMENTS & AUTHORITIES

9. Bankruptcy Rules 3003(c)(3) and 9006(b)(1) authorize the Court to permit a late-fled proof of claim upon a showing of either insufficient notice or excusable neglect. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 382 (1993); *see also In re Eagle Bus Mfg., Inc.*, 62 F.3d 730, 735-39 (5th Cir. 1995).

10. First, the Koneshecks were known creditors entitled to actual notice. *See Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314-20 (1950). Debtor subcontracted to provide shotcrete for the construction of the swimming pool on the Konesheck's property, and its records would have identified both the project and property owner. Given the nature of the Koneshecks' claims – similar to others alleging defective shotcrete work – the Koneshecks should have been reasonably ascertainable for purposes of notice at the time of the bankruptcy filing. *See In re Placid Oil Co.*, 753 F.3d 151, 154-55 (5th Cir. 2014). However, Debtor did not provide the Koneshecks actual notice of the Bankruptcy Case or the Bar Date. The Koneshecks only learned of Debtor's bankruptcy from a neighbor on or about March 27, 2025. In April 2025, the Koneshecks retained counsel to preserve their rights. Enforcing the bar date under these circumstances would violate both the procedural notice requirements in the Bankruptcy

Rules and constitutional protections of due process. Accordingly, the Koneshecks' Proofs of Claims should be deemed timely filed.

11.     Second, even if notice were adequate, relief is still appropriate under the excusable neglect standard set forth in *Pioneer*. Courts evaluating excusable neglect consider the following equitable factors: (1) danger of prejudice to the non-movant; (2) length of delay and its potential impact on the judicial proceedings; (3) the reason for the delay and whether it was within the control of the movant; and (4) whether the movant acted in good faith. *Pioneer*, 507 U.S. at 395. Whether a late filed proof of claim is the result of excusable neglect is an equitable determination, taking into account all relevant circumstances surrounding the party's omission. *Id.*

12.     Under *Pioneer*, the central inquiry is whether the debtor will be prejudiced. *In re Eagle Bus. Mfg., Inc.*, 62 F.3d at 737. Prejudice is lessened where a debtor knows of the claims prior to the late filing. *See Id.* at 737-38. Here, Debtor was aware of the underlying construction project giving rise to the Konesheck's claims before filing for bankruptcy relief. Further, the Koneshecks, through counsel, conferred with Debtor, and Debtor is unopposed to the relief sought. This factor weighs in favor of relief as there is no prejudice to Debtor or its estate in allowing the Konesheck's claims.

13.     Courts have routinely excused filing delays spanning several months or even years, provided they do not meaningfully interfere with case administration. *See In re Eagle Bus. Mfg., Inc.*, 62 F.3d at 739 (six to eight months); *In re Pilgrim's Pride Corp.*, No. 08-45664 (DML), 2011 WL 576070, at *4 (Bankr. N.D. Tex. Feb. 8, 2011) (nine months); *In re Beltrami Enters., Inc.*, 178 B.R. 389, 392 (Bankr. M.D. Pa. 1994) (two years). Here, the claims were filed within months of the Koneshecks learning of Debtor's bankruptcy, and before plan

confirmation. Allowing the claims will not disrupt the administration of the estate and will preserve the integrity of the claims process.

14.     Further, delay in this case was not due to neglect or inattention. The Koneshecks only discovered in March 2025 that their pool was infected with ASR and that Debtor had filed for bankruptcy. Prior to then, the Koneshecks had no reason to suspect that Debtor was the cause of any defect in their swimming pool.

15.     There is no indication of bad faith, dilatory conduct, or strategic delay. Rather, the Koneshecks filed their claims after learning of the relevant facts and have proceeded transparently. The Koneshecks have nothing to gain from the timing of the filings and stand only to be prejudiced by the denial of their claims.

16.     Taken together, the *Pioneer* factors support a finding of excusable neglect. The Koneshecks omission was the result of understandable circumstances, and allowing the claims would serve the equitable purpose of resolving them while protecting the integrity of the notice process.

## V.    PRAYER

WHEREFORE, the Koneshecks hereby respectfully request that the Court enter an order granting this Unopposed Motion, deeming the Proofs of Claims timely filed, and granting such other and further relief as is just and proper.

Respectfully submitted on this 18th day of August 2025.

**LOVINS TROSCLAIR, PLLC**

*/s/ Michael E. Lovins*
Michael E. Lovins
State Bar No.
Michael@LovinsLaw.com
1301 S. Capital of Texas Highway
Building A, Suite 136
Austin, Texas 78746
Tel: (512) 535-1649
Fax: (214) 972-1047

**ATTORNEYS FOR DARREN
KONESHECK AND KIMBER
KONESHECK**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for the Koneshecks has contacted counsel for the Debtor, and counsel for the Debtor is unopposed to the relief sought in this Motion.

*/s/ Michael E. Lovins*
Michael E. Lovins

## CERTIFICTE OF SERVICE

I hereby certify that on this 18th day of August 2025, I caused a true and correct copy of the foregoing Unopposed Motion to be served via the Court's CM/ECF electronic notification system upon all parties registered for the same, or via electronic delivery and/or regular U.S. Mail, postage prepaid, upon all persons on the attached Matrix.

Todd Brice Headden – via CM/ECF Electronic Notification
Hayward PLLC
7600 Burnet Road
Suite 530
Austin, Texas 78757
Email: theadden@haywardfirm.com

*/s/ Michael E. Lovins*
Michael E. Lovins

Label Matrix for local noticing
0542-1
Case 24-10303-smr
Western District of Texas
Austin
Fri Aug  8 10:41:30 CDT 2025

Hot Crete LLC
2010 Brushy Creek Road
Unit A
Cedar Park, TX 78613-3904

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

AJ Miller
c/o The Brown Law Firm
4002 East U.S. Hwy 290
Dripping Springs, TX 78620-4207

AT&T Bankruptcy Center
2270 Lakeside Blvd., 7th Floor
Richardson, TX 75082-4304

Aaron Crain
1904 Platte Pass
Austin, TX 78734-3319

Aaron Hargrove and Katy Hargrove
108 Oak Hill Dr.
Liberty Hill, TX 78642-2010

Adam Cuellar
8209  Donnelley Drive
Austin, TX 78744-1512

Adrian P. Senyszyn
1826 North Loop 1604 West
Suite 300
San Antonio, TX 78248-4533

Adrian Silva & Francis Silva
c/o Shannon E. Loyd
The Loyd Law Firm, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493

Alan & Danielle Whatley
155 County Road 124
Weir, TX 78626

Alan 'AJ' E. Miller, Jr.
206 Tavish Trail
Austin, TX 78738-1133

Alex & Daniella Ardel
105 Laurelwood Drive S
Austin, TX 78733-3133

Alexandra & Brian Tinsman
4409 Adirondack Summit Drive
Austin, TX 78738-4038

Almanza, Blackburn, Dickie & Mitchell LLP
c/o Joshua Crowley, Esq.
3201 S. Capital of Texas Highway, Buildi
Austin, TX 78746

Amerisure Insurance Company
Attn: Brad Cox
2677 Halsted Rd
Farmington, MI 48331

Amerisure Insurance Company
Attn: Brian Wilsher
P.O. Box 1515
Canonsburg, PA 15317-4515

Amerisure Mutual Insurance Company
Timothy W. Brink
Meltzer Purtill & Stelle LLC
125 South Wacker Drive, Suite 2900
Chicago, IL 60606-4439

Amerisure Mutual Insurance Company
c/o Meltzer Purtill & Stelle LLC
Attn: Timothy W. Brink
125 South Wacker Drive, Suite 2900
Chicago, IL 60606-4439

Amerisure Mutual Insurance Company
c/o Meltzer, Purtill & Stelle LLC
125 South Wacker Drive, Suite 2900
Chicago, IL 60606-4439
Attn: Timothy W. Brink

Amy Warnock
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Amy Warnock
c/o Cain & Skarnulis PLLC
Attn: Michael Moody
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Amy Warnock
c/o Michael Moody
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Andrea Bergquist & John Bergquist
12200 Montclair Bend
Austin, TX 78732-1229

Andrew Kreiling and Teri Kreiling
1357 Jacksdaw Drive
Austin, Texas 78737-4484

Angela Smith and Charles Smith
101 Rambling Brook Ct
Georgetown, TX 78628-1916

Ansar Chmeis
16708 Eider Cove
Austin, TX 78738-4096

Ansar Chmeis
c/o Lydia R. Zaidman
D'Amura & Zaidman, PLLC
609 Josephine Street
Austin, TX 78704-1531

