

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 25, 2025.**

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| HOT CRETE, LLC, | § | CASE NO. 24-10303-SMR |
| | § | CHAPTER 11 |
| Debtor. | § | |

**AGREED ORDER ON UNITED STATES TRUSTEE'S**
**MOTION TO DISMISS OR CONVERT CASE**

Came on for consideration the United States Trustee's Motion to Dismiss or Convert Case (Dkt. No. 231) (Motion). The Court, having considered the Motion, any objections or responses thereto, and the agreement of counsel, finds that the Motion should be granted in part, as set forth in this Order. It is therefore

**ORDERED** that the Motion is GRANTED IN PART, as set forth in this Order below; it is further

**ORDERED** that Hot Crete, LLC (Debtor) shall timely file Monthly Operating Reports pursuant to Local Rule 2015-1(b) until a plan is confirmed or the case is converted or dismissed; it is further

**ORDERED** that Debtor shall timely pay quarterly fees as required by 28 U.S.C. § 1930(a)(6) until the case is dismissed, converted, or closed. It is further

**ORDERED** that Debtor's failure to comply with any provision of this order will result in conversion of this case to a Chapter 7 case, without further notice and hearing, upon filing of a certificate of non-compliance to this Court by the Office of the United States Trustee. The United States Trustee agrees to provide email or telephonic notice to Debtor's counsel of record one business day prior to filing a certificate of non-compliance under the terms of this Order. It is further

**ORDERED** that this Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

**AGREED:**

By: /s/ *Todd Headden (by permission GW)*
Todd Headden
Texas Bar No. 24096285
HAYWARD PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757
theadden@haywardfirm.com
Counsel for Debtor Hot Crete, LLC

By: /s/ *Gary Wright.*
Gary Wright
Texas Bar No. 24047145
Office of the United States Trustee
903 San Jacinto Blvd., Rm 230
Austin, Texas 78701
(512) 916-5328
Email: gary.wright3@usdoj.gov
Attorney for Kevin M. Epstein, the United States Trustee

Order prepared and submitted by: Gary Wright, Office of the U.S. Trustee, 903 San Jacinto Blvd., Rm. 230, Austin, TX 78701, (512) 916-5328