

**Terra Point, LLC**
**2802 Flintrock Trace, Suite 284**
**Austin, TX  78738**



Exhibit A

**Hot Crete**

As of: September 3, 2024

| | Settlement Report | | |
|---|---|---|---|
| Buyer | Item | | Price |
| TexMix | 2004 Pneumatic Bulk Trailer | $ | 15,000.00 |
| Carl Trigg | 2007 Peterbilt 379 Sleeper | $ | 20,000.00 |
| Sartin Farms | 2002 Peterbilt 379 DayCab | $ | 30,000.00 |
| | | | |
| Total Sales To-Date | | $ | 65,000.00 |
| | | | |
| TP Commissions Earned | 10% | $ | (6,500.00) |
| Expense Reimbursement | | | |
| | Expert Mechanic Service | $ | (1,214.97) |
| | | | |
| Payment Due to Hot Crete | | $ | 57,285.03 |

**Terra Point, LLC**
**2802 Flintrock Trace, Suite 284**
**Austin, TX  78738**

**TERRA POINT**
SALES · REMARKETING · FLEET MANAGEMENT · FINANCE

**Hot Crete**

As of: September 11, 2024

| | Settlement Report | | |
|---|---|---|---|
| Buyer | Item | | Price |
| Maya Concrete | 2019 Cementech CT-350 Silo | $ | 20,000.00 |
| Gerdes Partners | 2012 Peterbilt 365 Volumetric Mixer | $ | 90,000.00 |
| | | | |
| Total Sales To-Date | | $ | 110,000.00 |
| | | | |
| TP Commissions Earned | 10% | $ | (11,000.00) |
| | | | |
| Less Payout to Huntington Bank for: | 2012 Peterbilt 365 Volumetric Mixer | $ | (66,329.60) |
| | | | |
| Expense Reimbursement (If Any): | | $ | - |
| | | | |
| Payment Due to Hot Crete | | $ | 32,670.40 |

**Terra Point, LLC**
**609 Castle Ridge Rd**
**Suite 320**
**Austin, TX 78746**

**Hot Crete**

As of: December 31, 2024

## Settlement Report

| Buyer | Item | Price | |
|---|---|---|---|
| Arturo Del Campo | 2008 Ingersoll Rand Air Compressor | $ | 2,000.00 |
| Santiago C, LLC | 2007 Trailer King 26 Ton Aluminum End Dump Trailer | $ | 15,000.00 |
| L2 Motors, LLC | 2005 Chevrolet 2500 Pickup Truck | $ | 3,000.00 |
| Total Sales To-Date | | $ | 20,000.00 |
| TP Commissions Earned | 10% | $ | (2,000.00) |
| | 12.3.2024 WIRE - (w/accidental overpayment $900) | $ | (18,900.00) |
| Expense Reimbursement (If Any): | | $ | - |
| Payment Due to Hot Crete | | $ | (900.00) |



**Terra Point, LLC**
**2802 Flintrock Trace, Suite 284**
**Austin, TX 78738**

**Hot Crete**

As of: July 2, 2025

| | Settlement Report | | |
|---|---|---|---|
| Buyer | Item | | Price |
| Lion Concrete Pumping | 2020 Peterbilt 567 Volumetric Vin Ending #21378 | $ | 130,000.00 |
| D'Cano Trading Co | 2015 Peterbilt Volmetric Truck Vin Ending #55289 | $ | 85,000.00 |
| Jose R. Chavez | 2010 Air Compressor Serial # 600675 | $ | 1,200.00 |
| D'Cano Trading Co | Komatsu Wheel Loader #A850687 / Belgrade Silo | $ | 6,200.00 |
| James McKee | 2007 GMC Truck Vin Ending #401102 | $ | 700.00 |
| **Total Sales To-Date** | | **$** | **223,100.00** |
| TP Commissions Earned | 10% | $ | (22,310.00) |
| | SMFL - Pay's Off 2020 Volumetric #21378 | $ | (109,471.31) |
| | Acentumium - Pay's Off 2020 Volumetric #55289 | $ | (77,500.00) |
| Expense Reimbursement (If Any): | | $ | - |
| **Payment Due to Hot Crete** | | **$** | **13,818.69** |