IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 24-10303-smr |
| § | | |
| HOT CRETE, LLC, § | | Chapter 11 |
| Debtor. § | | |

**MOTION FOR STATUS CONFERENCE
PURSUANT TO SECTION 105(D) OF THE BANKRUPTCY CODE**

TO THE HONORABLE SHAD M. ROBINSON,
UNITED STATES BANKRUPTCY JUDGE:

Unsecured creditors James Murdock, Jessica Murdock, Brad Wheeler, Jason Nichol, Brooke Nichol, Dwayne Simmons, Gordon Reina, Paul Medeiros, Christine Medeiros, Phillip Blaine Noel, Amy Noel, Jeffrey "Jeff" Theis, Robin Theis, Michael Ladogana, Nicole Ladogana, Gilbert Lopez, Matthew Letnaunchyn, and Kimberly Letnaunchyn (collectively, the "**Claimants**") file this *Motion for Status Conference Pursuant to Section 105(d) of the Bankruptcy Code* (the "**Motion**"), and would respectfully show the Court as follows:

**PRELIMINARY STATEMENT**[1]

1. The Debtor filed this Chapter 11 case on March 22, 2024, but despite repeated opportunities the Debtor has failed to advance it meaningfully. Although the Court twice extended exclusivity, those deadlines have long since expired. The Debtor's initial Disclosure Statement was denied in June 2025, and while an amended Disclosure Statement and Liquidating Plan were filed on June 20, 2025, no further action has been taken. In short, exclusivity has lapsed, the case has stalled, and the Debtor has demonstrated an inability to move this case toward confirmation.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the body of the Motion.

2. Section 105(d) empowers this Court to convene conferences and issue orders necessary to expedite resolution of the case. Immediate Court involvement is necessary to prevent further delay and move this case towards a conclusion, whether through confirmation or dismissal.

## BACKGROUND

3. On March 22, 2024 (the "**Petition Date**"), Hot Crete, LLC (the "**Debtor**") filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Petition**") in this Court, the United States Bankruptcy Court for the Western District of Texas, Austin Division. *See* Dkt. No. 1.

4. On November 27, 2024, the Court entered the *Order Granting Debtor's Second Motion to Extend* Exclusivity [Doc. 148] (the "**Extension Order**"). Pursuant to the Extension Order, Debtor's exclusive period to file a plan pursuant to 11 U.S.C. §1121(b) was extended to December 6, 2024 (the "**Exclusive Filing Deadline**"), and the deadline to obtain acceptance of a plan pursuant to 11 U.S.C. §1121(c)(3) was extended to January 6, 2025 (the "**Exclusive Confirmation Deadline**"; collectively, the "**Exclusivity Deadlines**").

5. The Debtor has not requested any further extensions of the Exclusivity Deadlines; therefore exclusivity has been terminated.

6. On April 18, 2025, the Debtor filed its *Disclosure Statement Under 11 U.S.C. §1125* [Doc. 199].

7. A hearing on approval of the Disclosure Statement was held on June 5, 2025.

8. On June 13, 2025, the Court entered its *Order Denying Request for Approval of Disclosure Statement and Setting Deadline to File Amended Disclosure Statement* [Doc. 220], requiring the Debtor to file an amended disclosure statement by June 20, 2025.

9. On June 20, 2025, the Debtor filed its *Amended Disclosure Statement Under 11 U.S.C. §1125* [Doc. 222] and *Amended Liquidating Plan* [Doc. 223].

10. Nothing further has been done to advance this case in any meaningful way.

## REQUESTED RELEIF

11. Section 105(d) authorizes this Court to hold such status conferences as are necessary "to further the expeditious and economical resolution of the case." 11 U.S.C. § 105(d). Courts have consistently recognized that §105(d) grants bankruptcy courts broad discretion to oversee case management and enforce compliance with settlements and prior orders. *See e.g., In re Padilla*, 379 B.R. 643 (Bankr. S.D. Tex. 2007); *In re Rodriguez*, 396 B.R. 436 (Bankr. S.D. Tex. 2008). Here, the Debtor's failure to timely move this case towards confirmation necessitates a status conference. Accordingly, the Claimants request that the Court direct the Debtor to (i) appear at a status conference, and (ii) set concrete deadlines to ensure that this case is moved along.

**WHEREFORE**, the Claimants request the Court enter an order setting a status conference and for such other relief to which the Claimants are justly entitled.

