**Hearing shall be held on 11/6/2025 at 09:30 AM in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed October 07, 2025.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10303-smr |
| | § | |
| HOT CRETE, LLC, | § | Chapter 11 |
| Debtor. | § | |

### ORDER GRANTING MOTION FOR STATUS CONFERENCE

Came on for consideration the *Motion for Status Conference Pursuant to Section 105(d) of the Bankruptcy Code* (the "**Motion**") filed by filed by unsecured creditors James Murdock, Jessica Murdock, Brad Wheeler, Jason Nichol, Brooke Nichol, Dwayne Simmons, Gordon Reina, Paul Medeiros, Christine Medeiros, Phillip Blaine Noel, Amy Noel, Jeffrey "Jeff" Theis, Robin Theis, Michael Ladogana, Nicole Ladogana, Gilbert Lopez, Matthew Letnaunchyn, and Kimberly Letnaunchyn (collectively, the "**Claimants**"). After considering the Motion, the Court is of the opinion that it should be granted. It is, therefore,

ORDERED that a status conference is set at the date and time set forth above.

# # #

Page 2

*Submitted by and Entry Requested by*:

KANE RUSSELL COLEMAN & LOGAN, P.C.
William R. "Trip" Nix
Texas Bar No. 24092902
401 Congress Ave., Ste. 2100
Austin, Texas 78701
Telephone: 512-487-6568
tnix@krcl.com

*Attorneys for Claimants*