**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 07, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10303-SMR |
| | § | |
| HOT CRETE LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER SETTING HEARING ON DISCLOSURE
STATEMENT AND RELATED DEADLINES, WITH NOTICE THEREOF**
(Relates to ECF Nos. 222 & 223)

On April 18, 2025, the above-referenced Debtor (the "Debtor") filed its Disclosure Statement (the "Disclosure Statement") at ECF No. 199. On June 5, 2025, a hearing was held in which the Debtor requested approval of the Disclosure Statement. For the reasons set forth on the record, the Court denied the disclosure statement and set a deadline of Friday, June 20, 2025, to file an amended disclosure statement, along with a redline comparing the amended disclosure statement to the Disclosure Statement at ECF No. 199. On June 20, 2025, the Debtor filed its Amended Disclosure Statement (the "Amended Disclosure Statement") at ECF No. 222. On June 20, 2025, the Debtor also filed its Amended Chapter 11 Plan (the "Amended Plan") at ECF No.

223.

On November 6, 2025, the Court held a status hearing on the Amended Disclosure Statement and the Amended Plan. The Court finds that the following Order should be entered.

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. Debtor shall file a second amended disclosure statement and second amended plan by November 14, 2025. The Debtors shall also file a redline of the second amended disclosure statement as compared to the Amended Disclosure Statement and the second amended plan as compared to the Amended Plan by November 14, 2025.

2. Parties shall file any objections to the second amended disclosure statement no later than December 15, 2025.

3. The hearing on the second amended disclosure statement will be held on **December 18, 2025, at 1:30 P.M. (CT) via Zoom**. Zoom URL: https://www.zoomgov.com/my/robinson.txwb. Call-in number: 669-254-5252; Meeting ID: 161 0862 5245.

4. The Debtor shall promptly provide notice of the hearing to all interested parties.

### #