Anthony Hidalgo
2700 Council Springs Cove
Leander, TX 78641-4444

Anthony and Katherine Hidalgo
c/o Jerome A Brown
4002 E US Hwy 290
Dripping Springs TX 78620-4207

Aquatic Ideas LLC
d/b/a Westbrook Pools
c/o Wright & Greenhill, PC
4700 Mueller Blvd., Suite 200
Austin, TX 78723-3645

Aquatic Ideas LLC dba Westbrook Pools
T. Mark Rogstad
Wright & Greenhill PC
4700 Mueller Blvd. Suite 200
Austin, TX 78723-3645

Arcosa Aggregates Texas, LLC
PO Box 911205
Dallas, TX 75373-1205

Arcosa Aggregates Texas, LLC
c/o Ross, Smith & Binford, PC
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201-7459

Arcosa Aggregates, Inc.
Attn: Legal Dept.
500 N Akard St., Suite 400
Dallas, TX 75201-3332

Arcosa Material, Inc.
1112 E Copeland, Ste. 500
Arlington, TX 76011-9805

Arjun Okkath
5234 Orsini Blfs
Round Rock, TX 78665-2485

Arlette Pena
11621 Jackson Falls Way
Manor, TX 78653-2133

Arora Residential Pool
8101 Yokohama Terrace
Austin, TX 78744-1536

(p)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

Austin Travis Williams and Erica Hughes
801 County Rd. 200A
Burnet, TX 78611-6217

Austin Water Designs
17800 Hamilton Pool Road
Austin, TX 78738-7125

Avery Residential Pool
220 Southern Cross Dr.
Austin, TX 78717-4947

Azucena Daguer
4012 Lake Edge Way
Pflugerville, TX 78660-5559

Bacon Residential Pool
23601 Old Ferry Rd.
Spicewood, TX 78669-1643

Baird Services, LLC
105 29th St.
Holmes Beach, FL 34217-2107

Baird Services, LLC and Brady Baird
c/o Wright & Greenhill, PC
Attn: T. Mark Rogstad
4700 Mueller Blvd., Suite 200
Austin, TX 78723-3645

Baird Services, LLC and Brady Baird.
T. Mark Rogstad
Wright & Greenhill, PC
4700 Mueller Blvd., Suite 200
Austin, TX 78723-3645

Barnett & Garcia
Attn: Matias Eduardo Garcia
3821 Juniper Trace, Suite 108
Austin, TX 78738-5514

Barney Clark
4232 Hannover Way
Georgetown, TX 78628

Barrett Daffin Frappier Turner & Engel. LLP
Attn: Robert D. Forster, II
4004 Belt Line Road, Suite 100
Addison, TX 75001-4320

Bartlett & Tripp Kaiser
2203 Iva Lane
Austin, TX 78704-4911

Beard Kultgen Brophy
Bostwick & Dickson, PLLC
Attn: Mark Firmin
220 South Fourth St.
Waco, TX 76701-2225

Becky & Don Ellsworth
7309 Mourcherolle Drive
Austin, TX 78738-1905

Ben and Andrea Vineyard
2211 Ambling Trail
Georgetown, TX 78628-2372

Benavides, Nancy
c/o Lovein Ribman, P.C.
1225 S. Main Street, Suite 200
Grapevine, TX 76051-5648

Berman Residential Pool
10713 Superview Dr
Austin, TX 78736-2408

Beth Howen and Steve Howen
409 Unity Dr
Leander, TX 78641-2761

Blair Nicholson and Kristi Nicholson
4001 Co Rd 201
Liberty Hill, TX 78642

Brad Wheeler
902 Crestone Stream Dr
Austin, TX 78738-6983

Brad Wheeler
c/o Holland & Knight LLP
Attn:  Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Brad Young and Dana Young
213 Trick Pony
Liberty Hill, TX 78642-2333

Brandon & Andrea Schumann
c/o Jerome A Brown
4002 E US Hwy 290
Dripping Springs TX 78620-4207

Brandon Ayers & Kate Hainesworth
1103 Fieldcrest
Austin, Texas 78704-5341

Brenda Hermanson and Alan Hermanson
722 Clear Cove Drive
Granite Shoals, TX 78654-2608

Bret Harrell and Madalyn Harrell
1116 Teravista Crossing
Georgetown, TX 78626-7704

Bret Harrell and Madalyn Harrell
c/o Jerome A Brown
4002 E US Hwy 290
Dripping Spring TX 78620-4207

Brian Salek
24108 Colorado Canyon Dr.
Marble Fallas, TX 78654

Briggle & Polan, PLLC
1609 Shoal Creek Blvd., Suite 301
Austin, TX 78701-1064

Brittany and Darryl Dadon
2604 E. 6th St.
Austin, TX 78702-3935

Brittany and Justin Burdette
400 Hyltin St
Hutto, TX 78634-5447

Broadway Bank, Successor Trustee of the LeGa
111 Chaparral Drive
Marble Falls, TX 78654-9774

Brock Anderson
327 Country Creek Road
Austin, TX 78737-4629

Bryan Orsborn
516 Loyal June Trail
Leander, TX 78641-4234

Bryan and Sherri Feeser
205 Miracle Rose Way
Liberty Hill, TX 78642-4482

Brytne Kitchin
4508 Oakmont Blvd
Austin, TX 78731-5926

Burt Stovall
1951 County Road 207
Liberty Hill, TX 78642-3782

Bush Rudnicki Shelton, P.C.
Attn: Jennifer Taylor
2508 Ashley Worth Blvd., Ste. 200
Austin, Texas 78738-5305

CEMEX Construction Materials South, LLC
10100 Katy Freeway, Ste 300
Houston, TX 77043-5267

CHANAS AGGREGATES, LLC
7850 E. State Hwy. 29
Llano, TX 78643-3836

CRF Solutions
2051 Royal Ave.
Simi Valley, CA 93065-4621

Cain & Skarnulis PLLC
Attn: Michael Moody
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Camden Markley
686 County Road 261
Georgetown, TX 78633-6675

Cameron and Julie Treece
1900 Forest Meadow Cove
Round Rock, TX 78665-5614

Camila Bauer
2835 194th Ave SE
Sammamish, WA 98075-9618

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Spark Business
P.O. Box 60519
City of Industry, CA 91716-0519

Cara McElderry and Ryan McElderry
20211 Cordil Ln
Spicewood, TX 78669-6549

Carapetyan Residential Pool
410 Sunny Slope Dr
Liberty Hill, TX 78642-6269

Carlos and Kindra Zepeda
3504 Denbar Court
Austin, TX 78739-4429

Caronna Residential Pool
219 Peck Street
Kyle, TX 78640-4253

Carrie Ellerbe
100 Trick Pony
Liberty Hill, TX 78642-2332

Cemex USA Inc.
c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Central TX Mobility Authority Customer Servi
12719 Burnet Road
Austin, TX 78727-4207

Central TX Mobility Authority Customer Servi
2420 Ridgepoint Drive
Austin, TX 78754-5205

Central Texas Regional Mobility Authority
3300 N IH-35, Suite 300
Austin, TX 78705-1857

Cerezo Residential Pool
2004 Bodega Cove
Round Rock, TX 78665-2807

Chad Ellis and Samuel Bridges
133 Bear Paw Run
Georgetown, Texas 78628-2185

Chambers Residential Pool
12801 Sherbourne St
Austin, TX 78729-4544

Chapman Residential Pool
204 Tail Wind Ln
Horseshoe Bay, TX 78657-5666

Charles & Claudia Wolfe
1250 Alcanza Drive
Austin, TX 78739

Choi Residential Pool
2821 San Milan Pass
Round Rock, TX 78665-3956

Chris Carroll and Cindy Carroll
6705 Hansa Loop
Austin, TX 78739-2207

Chris Earp
19213 Burrowbridge Rd.
Pflugerville, TX 78660-4664

Chris Fulbright
1806 Floresta Dr.
Cedar Park, TX 78613-7956

Chris Herron
2812 True Grit Cove
Leander, TX 78641-4239

Chris Schneller
1916 E.M Franklin Ave.
Austin, TX 78723-5800

Chris Woodburn
7301 Davenport Divide Road
Austin, TX 78738-2127

Christienne Connelly
1308 Richcreek Rd.
Austin, TX 78757-1952

Christina Homan
1204 Strickling Drive
Pflugerville, TX 78660-7872

Christopher & Kimberly Deters
3212 Raspberry Rd
Austin, TX 78748-3004

Christopher Deters & Kimberly Deters
3212 Raspberry Rd
Austin, TX 78748-3004

Christopher Fontenot & Ashley Fontenot
147 Blackstone Cove
Driftwood, TX 78619-4463