**KANE RUSSELL COLEMAN & LOGAN PC**

By: */s/ Trip Nix*
William R. "Trip" Nix
Texas Bar No. 24092902
401 Congress Ave., Ste. 2100
Austin, Texas 78701
tnix@krcl.com

*Counsel for Claimants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served electronically via the Court's CM/ECF system upon counsel listed on the attached service list on this 2nd day of October, 2025:

                              */s/ Trip Nix*
                              Trip Nix

**ECF SERVICE LIST**

Jessica Nicole Alt on behalf of Creditor North Mill Credit Trust
jalt@padfieldstout.com

Jessica Nicole Alt on behalf of Creditor Trans Lease, Inc.
jalt@padfieldstout.com

Christopher V. Arisco on behalf of Creditor North Mill Credit Trust
carisco@padfieldstout.com, carisco@livepad.com

Timothy W. Brink on behalf of Creditor Amerisure Mutual Insurance Company
tbrink@mpslaw.com, crampich@mpslaw.com

Ryan Eric Chapple on behalf of Creditor Diego Suarez
rchapple@cstrial.com, corozco@cstrial.com; notifications@cstrial.com

Ryan Eric Chapple on behalf of Creditor Elaine Suarez
rchapple@cstrial.com, corozco@cstrial.com; notifications@cstrial.com

Ivan Escobar Gomez on behalf of Creditor North Mill Credit Trust
iescobar@padfieldstout.com

Robert P. Franke on behalf of Creditor Federated Insurance
bfranke@clarkhill.com, malvarez@clarkhill.com; aedson@clarkhill.com; ahornisher@clarkhill.com

Matthew Bryce Fronda on behalf of Creditor Trans Lease, Inc.
mfronda@padfieldstout.com

Brian C. Guequierre on behalf of Creditor Spark Root Construction, LLC
bcglaw@gmail.com, jubilee.bcglaw@gmail.com

Landon Marshall Hankins on behalf of Creditor Frost Bank
lhankins@dslawpc.com, abuentello@dslawpc.com

Jessica Lanoue Hanzlik on behalf of U.S. Trustee United States Trustee - AU12
Jessica.L.Hanzlik@usdoj.gov, omar.e.jones@usdoj.gov; adrian.duran@usdoj.gov

Todd Brice Headden on behalf of Debtor Hot Crete LLC
theadden@haywardfirm.com, svillarreal@haywardfirm.com

Jessica Ann Henry on behalf of Creditor Frost Bank
jhenry@ghidottiberger.com

Audrey Lorene Hornisher on behalf of Creditor Federated Insurance
ahornisher@clarkhill.com, Mina.Alvarez@clarkhillstrasburger.com

Stephanie Elaine Kaiser on behalf of Creditor Diego Suarez
skaiser@krcl.com, RBuck@krcl.com

Stephanie Elaine Kaiser on behalf of Creditor Elaine Suarez
skaiser@krcl.com, RBuck@krcl.com

James W. King on behalf of Creditor Sumitomo Mitsui Finance and Leasing Company, Limited
jking@offermanking.com

Matthew F Kye on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd.
mkye@kyelaw.com, mkye@magnozzikye.com

Tara T. LeDay on behalf of Creditor Travis Kieke
Tara.LeDay@huschblackwell.com, christine.deacon@huschblackwell.com; penny.Keller@huschblackwell.com; tara-leday-0597@ecf.pacerpro.com

Tara T. LeDay on behalf of Interested Party Rose Wheeler
Tara.LeDay@huschblackwell.com, christine.deacon@huschblackwell.com; penny.Keller@huschblackwell.com; tara-leday-0597@ecf.pacerpro.com

Michael Lovins on behalf of Creditor Darren Konesheck
michael@lovinslaw.com

Michael Lovins on behalf of Creditor Dominic Van
michael@lovinslaw.com

Michael Lovins on behalf of Creditor Janell Gregerson
michael@lovinslaw.com

Michael Lovins on behalf of Creditor Jennifer Johnson
michael@lovinslaw.com

Michael Lovins on behalf of Creditor Justin Fischer
michael@lovinslaw.com

Michael Lovins on behalf of Creditor Larry Franz Franz
michael@lovinslaw.com

Leslie M. Luttrell on behalf of Creditor Frost Bank
luttrell@lclawgroup.net, sdpitts@lclawgroup.net; wperotti@lclawgroup.net; emeier@lclawgroup.net