Cindy Hammes
1706 Mohle
Austin, TX 78703-1812

Click Residential Pool
1600 Co Rd 135
Burnet, TX 78611-5507

Cody Pools, Inc.
101 E. Old Settlers Blvd., Suite 200
Round Rock, TX 78664-2266

Cody Pools, Inc.
c/o Frank B. Lyon
PO Box 50210
Austin, TX 78763-0210

Cody Pools, Inc.
c/o John P. Ferguson
Ferguson Law Practice, PLLC
1017 RR 620 S, Ste. 222
Austin, TX 78734-5628

Cole Strawbridge
601 Bayou Bend Drive
Buda, TX 78610-2784

Commercial Collectors, Inc.
Attn: Laura Staley
P.O. Box 337
Montrose, MN 55363-0337

Commercial Collectors, Inc.
P.O. Box 337
Montrose, MN 55363-0337

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

Concert Specialty Insurance Company
1701 Golf Road, Suite 1-1110
Rolling Meadows, IL 60008-4244

Continental Insurance Company
P.O. Box 8317
Chicago, IL 60680-8317

Corey Freeman & Megan Freeman
2705 Rain Song Dr.
Leander, TX 78641-4998

Corey Nihlean
2402 Sunset Vista Cir
Spicewood, TX 78669-2094

Correa Residential Pool
4001 Arrow Wood Rd
Cedar Park, TX 78613-7681

Craig A. McClendon
6221 Carrington Drive
Austin, TX 78749-5206

Cravalho Residential Pool
105 Joya Dr
Liberty Hill, TX 78642-2092

Custard Insurance Adjusters, Inc.
Attn: George Taylor
2101 S IH 35
Suite 212
Austin, TX 78741-3874

DOW Reid and Dotty Luzzo
7500 Rialto Blvd Bldg 1 Ste 250
AUSTIN, TX 78735-8531

Damon Burger
1113 Sampley Lane
Leander, TX 78641-3553

Daniel Rose
3520 Cavu Rd
Georgetown, TX 78628-1767

Danuzio Pinheiro & Marta Pinheiro
3809 Campfire Dr.
Cedar Park, TX 78613-7716

Daron Lindemann & Cara Lindemann
20305 Great Egret Ln
Pflugerville, TX 78660-1910

Darrin McPherson
2621 Auburn Chestnut Ln
Pflugerville, TX 78660-3995

Darryl Dadon and Brittany Dadon
2604 E 6th St
Austin, TX 78702-3935

Dave and Shiella Morris
3329 Vasquez Place
Round Rock, TX 78665-2172

David Lambert & Cheryl Lambert
2805 San Milan Pass
Round Rock, TX 78665-3956

David Nation
7328 Tanaqua Ln
Austin, TX 78739-2035

David Nicholas Verell & Amanda Verell
200 Flintlock Drive
Leander, TX 78641-2766

David Nicholas Verell & Amanda Verell
c/o Noel L Stout
Almanza Blackburn Dickie & Mitchell
2301 S Capital of Texas Highway
Austin TX 78746-7701

David Zahur
207 San Siro Cove
Lakeway, TX 78738-6152

Davis Residential Pool
2420 Milan Meadows Dr
Leander, TX 78641
Residential Pool
10832 Enclave Vista Cove
Austin, TX 78730-1527

Dean Jacobs and Joy Jacobs
715 Farm Rd 1690
Gatesville, TX 76528

Derk Maidlow
30140 Twin Creek Drive
Georgetown, TX 78626-1522

Diana & Don Whiteside
2200 Mayfield Dr.
Round Rock, TX 78681-1469

Diego Suarez
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Diego Suarez and Laurie Lara
5060 Savio Dr
Round Rock, TX 78665-2176

Diego and Elaine Suarez
c/o Dickinson Wright PLLC
607 W 3rd St #2500
Austin TX 78701-4713

Diego and Elaine Suarez
c/o Stephanie E. Kaiser
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202-3705

Dominic Van
12912 Armaga Springs Rd
Austin, TX 78727-3454

Dominic Van
c/o Lovins Trosclair PLLC
1301 S Capital of Texas Hwy.
Building A, Suite 136
Austin, TX 78746-6574

Dominic Van
c/o Michael E. Lovins
1301 S. Capital of Texas
Building A, Suite 136
Austin, TX 78746-6574

Donn Wurts
16912 Broomweed Cove
Austin, TX 78738-4086

Donn Wurts
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Donna Christy
1745 Liguria Court
Volente, TX 78641-3892

Doron Yitzchaki
Dickinson Wright PLLC
350 South Main Street, Suite 300
Ann Arbor, MI 48104-2131

Dorsett Johnson & Cisneros
Attn: Charles Robert Dorsett, Jr.
3503 Wild Cherry Drive, Building 6
Austin, TX 78738-1822

Dow Reid & Dotty Luzzo
1409 Laurel Glen Blvd.
Leander, Texas 78641-2924

Dow Reid c/o
Guillermo Ochoa-Cronfel
The Cronfel Firm
7500 Rialto Blvd., Bldg. 1, Ste. 250
Austin, Texas 78735
Guillermo@thecronfelfirm.com  78735-8531

Dow Ried and Dotty Luzzo
1409 Laurel Glen Blvd
Leander, TX 78641-2924

Duane Ewing
2541 Ambush Canyon
Leander, TX 78641-9042

Dwayne Simmons
13845 Fallsprings Way
Manor, TX 78653-3951

Dwayne Simmons
c/o Holland & Knight LLP
Attn: Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Edgar Castro
6650 CR 200
Liberty Hill, TX 78642-3725

Edward & Skhai Carson
308 Potts Street
Georgetown, TX 78628-2210

Edward Brooks
1103 Hi Fault
Horseshoe Bay, TX 78657-6343

Edward Carson and Skhai Carson
308 Potts St
Georgetown, TX 78628-2210

Edward Gahr & Christy Gahr
5800 Shoalwood Avenue
Austin, TX 78756-1124

Edward Weltens
2616 Melekhin Bend
Cedar Park, TX 78613-1617

Edward Weltens
c/o Cain & Skarnulis PLLC
303 Colorado St #2850
Austin TX 78701-0137

Edward and Nancy Brooks
1103 Hi Fault
Horseshoe Bay, TX 78657-6343

Elaine Suarez
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Elaine Suarez
c/o Stephanie E. Kaiser
Dickinson Wright PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701-4713

Ellen Angell and Jayson Angell
107 Lazy Creek Dr
Georgetown, TX 78628-1917

Eric & Mallory Rodriguez
7314 Loggia Place
Round Rock, TX 78665-2275

Eric Borchers
3613 Del Payne Lane
Pflugerville, Texas 78660-4288

Eryka Rogers
8601 Rollins Dr
Austin, TX 78738-7676

Esteban Gutierrez & Larisa Gutierrez
c/o Shannon E. Loyd
The Loyd Law Firm, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493

Express Materials Services, LLC
556 S HWY-95
Elgin, TN 78621

Eyan Cea
11709 Arran Street
Austin, TX 78754-6072

FCCI Claim Mail Processing Center
P.O. Box 58004
Sarasota, FL 34232-0800

Fausto Castro
2010 Brushy Creek Road
Cedar Park, TX 78613-3904

Federated Mutual Insurance Company
9001 Airport Fwy Suite 500
North RIchland Hills, TX 76180-7773

Federated Reserve Insurance Company
121 East Park Square
Owatonna, MN 55060-3046

Fielder Custom Pools
2500 Co. Rd. 403
Marble Falls, TX 78654-8664

Fielder Custom Pools, LLC
2500 County Road 403
Marble Falls, TX 78654-8664

Fleetistics
15310 Amberly Dr., Suite 250
Tampa, FL 33647-1642

Fleetistics
1936 Bruce B Downs Blvd. #505
Wesley Chapel, FL 33544-9262

Frank B. Lyon
PO Box 50210
Austin, TX 78763-0210

Frank Wong
8608 Dark Shadow
Austin, TX 78749-5226

Frankie Hoch
301 Millington Ln
Buda TX 78610-2911

Frankie and Teresa Camacho
801 Cottonbowl Dr
Taylor, TX 76574-5116

Freddy Gaddikoppula
(Former Name: Reddy Residential Pool)
112 Westfield Dr
Georgetown, TX 78628-7195