Frank B. Lyon on behalf of Creditor Cody Pools, Inc.
frank@franklyon.com, cheryl@franklyon.com; franklyon@mac.com; david@franklyon.com

Kell C. Mercer on behalf of Creditor James R. & Linda D. Ryan
kell.mercer@mercer-law-pc.com

Michael D. Moody on behalf of Creditor MF Castle, LLC
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Amy Warnock
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Donn Wurts
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Edward Weltens
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Heather Szastak
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Jamie Wurts
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Jarratt Wade Landers
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Jeffrey Szastak
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Julie Weltens
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Lewis (Brad) Warnock
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Melissa Jordan
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Nick Russell
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Patricia Landers
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Rowena Hernandez
mmoody@cstrial.com

Michael D. Moody on behalf of Creditor Wade Landers
mmoody@cstrial.com

Guillermo Ochoa-Cronfel on behalf of Creditor Doo Reid
Guillermo@thecronfelfirm.com, gjocronfel@gmail.com

Guillermo Ochoa-Cronfel on behalf of Creditor Guillermo Ochoa-Cronfel
Guillermo@thecronfelfirm.com, gjocronfel@gmail.com

Julie A. Parsons on behalf of Creditor The County of Williamson, Texas
jparsons@mvbalaw.com, vcovington@mvbalaw.com; kalexander@mvbalaw.com; julie.parsons@ecf.courtdrive.com

B. Weldon Ponder, Jr. on behalf of Creditor Pools By Blue Haven, Inc.
welpon@austin.rr.com, wponder3@austin.rr.com; weldonponder@gmail.com

Michael P. Ridulfo on behalf of Creditor Elizabeth Spicer
mridulfo@krcl.com, scallier@krcl.com; mridulfo@ecf.courtdrive.com

Michael P. Ridulfo on behalf of Creditor Jeremy Spicer
mridulfo@krcl.com, scallier@krcl.com; mridulfo@ecf.courtdrive.com

Sarah P. Santos on behalf of Creditor Frost Bank
ssantos@dslawpc.com, mmartinez@dslawpc.com

Stephen W. Sather on behalf of Creditor Rachel Mouton
ssather@bn-lawyers.com, plevine@bn-lawyers.com; cchristensen@bn-lawyers.com; BarronNewburgerPCAustin@jubileebk.net; mcalderon@bn-lawyers.com; kparsley@bn-lawyers.com

Daniel Schick on behalf of Creditor Southpaw Pools, Inc.
dschick@germer-sa.com, ltafolla@germer-sa.com; asenyszyn@germer-sa.com; thoward@germer-sa.com

Frances A. Smith on behalf of Creditor Arcosa Aggregates Texas, LLC
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Jon Michael Smith on behalf of Creditor Vaseem Syed
jon@jonmichaelsmith.com, jon@jonmichaelsmith.com

Marvin E. Sprouse, III on behalf of Creditor Kevin Wilson
msprouse@sprousepllc.com, sprouselawfirm@gmail.com

David H Timmins on behalf of Creditor Continental Insurance Company
dtimmins@spencerfane.com, rklunkert@spencerfane.com; prodriguez@spencerfane.com; tsims@spencerfane.com

David H Timmins on behalf of Creditor National Fire Insurance of Hartford
dtimmins@spencerfane.com, rklunkert@spencerfane.com; prodriguez@spencerfane.com; tsims@spencerfane.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Eric M. Van Horn on behalf of Creditor Continental Insurance Company
ericvanhorn@spencerfane.com

Eric M. Van Horn on behalf of Creditor National Fire Insurance of Hartford
ericvanhorn@spencerfane.com

Abigail Ventress on behalf of Creditor Westbrook
abigail@vbpenalaw.com, paralegal@vbpenalaw.com; Blayre@vbpenalaw.com

Nicholl B Wade on behalf of Creditor John Bretz
nicholl@roartylawfirm.com, bri@roartylawfirm.com

Michael D. Warner on behalf of Creditor Cody Pools, Inc.
mwarner@pszjlaw.com, klabrada@pszjlaw.com

Morris Eugene White, III on behalf of Creditor Frost Bank
treywhite@villawhite.com, ecfnotices@villawhite.com; bankruptcysa@gmail.com

Gary W. Wright on behalf of U.S. Trustee United States Trustee - AU12
gary.wright3@usdoj.gov

Lydia Zaidman on behalf of Creditor Ansar Chmeis
lzaidman@dz-pllc.com