Fredrick Residential Pool
108 Mountain Lion Rd.
Georgetown, TX 78628-2963

Frost Bank
111 W. Houston St. 111 W.
San Antonio, TX 78205-2112

Frost Bank
La Frontera Financial Center
P.O. Box 1600
San Antonio, TX 78296-1600

Frost Bank
c/o Frost Leasing
3838 Rogers Road
San Antonio, TX 78251-3662

Frost Bank
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 NE Loop 410, Suite 615
San Antonio, TX 78216-4713

Frost Bank c/o Jessica A. Henry
Luttrell + Carmody Law Group
100 NE Loop 410, Ste. 615
San Antonio, TX 78216-4713

Frost Bank c/o Morris E. Trey White III
Luttrell + Carmody Law Group
100 NE Loop 410, Ste. 615
San Antonio, TX 78216-4713

Gab/Maple Residential Pool
2194 Peach Tree St
Austin, TX 78704

Gallardo/Caldera Residential Pool
4010 Anderson Bluff Dr
Cedar Park, TX 78613-2064

Gannon Residential Pool
4800 Mont Blanc Dr.
Austin, TX 78738-4018

George Baker
308 Duckhorn Pass
Austin, TX 78738-6980

Gerstle Snelson, LLP
Attn: Michael Gerstle, Esq.
3508 Far West Boulevard, Suite 350
Austin, TX 78731-2281

Gerstle Snelson, LLP
Attn: Michael Gerstle, Esq.
4849 Greenville Avenue, Suite 1500
Dallas, TX 75206-4147

Gilbert Lopez
c/o Holland & Knight LLP
Attn:  Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Gilbert Lopez
c/o Holland & Knight LLP
Attn: William R. Trip Nix
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701-4238

Gina Van Zandt & Donovan Van Zandt
22005 Plockton Dr.
Briarcliff, TX 78669-2315

Gingell
845 Jacksdaw Drive
Austin, TX 78737-4470

Glen Hall
850 Moss Rose Ln
Driftwood, TX 78619-5736

Glenn Hall
850 Moss Rose Ln
Driftwood, TX 78619-5736

Goff Residential Pool
216 Vineyard Ridge Path
Driftwood, TX 78619-9280

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Gordon Reina
715 White Trail Drive
Round Rock, TX 78681-2064

Gordon Reina
c/o Holland & Knight LLP
Attn:  Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Gottfried Alexander Law Firm
Attn: David M. Gottfried
1505 W 6th St.
Austin, TX 78703-5133

Graham Residential Pool
1604 Sharon Ln
Austin, TX 78703-3234

Grant Harris
4807 Westfield Dr
Austin, TX 78731-5537

Grayson Hopper
20102 Clare Island Bend
Pflugerville, TX 78660

Greater Austin Builders
2104 Peach Tree
Austin, TX 78704-2843

Green Residential Pool
316 Tradinghouse Creek St
Georgetown, TX 78633-2144

Gross Residential Pool
7416 Doswell Ln
Austin, TX 78739-2071

Guidry Residential Pool
100 Walnut Tree Loop
Georgetown, TX 78633-2031

H&H Tile and Plaster of Austin LTD, LP
c/o H&H Texas Management, LLC
31840 Ranch Rd 12
Dripping Springs, TX 78620-4097

Hall Residential Pool
950 Moss Rose Ln
Driftwood, TX 78619

Hallam Residential Pool Project
1905 Hallam Drive
Austin, Texas 78746-2243

Hanson Residential Pool
2441 Bel Paese Bnd
Leander, TX 78641-4776

Hasten Energy Solutions
405 N Post Oak Ln
Houston, TX 77024-5913

Heather Szastak
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Heather Szastak
c/o Cain & Skarnulis PLLC
Attn: Michael Moody
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Henderson Residential Pool
1604 Parke Bluff Bend
Cedar Park, TX 78613-3187

Hereng Residential Pool
3901 Logan Ridge Dr
Cedar Park, TX 78613-2062

Hernandez Residential Pool
4619 Cypress Bend
Austin, TX 78744-3097

Hill Country Electric Supply
3003 N. E. LOOP 410, SUITE 101
San Antonio, TX 78218-1552

Hillard Dozer, LP
12495 Reeds Lake Loop
Temple, TX 76501-7515

Hoover Residential Pool
8809 Bellancia Dr
Austin, TX 78738-7626

Howey Residential Pool
1610 H2O
Horseshoe Bay, TX 78657-6075

Hoyman, Justin & Nisha
1000 Heritage Center Circle
Round Rock, TX 78664-4463

Hudson Residential Pool
7112 Greenshores Dr.
Austin, TX 78730-4341

Hunter Thompson and Ciara Thompson
c/o Sprouse Shrader Smith PLLC
Attn: Josh Wilson
1000 Heritage Center Circle
Round Rock, TX 78664-4463

IES Holdings, Inc.
2 Riverway, Suite 1730
Houston, TX 77056-1431

IES Residential, Inc.
13131 Dairy Ashford Road, Suite 700
Sugar Land, TX 77478-4398

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

Indeed, Inc.
200 West 6th Street, Floor 36
Austin, TX 78701-3161

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

J Brandon Foster and Erin Foster
131 Empire Court
Austin, TX 78737-4596

JOSHUA D. WILSON
C/O SPROUSE SHRADER SMITH PLLC
1000 HERITAGE CENTER CIRCLE
ROUND ROCK, TX 78664-4463

James & Traci Sigmon
1106 Claire Avenue
Austin, TX 78703-2502

James Gatlin
520 Woodside Terrace
Lakeway, TX 78738-1250

James Hicks
515 Congress Ave. Suite 1620
Austin, TX 78701-3576

James Murdock
Brad Wheeler
Jason Nichol
c/o Trip Nix, Holland & Knight
100 Congress Ave #1800, Austin TX 7

James Murdock & Jessica Murdock
724 Buffalo Trail
Liberty Hill, TX 78642-3591

James Murdock and Jessica Murdock
c/o Holland & Knight LLP
Attn: Trip Nix
100 Congress Avenue #1800
Austin, TX 78701-4042

James R. & Linda D. Ryan
1830 Ranchland Hills Vista
Jonestown, TX 78645

James R. & Linda D. Ryan
c/o Kell C. Mercer, PC
901 S Mopac Expy Bldg 1 Ste 300
Austin, TX 78746-5883

James Ryann
18308 Ranchland Hills Vista
Jonestown, TX 78645-4688

James Todd Green
407 Doe Whisper Way
Austin, TX 78738-7085

James Todd Green
Dorsett Johnson & Cisneros
3503 Wild Cherry Dr.
Bldg. 6
Austin, TX 78738-1822

James Todd Green
c/o Charles Robert Dorsett, Jr.
Dorsett Johnson & Cisneros
3503 Wild Cherry Drive, Building 6
Austin, TX 78738-1822

Jamie Wurts
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Jamie Wurts
c/o Michael Moody
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Janell Gregerson
1611 Elkins Lane
Cedar Park, TX 78613-4173

Janell Gregerson
Lovins Trosclair PLLC
1301 S Capital of Texas Hwy.
Building A, Suite 136
Austin, TX 78746-6574

Janell Gregerson
c/o Jerome A Brown
4002 E US Hwy 290
Dripping Spring TX 78620-4207

Jarratt Wade Landers
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Jarratt Wade Landers
c/o Michael Moody
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Jason C. Spencer
15104 CROSSCREEK DRIVE
AUSTIN, TX 78737-8908

Jason Cooke and Anna Cooke
3500 Branch Hollow
Leander, TX 78641-3217

Jason Khawaja
124 Pear Tree Ln
Austin, TX 78737-1706

Jason Nichol and Brooke Nichol
c/o Holland & Knight LLP
Attn:  Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Jason Nicol and Brooke Nichol
c/o Shannon E. Loyd, Esq.
The Loyd Law Firm, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493

Jaymie & Geoff Richards
12509 Uvalde Creek Drive
Austin, TX 78732-1955

Jed Swan and Tiffany Swan
1101 Bit Ln
Cedar Park, TX 78613-1486

Jed Villa
1604 Cresson Trail
Leander, TX 78641-2889

Jeff Grosso
12900 Meridian Park Blvd.
Austin, TX 78739-1453

Jeff Tea
317 Kirkhill St.
Hutto, TX 78634-5726

Jeff Theis
8709 Ambrosia Dr
Austin, TX 78738-4089

Jeffrey Szastak
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Jeffrey Theis and Robin Theis
c/o Holland & Knight LLP
Attn:  Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Jeffry Colton 'Colt' Tucker
Law Office of J. Colt Tucker, PLLC
1811 W. Park Row Drive
Arlington, TX 76013-3505

Jennifer & JD Plant
1325 Anna Ct
Cedar Park, TX 78613-4022

Jennifer Johnson
504 Lodge Court
Liberty Hill, TX 78642-2173

Jennifer Johnson
c/o Lovins Trosclair PLLC
Attn: Michael Lovins, Esq.
1301 S Capital of Texas Hwy.
Building A, Suite 136
Austin, TX 78746-6548

Jeremy Spicer & Elizabeth Spicer
16401 Big Oak Circle
Leander, TX 78641-9002

Jeremy Spicer & Elizabeth Spicer
c/o David M. Gottfried
Gottfried Alexander Law Firm
1505 W 6th St.
Austin, TX 78703-5133

Jeremy Spicer & Elizabeth Spicer
c/o Michael P. Ridulfo
5151 San Felipe #800
Houston TX 77056-3627

Jeronimo Jaimes
2221 Drue Ln
Cedar Park, TX 78613-1704

Jesse & Whitney Nalle
3415 Spanish Oak Drive
Austin, TX 78731-5213

Jesse and Kathy Eckard
5706 Como Cove
Round Rock, TX 78665-4409

Jessica Alt
Padfield & Stout, LLC
420 Throckmorton St, Ste 1210
Fort Worth, TX 76102-3792

Jessica Myers
704 Rock Midden Ln
Round Rock, TX 78665-1220

Jillian Marsh
c/o Jerome A Brown
4002 E US Hwy 290
Dripping Spring TX 78620-4207

Jim Bechtol
23305 Windy Valley Rd
Leander, TX 78641-7718

Jim Pohoski
318 Bisset Ct
Austin, TX 78738-1008

John & Vicki Ford
137 Nelson Place
Meadowlakes, TX 78654-6442

John Bretz
1816 Treadwell St
Austin, TX 78704-2148

John Bretz
c/o Nicholl Wade
1301 S. Capital of Texas Hwy Ste. B-202
Austin TX 78746-6502

John Bretz
c/o Nicholl Wade
1816 Treadwell Street
Austin, Texas 78704-2148

John Dixon
(Former Name: Johnson Custom Pools, LLC)
1112 W 7th Street
Austin, TX 78703-5306

John Ford & Vicki Ford
137 Nelson Place
Meadowlakes, TX 78654-6442

John Henderson
1406 Country Club Rd
Georgetown, TX 78628-3690

John and Vicki Ford
c/o The Brown Law Firm
4002 East U.S. Hwy 290
Dripping Springs, TX 78620-4207

Johnson Custom Pools, LLC
1112 W 7th Street
Austin, TX 78703-5306

Jon Anderson
1805 Stinnett Drive
Leander, TX 78641-4473

Jon Michael Smith, Esq.
3305 Northland Drive, Suite 500
Austin, TX 78731-4991

Jon Samuelson
2501 Rockingham Dr
Austin, TX 78704-3810

Jonathan Eric Anderson
1805 Stinnett Drive
Leander, TX 78641-4473

Jordan McDonald
6713 Taomina Dr
Austin, TX 78739-1600

Jordan and Bethany Elbers
1512 Hidden Springs Path
Round Rock, TX 78665-5029

Jorge Limones
800 East Olympic Drive
Pflugerville, TX 78660-8021

Joseph Thompson
409
River Chase Blvd
Georgetown, TX 78628-5300

Juan Flores
19801 Chayton Circle
Pflugerville, TX 78660-6293

Judd Gauger
7200 Covered Bridge Dr
Austin, TX 78736-3344

Julie Weltens
c/o Cain & Skarnulis PLLC
303 Colorado St #2850
Austin TX 78701-0137

Julie Weltens
c/o Cain & Skarnulis PLLC
Attn: Michael Moody
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Justin & Janie Monk
4629 Port Genova Court
Leander, TX 78641-5259

Justin & Nisha Hoyman
c/o Sprouse Shrader Smith PLLC
Attn: Josh Wilson
1000 Heritage Center Circle, Suite 100,
Round Rock, TX 78664-4463

Justin Fischer
c/o Lovins Trosclair PLLC
1301 S Capital of Texas Hwy.
Building A, Suite 136
Austin, TX 78746-6574

Justin Fisher
2200 Airport Drive
Leander, TX 78641-4322

Justin Hawkins
414 Mercer Falls Rd
Lakeway, TX 78738-4431

Justin and Brittany Burdette
400 Hyltin Street
Hutto, TX 78634-5447

KEVIN DUPRE
525 Twin Springs Rd
Georgetown, TX 78633-4364

Kahana
  Feld
Attn: Ronald Max Raydon
One Greenway Plaza, Ste. 350
Houston, TX 77046-0124

Kasey Van Daley & Shelby Van Daley
128 Canyon Lake Ln
Georgetown, TX 78628-2115

Kate Hawkins and Justin Hawkins
c/o T. Josh Judd
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4175

Kathy & Cory Westbrook
812 Silver Trail
Round Rock TX 78664-4043

Kathy and Corey Westbrook
aka Westbrook Residential Pool
812 Silver Trail
Round Rock, TX 78664-4043

Kathy and Corey Westbrook
c/o Abigail Ventress
VBPena Law PLLC
406 N Lee St #103
Round Rock TX 78664-4313

(p)KEEP TRUCKIN INC
ATTN GENERAL COUNSEL
3500 SOUTH DUPONT HIGHWAY
DOVER DE 19901-6041

Kelly Marco & Aaron Marco
2216 Legend Trail
Leander, TX 78641-2239

Kelsey and Jeffrey Carapetyan
410 Sunny Slope Road
Liberty Hill, TX 78642-6269

Kendall Harvey and Kyle Harvey
15401 Bat Hawk Circle
Austin, TX 78738-6865

Kevin Smith and Adrianna Smith
199 Colca Cove
Austin, TX 78738-4409

Kevin White & Tanya White
8501 Kelly Cove
Lago Vista, TX 78645-4664

Kevin Wilson
2300 Champions Corner Dr
Leander, TX 78641-4959

Kevin Wilson
c/o Sprouse Law Firm
901 Mopac Expwy South
Bldg 1, Ste 300
Austin, TX 78746-5883

Kimberly Mills & Edward Mills
12404 Wire Road
Leander, TX 78641-4004

Kinsale Insurance
Attn: Doug Dubois
2035 Maywill Street, Suite 100
Richmond, VA 23230-3215

Kizewski Residential Pool
804 Serene Estates Dr
Lakeway, TX 78738-7091

Korytkowski Residential Pool
1205 Morse Cve
Georgetown, TX 78628-3164

Landers Residential Pool
3336 Goldenoak Cir.
Round Rock, TX 78681-2292

Laura Kinto
15900 Fontaine Ave
Austin, TX 78734-2642

Law Firm of M. Matthew Williams, PLLC
Attn: M. Matthew Williams
248 Addie Roy Road, Suite B204
Austin, TX 78746-4133

Law Office of Jason C. Spencer
c/o Jason Clay Spencer
15104 Crosscreek Drive
Austin, TX 78737-8908

Law Office of Nicholas Bressi
P.O. Box 162193
Austin, TX 78716-2193

Lee Mitchell & Julie Califano
145 Silkstone Street
Hutto, TX 78634-5687

Lee Mitchell & Julie Califano
c/o Shannon E. Loyd
The Loyd Law Firm, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493

Leonard Moore
3105 Pecan Crest Cove
Round Rock, TX 78681-2191

Lewis (Brad) Warnock
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Lewis (Brad) Warnock
c/o Cain & Skarnulis PLLC
Attn: Michael Moody
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Lewis (Brad) Warnock
c/o Michael Moody
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Liberty Hill Truck Service
12830 TX-29
Liberty Hill, TX 78642

Lilian G. Rodrguez-Prado
& Johnny R. Mendez-Pinto
356 Blue Sage Drive
Leander, TX 78641-4290

Lillian Rodriguez Prado
356 Blue Sage Dr.
Leander, TX 78641-4290

Linda Berggren
512 Eagle Ridge
Burnet, TX 78611-3685

Lisa Thompson
14304 Fallen Timber Drive
Austin, TX 78734-2066

Louis Hirsch
1313 Estates Drive
Woodway, TX 76712-2219

Lovein Ribman, P.C.
1225 S Main St., Ste. 20
Grapevine, TX 76051-5585

Lovins Trosclair PLLC
Attn: Michael Lovins
1301 S Capital of Texas Hwy.
Building A, Suite 136
Austin, TX 78746-6548

Lucky Charm Homes, LLC
1605 Brackenridge St.
Austin, TX 78704-3511

Lydia Zaidman
609 Josephine Street
Austin, TX 78704-1531

MF Castle, LLC
c/o Michael Moody
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Macias Residential Pool
25107 Pedernales Canyon Trail
Spicewood, TX 78669-6742

Maggie Richardson and Trevor Richardson
6020 Seville Dr
Austin, TX 78724-6199

Maidlow, Derek Alan and Teri Nicole
c/o Lovein Ribman, P.C.
1225 S. Main Street, Suite 200
Grapevine, TX 76051-5648

Mallory Stover
2650 CR 45
Thrall, TX 76578

Marcus McSpadden and Nikki McSpadden
1512 Pinot Noir Street
Leander, TX 78641-2783

Marcus and Nikki McSpadden
1512 Pinot Noir ST
Leander, TX 78641-2783

Mario & Tina Barrett
5016 Placid Pl.
Austin, TX 78731-5018

Mario Barrett
5016 Placid Pl
Austin, TX 78731-5018

Mark Wise
17800 Hamilton Pool Road
Austin, TX 78738-7125

Markarand Binsale
2920 Fallcrest Bend
Leander, TX 78641-4339

Martin Marietta Materials, Inc.
PO BOX 677061
Dallas, TX 75267-7061

Marvin Elzey
117 Stallion Way
Liberty Hill, TX 78642-5530

Maryluz & Ralph Gonzalez
6109 Empresa Dr.
Austin, TX 78738-2115

Matt Fowler
2825 San Milan Pass
Round Rock, TX 78665-3956

Matt Hefner & Erin Hefner
1320 Nightingale Dr
Cedar Park, TX 78613-5101

Matt Janiga
9408 Queenswood
Austin, TX 78748-5909

Matt McMurray
18604 Wheelock Ct
Austin, TX 78738-4157

Matthew Letnaunchyn & Kimberly Letnaunchyn
c/o Holland & Knight LLP
Attn: William R. Trip Nix
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701-4238

Matthew Letnaunchyn and Kimberly Letnaunchyn
c/o Holland & Knight LLP
Attn: Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, TX 78701-4238

Matthew McMurray
18604 Wheelock Ct
Austin, TX 78738-4157

Matthew Wensing
609 Apache Drive
Cedar Park, TX 78613-4925

Matthew Wensing
c/o Brian T. Smith / Dunn Smith LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704-1100

McGinnis Law
Attn: Austin L. Jones
1111 W. 6th St., Bldg. B, Ste. 400
Austin, TX 78703-5345

Medallion Bank
1335 Oyster Crk
Buda, TX 78610-2284

Melissa Jordan
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Melissa Jordan & Nick Russell
204 Scone Drive
Spicewood, TX 78669-2075

Meri and Justin Krause
140 Hy Road
Buda, TX 78610-9539

Metcalfe Law, PLLC
Attn: Sally S. Metcalfe
901 S Mopac Expy., Ste. 300
Austin, TX 78746-5883

Michael D. Scott & Dorothy J. Scott
127 Cumberland Dr
Belton, TX 76513-6110

Michael D. and Dorothy J. Scott
127 Cumberland Dr.
Belton, TX 76513-6110

Michael E. Lovins
Lovins Law
1301 S. Capital of Texas Hwy.
Building A, Suite 136
Austin, TX 78746-6574

Michael Ladogana and Nicole Ladogana
c/o Holland & Knight LLP
Attn:  Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Milne Residential Pool
2005 Cotton Farm Trl
Leander, TX 78641-4240

Mistkawi Residential Pool
2209 Milan Meadows Dr
Leander, TX 78641-3740

Mitchell & Bonnie Lewandowski
151 Post Oak Ln
Driftwood, TX 78619-4215

Mitter Residential Pool
1916 E M. Franklin Ave
Austin, TX 78723-5800

Moore Residential Pool
17405 Breakwaters Dr
Jonestown, TX 78645-9646

Morgan Mills
3002 Rivercrest Dr
Austin, TX 78746-1712

Morgan Mills
c/o Husch Blackwell LLP
111 Congress Ave #1400
Austin TX 78701-4093

Mouton, Rachel Elizabeth and Benjamin Alcee
c/o Lovein Ribman, P.C.
1225 S. Main Street, Suite 200
Grapevine, TX 76051-5648

Mr. and Mrs. Patrick Francis Napolitano
3606 Arrowhead Circle
Round Rock, Texas 78681
Round Rock, TX 78681-1703

Nadim & Elizabeth Elias
616 Furlong Drive
Austin, TX 78746-4126

Nancy Benevidas
612 South Lynnwood Trail
Cedar Park, TX 78613-3244

National Fire Insurance Co of Hartford
c/o Spencer Fane LLP
2200 Ross Ave #4800 W
Dallas TX 75201-2708

National Fire Insurance Company of Hartford
P.O. Box 8317
Chicago, IL 60680-8317

National Fire Insurance Company of Hartford
c/o CNA Insurance
Attn: John Werdell
3333 Finley Road, Suite 200
Downers Grove, IL 60515-1317

National Fire Insurance Company of Hartford
c/o Megan F. Clontz
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024-6812

Nicholl Wade
1301 S. Capital of Texas Hwy Ste. B-202
Austin, TX 78746-6502

Nick Russell
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

North Mill Credit Trust
601 Merritt 7
Suite 5
Norwalk, CT 06851-1097

North Mill Credit Trust
c/o Christopher V. Arisco
Padfield & Stout, LLP
100 Throckmorton St., Suite 700
Fort Worth, Texas 76102-2837

North Mill Credit Trust
c/o Ivan Escobar
Padfield & Stout, LLP
100 Throckmorton St., Suite 700
Fort Worth, Texas 76102-2837

North Mill Credit Trust
c/o Jessica N. Alt
Padfield & Stout, LLP
100 Throckmorton St., Suite 700
Fort Worth, Texas 76102-2837

North Mill Equipment Finance
601 Merritt 7 #5
Nowalk, CT 06851-1097

Ochoa-Cronfel, Guillermo. J
7500 Rialto Blvd Bldg 1 Ste 250
AUSTIN, TX 78735-8531

Ohana Construction Services, LLC
9509 San Lucas
Austin, TX 78737-1232

Omega CM Delta, LLC dba Omega Concrete Mixer
5465 Mills Civic Parkway, Suite 400
West Des Moines, IA 50266-5321

Omnia Outdoors, LLC
c/o Dickinson Wright PLLC
Attn: Doron Yitzchaki, Esq.,
350 S. Main Street, Suite 300
Ann Arbor, MI 48104-2131

Omnia Outdoors, LLC
c/o Doron Yitzchaki, Esq.
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104-2131

Oscar Carreon
201 Lollipop Ln
Cedar Park, TX 78613-3262

PMA Companies
P.O. Box 5231
Janesville, WI 53547-5231

Pacific Adjusting & Claim Services, LLC
Attn: Gustavo Lopez
P.O. Box 2516
Cypress, CA 90630-1216

Paradise Hill County Enterprises, LLC
Attn: Britany L. Fletcher, Registered Ag
7451 W FM 243
Bertram, TX 78605-4038

Partners Capital Group, Inc.
600 Atlantic Avenue, 30th Floor
Boston, Massachusetts 02210-2211

Pat & Nancy Napolitano
3606 Arrowhead Cir
Round Rock, TX 78681-1703

Patricia Landers
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Patricia Landers
c/o Michael Moody
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Patricia and Wade Landers
3336 Golden Oak Cir
Round Rock, TX 78681-2292

Patrick Johnson
917 Calithea Rd
West Lake Hills, TX 78746-2715

Patschke Residential Pool
114 Colthorpe Ln
Hutto, TX 78634-3352

Paul Medeiros
18212 Wind Valley Way
Pflugerville, TX 78660-4083

Paul Medeiros and Christine Medeiros
c/o Holland & Knight LLP
Attn:  Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Paul Price
717 Horseback Hollow
Austin, TX 78732-2382

Paul Turner
14609 Round Mountain Road
Leander, TX 78641-4859

(p)PENN CREDIT CORPORATION
PO BOX 69703
HARRISBURG PA 17106-9703

Phil Traina
117 Ruffino Lane
Georgetown, TX 78628-7239

Phil Traina
c/o Pierce P. MacGuire
MacGuire Law, PLLC
609 W 15th St
Georgetown, TX 78626-6613

Phillip Noel & Amy Noel
8713 Ambrosia Dr.
Austin, TX 78738-4089

Phillip Noel and Amy Noel
c/o Holland & Knight LLP
Attn:  Trip Nix
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701-4238

Pierce MacGuire
609 W. 15th Street
Georgetown, TX 78626-6613

Pools By Blue Haven, Inc.
c/o B Weldon Ponder, Jr, Attorney
Spicewood Professional Offices
4408 Spicewood Springs Rd
Austin TX 78759-8504

Pools by Blue Haven, Inc.
7575 North Loop 1604 West
San Antonio, TX 78249-2969

Pools by Blue Haven, Inc.
Attn: Corley H. Atwood, Esq.
7575 North Loop 1604 West
San Antonio, TX 78249-2969

Pools by Blue Haven, Inc.
c/o Corley H. Atwood
715 Discovery Blvd., Ste 115
Cedar Park, TX 78613-2295

Porter Rogers Dahlman & Gordon PC
c/o Marc Williams Esq & Brandon Coon
745 E Mulberry #450
San Antonio TX 78212-3152

Portillo Residential Pool
16701 Poppy Mallow Dr
Austin, TX 78738-4088

Premier ATX Industries, LLC
c/o Stephen W. Sather
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731-2347

Premier ATX Industries, LLC d/b/a Premier Po
Attn: John Curl, Registered Agent
3450 County Road 255
Georgetown, TX 78633-4098

Premier Franchise Management, LLC
c/o Barron & Newburger, P.C.
7320 N. MoPac Expwy, Suite 400
Austin, TX 78731-2347

Primary Source Insurance Agency, Inc.
121 East Park Square
Owatonna, MN 55060-3046

Rachel Mouton
7320 North Mopac Expwy.
Suite 400, Austin Tx 78731-2338

Rachel and Ben Mouton
1228 Heppner Dr.
Cedar Park, TX 78613-5139

Rachelle and Michael Hareng
3901 Logan Ridge Drive
Cedar Park, TX 78613-2062

Rafael Collazo and Eileen Collazo
20920 Havant Way
Pflugerville, TX 78660-6550

Ram Mirwani
306 Creekside Cove
Cedar Park, TX 78613-7684

Randy Patterson
11520 Lake Stone Dr.
Bee Cave, TX 78738-5579

Randy and Natalie Egan
c/o Shannon E. Loyd, Esq.
The Loyd Law Firm, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493

Real Steel Gunite Reinforcement
5703 Purple Sage Dr.
Austin, TX 78724-3442

Regions Bank d/b/a Ascentium Capital
23870 US 59 North
Kingwood, TX 77339

Resident
2716 Geraghty Ave
Austin, TX 78757-2330

Resident
4012 Valley View Road
Building 1, Unit B
Austin, TX 78704-8194

Richard & Kristin Ernst
3807 Spirit Lake Cove
Austin, TX 78746-1644

Richard Bright
18025 Ranchland Hills Vista
Jonestown, TX 78645-4648

Riviera Residential Pool
20600 Fruit Doe Cv.
Pflugerville, TX 78660-1751

Robert & Linda Giacomozzi
440 Magnolia Rd.
Killeen, T 76549-7140

Robert Giacomozzi
440 Magnolia Rd.
Killeen, TX 76549-7140

Robert Wrestler & Paula Wrestler
2809 Barley Field Pass
Pflurgerville, TX 78660-3578

Robert and Paula Werstler
2809 Barley Field Pass
Pflugerville, TX 78660-3578

Roberta McCollum
6612 Moores Ferry Dr
Del Valle, TX 78617-3744

Rodney Bustamante
9610 Braeburn Glen
Austin, TX 78729-2709

Rodriguez Big R Pool & Construction, LLC
9101 La Cresada Dr
Austin, TX 78749-4039

(p)ROGERS RESIDENTIAL POOL
8601 ROLLINS DR
AUSTIN TX 78738-7676

Rose Wheeler
c/o Chamberlain Hrdlicka
Attn: Bankruptcy Department
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

Rose Wheeler
c/o Tara LeDay
1200 Smith St #1400
Houston TX 77002-4496

Rowe Residential Pool
6524 Caudill Ln
Austin, TX 78738-7522

Rowena Hernandez
19620 Summit Glory Trail #4
Spicewood, TX 78669-2046

Rowena Hernandez
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Ryan Black
3500 Dry Brook Crossing
Pflugerville, TX 78660-5581

Ryan Branigan
12413 Buvana Drive
Austin, TX 78739-1971

Sally Metcalfe
900 S. Mopac Expressway
Plaza One, Suite 300
Austin, TX 78746-5829

Sally Metcalfe
Metcalfe Law
901 S. Mopac Expresway
Plaza One, Suite 300
Austin, TX 78746-5776

Sam Oshinsky
2901 Oak Crest Ave
Austin, TX 78704-6227

Sanchine Patel and Roopal Patel
1816 Harvest Dance Drive
Leander, TX 78641-3704

Sander De Leon Residential Pool
270 Calle Largo
Kyle, TX 78640-8780

Sanders Residential Pool
2007 Lipanes Trail
Austin, TX 78733-1625

Sandra Clark
21803 Tallahassee Ave
Lago Vista, TX 78645-6556

Scott Booth
14119 Fort Smith Trail
Austin, TX 78734-3707

Scott Garrick and Laura Garrick
424 Treasure Peak Pass
Austin, TX 78738-7168

Selby Residential Pool
204 Trick Pony
Liberty Hill, TX 78642-2333

Servando Rivas and Darrell Minton
Dorsett Johnson & Cisneros
3503 Wild Cherry Dr.
Bldg. 6
Austin, TX 78738-1822

Seth Goldberg and Stefanie Goldberg
312 Parke Wind Way
Cedar Park, TX 78613-3191

Sharon & Todd Still
28640 East Highway 71
Horseshoe Bay, TX 78657

Shaun Lee
4145 Novella Cv
Leander, TX 78641-3533

Sherry Bear & Kyle Dickerson
184 Dos Lagos Drive
Dripping Springs, TX 78620-4858

Shinista Residential Pool
206 San Donato Cove
Briarcliff, TX 78669

Southpaw Pools, Inc.
200 County Road 228
Florence, TX 76527-4930

Spark Root Construction, LLC
6700 Bridge Hill Cove
Austin, TX 78746-1338

Spark Root Construction, LLC
c/o attorney Brian Guequierre
4315 Airport Blvd
Austin, TX 78722
bcglaw@gmail.com 78722-1005

Sprouse Law Firm
901 Mopac Expy S
Bldg. 1, Ste. 300
Austin, TX 78746-5883

Sprouse Shrader Smith, PLLC
Attn: Josh Wilson
1000 Heritage Center Circle, Suite 100
Round Rock, TX 78664-4463

Stacy Kelly
4107 Capora Way
Round Rock, TX 78681-2484

Stag Pools
9509 San Lucas
Austin, TX 78737-1232

Steele Residential Pool
5012 Pyreneese Pass
Austin, TX 78738-4022

Stephens Residential Pool
7200 Auburn Blaze Ln
Austin, TX 78744-8728

Steve Henriksen
4265 San Felipe St # 1020
Houston, TX 77027-2940

Steve Henriksen and Sharon Henriksen
22617 Rainbow Connection Skyway
Spicewood, TX 78669-3318

Steve Martin & Leann Skelly
5000 McDade Drive
Austin, TX 78735-6392

Steven Bricker
6404 Camille Ct
Lago Vista, TX 78645

Sumitomo Mitsui Finance and Leasing Co. Ltd
666 Third Avenue, 8th FL.
New York, NY 10017-4033

Sumitomo Mitsui Finance and Leasing Co. Ltd.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

Sumitomo Mitsui Finance and Leasing Company,
c/o James W. King
6420 Wellington Pl
Beaumont, TX 77706-3206

T. Michael Neville
26314 Wedgewood Park Lane
Cypress, TX 77433

Tazeen and Mohammed Dhedi
1011 Placid Creek Court
Round Rock, TX 78665-1188

Tazeen and Mohammed Dhedi
c/o Shannon E. Loyd
The Loyd Law Firm, PLLC
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493

Tedd Gilman
2912 Cherry Lane
Austin, TX 78703-2822

Terri White & Rex White
5117 Bandera Creek Trail
Austin, TX 78735-6461

Terri Zagurasky & John Zagurasky
5901 Antelope Well Ln.
Austin, TX 78738-4416

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Department of Motor Vehicles
1001 E. Parmer Lane, Suite A
Austin, TX 78753-3563

Texas Department of Transportation
12719 Burnet Road
Austin, TN 78727-4207

Texas Enterprises. Inc. dba Allied Sales Com
5005 E 7th Street
Austin, TX 78702-5022

(p)TEXAS LEHIGH CEMENT COMPANY LP
PO BOX 610
BUDA TX 78610-0610

Texas Lehigh Cement Company, LP
P.O. Box 736821
Dallas, TX 75373-6821

Texas Luxury Outdoors
PO Box 427
Spicewood, TX 78669-0427

Texas Luxury Outdoors
c/o Sandra K. Jones, Registered Agent
121 Spur 121, Unit 427
Spicewood, TX 78669

Texas Luxury Outdoors, LLC
745 E Mulberry, Suite 450
San Antonio, TX 78212-3152

The Continental Insurance Co
c/o Spencer Fane LLP
2200 Ross Ave #4800 W
Dallas TX 75201-2708

The Continental Insurance Company
c/o CNA Insurance
Attn: John Werdell
3333 Finley Road, Suite 200
Downers Grove, IL 60515-1317

The Continental Insurance Company
c/o CNA Insurance
Attn: John Werdell
P.O. Box 8317
Chicago, IL 60680-8317

The Continental Insurance Company
c/o Megan F. Clontz
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024-6812

The County of Williamson, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

The Huntington National Bank
11100 Wayzata Boulevard, Suite 700
Minnetonka, MN 55305-5523

The J.D. Wilson Law Firm, PLLC
Attn: Joshua Denson Wilson
1000 Heritage Center Cir
Round Rock, TX 78664-4463

The Loyd Law Firm, PLLC
Attn: Shannon E. Loyd, Esq.
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249-3493

The Morales Firm, P.C.
Attn: Chuck Shipman
6243 W. Interstate 10, Suite 132
San Antonio, TX 78201-2006

Thomas McAlister and Tamer Laddy
4001 Sierra Drive
Austin, TX 78731-3913

Thompson Residential Pool
409 River Chase Blvd.
Georgetown, TX 78628-5300

Tim Beecham
18209 Wind Valley Way
Pflugerville, TX 78660-4083

Timothy W. Brink
Meltzer Purtill & Stelle LLC
125 South Wacker Drive
Suite 2900
Chicago, IL 60606-4439

Todd Cox
1128 Farm Rd 1690
Lampasas, TX 76550

Todd Green
c/o Jerome A. Brown
4002 East U.S. Hwy 290
Dripping Springs, TX 78620-4207

Todd Smith and Tina Smith
4711 Water Works Rd.
Belton, TX 76513-4933

Todd Wolfe
6005 Fadden Road
Austin, TX 78738-4425

Tony Gonzales
3800 Goodnight Trail
Leander, TX 78641-3608

Tovar Residential Pool
1209 Bob White Ct
Round Rock, TX 78681-2737

Train Wreck Residential Pool
111 Water Park Rd.
Wimberley, TX 78676-5833

Trans Lease, Inc.
c/o Jessica Alt
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102-2837

Trans Lease, Inc.
c/o Matthew Fronda
Padfield & Stout, LLC
420 Throckmorton St, Ste 1210
Fort Worth, TX 76102-3792

TransLease, Inc.
1400 W 62nd Ave
Denver, TX 80221-2400

TransLease, Inc.
P.O. Box 211397
Denver, CO 80221-0392

Travis Kieke
429 Doe Run
Georgetown, TX 78628-9642

Travis Williams
216 Cedar Mountain Dr.
Marble Falls, TX 78654-2193

Trusted Tax Services
14425 Falcon Head Blvd
Austin, TX 78738-4412

Trusted Tax Services
P.O. Box 92828
Austin, TX 78709-2828

Tu Residential Pool
4001 Logan Ridge Dr.
Cedar Park, TX 78613-2063

Tucker Ferguson
109 Norcia Loop
Liberty Hill, TX 78642-4449

Turcotte Residential Pool
1462 County Rd 2773
Lampasas, TX 76550

United States Attorney
General Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0009

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Vaseem Syed & Asra Syed
4408 Sansone Drive
Round Rock, TX 78665-1514

Vernon and Rose Wheeler
511 San Gabriel Dr
Liberty Hill, TX 78642-5749

WEX Inc.
1 Hancock Drive
Portland, ME 04101-4217

WW Air Compressor
402 Burleson St
Smithville, TX 78957-1547

WW Air Compressors LLC
402 Burleson ST
Smithville, TX 78957-1547

of 27

Wade Landers
c/o CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Wagoner Residential Pool
108 Cross Mountain Trl
Georgetown, TX 78628-5212

Walters Balido & Crain
Attn: Jerry Ewing
10440 North Central Expressway,
Suite 1500
Dallas, TX 75231-2299

Waterview Custom Pools, LLC
c/o Registered Agent, Barbara McFadyen
1006 Vapor Drive
Pflugerville, TX 78660-2476

Waterview Pools, Inc.
Attn: John Cody McFayden
13313 Kinder Pass
Austin, TX 78727-3415

Wenholz
Dow, P.C.
c/o David C. Wenholz
9433 Bee Caves Rd., Ste. 1-200
Austin, TX 78733-6138

William Oliphint
1405 CR 278
Liberty Hill, TX 78642-5777

Williams Residential Pool
216 Cedar Mountain Dr
Marble Falls, TX 78654-2193

Williams Residential Pool
801 Judge's Rd
Burnet, TX 78611

Wolfe Residential Pool
2504 Alcanza Dr.
Austin, TX 78739

Wood Residential Pool
15800 Rustic Ln
Austin, TX 78717-5467

Wulf & Susan Bieschke
10900 Bubbas Bluff
Dripping Springs, TX 78620-2917

Ziebert
2103 Raleigh Avenue
Austin, TX 78703-2127

c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Todd Brice Headden
Hayward PLLC
7600 Burnet Road
Suite 530
Austin, TX 78757-1269

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339-1535

Keep Truckin, Inc.
Attn: General Counsel
55 Hawthorne Street, Suite 400
San Franscisco, CA 94105

(d)Motive
55 Hawthorne St #400
San Franscisco, CA 94105

(d)Motive
55 Hawthorne Street, Suite #400
San Francisco, CA 94105

Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17110

(d)Penn Credit Corporation
P.O. Box 69703
Harrisburg, PA 17106-9703

Rogers Residential Pool
8601 Rollins Drive
Austin, TX 78738

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528
Capital Station Austin, TX 78711

Texas Lehigh Cement Company LP
PO BOX 610
Buda, TX 78610-0610

(d)Texas Lehigh Cement Company, LP
P.O. Box 610
Buda, TX 78610

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)James and Traci Sigmon
1106 Claire Avenue
Austin, TX 78703-2502

(d)Jarratt Wade Landers
c/o Michael Moody, Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

(d)Ohana Construction Services, LLC.
9509 San Lucas
Austin, TX 78737-1232

(u)See attached

(d)Sumitomo Mitsui Finance and Leasing Co. Lt
666 Third Avenue, 8th Floor
New York, NY 10017-4033

(d)Trusted Tax Services, LLC
PO Box 92828
Austin, TX 78709-2828

End of Label Matrix
Mailable recipients   584
Bypassed recipients     6
Total               590