**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 23, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10303-SMR |
| | § | |
| HOT CRETE LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT AND SETTING HEARING ON CONFIRMATION OF SECOND AMENDED PLAN AND RELATED DEADLINES, WITH NOTICE THEREOF**
**(Relates to ECF Nos. 291 & 292)**

On April 18, 2025, the above-referenced Debtor (the "Debtor") filed its Disclosure Statement (the "Disclosure Statement") at ECF No. 199.

On June 5, 2025, a hearing was held in which the Debtor requested approval of the Disclosure Statement. For the reasons set forth on the record, the Court denied the disclosure statement and set a deadline of June 20, 2025, to file an amended disclosure statement, along with a redline comparing the amended disclosure statement to the Disclosure Statement at ECF No. 199.

On June 20, 2025, the Debtor filed its Amended Disclosure Statement (the "Amended

Disclosure Statement") at ECF No. 222. On June 20, 2025, the Debtor also filed its Amended Chapter 11 Plan (the "Amended Plan") at ECF No. 223.

On November 6, 2025, the Court held a status hearing on the Amended Disclosure Statement and the Amended Plan and set a deadline of November 14, 2025, to file a second amended disclosure statement, along with a redline comparing the second amended disclosure statement to the Amended Disclosure Statement at ECF No. 222.

On November 14, 2025, the Debtor filed its Second Amended Disclosure Statement (the "Second Amended Disclosure Statement") at ECF No. 291. On November 14, 2025, the Debtor also filed its Second Amended Chapter 11 Plan (the "Second Amended Plan") at ECF No. 292.

On December 18, 2025, the Court held a hearing on the Second Amended Disclosure Statement. For the reasons stated on the record, the Court approves the Second Amended Disclosure Statement and finds that the following Order should be entered pursuant to 11 U.S.C. § 1129 and the Federal Rules of Bankruptcy Procedure:

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The confirmation hearing will be held on **Thursday, February 12, 2026, at 10:00 a.m. (CT)** on a hybrid basis. Parties can appear live in Austin Courtroom 1, 903 San Jacinto Boulevard, Austin, Texas 78701, or via Zoom. Zoom URL: https://www.zoomgov.com/my/robinson.txwb. Call-in number: 669-254-5252; Meeting ID: 161 0862 5245.

2. The Debtor shall provide notice of the confirmation hearing to all interested parties.

3. By February 9, 2026, counsel for the Debtor shall file with the Court (a) a ballot summary in the form required by Local Bankruptcy Rule 3018-1(b) with a copy of the ballots; (b) a memorandum of legal authorities addressing any unresolved objections filed to the Second Amended Plan; and (c) under a notice coversheet, a proposed order confirming the Second Amended Plan.

4. February 5, 2026 at 5:00 p.m. (CT) is fixed as the last day for holders of claims and interests to accept or reject the Second Amended Plan by submitting a ballot. Such ballots shall be sent to counsel for the Debtor at the address set forth in the Second Amended Plan. Ballots shall not be filed with the Court.

5.      February 5, 2026 at 5:00 p.m. (CT) is also fixed, pursuant to Bankruptcy Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Second Amended Plan. Any objections to the Second Amended Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

6.      February 5, 2026 at 5:00 p.m. (CT) is also fixed as (a) the last day for filing and serving any notice of an 11 U.S.C. § 1111(b) election under Bankruptcy Rule 3014; and (b) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Second Amended Plan.

7.      By December 30, 2025, counsel for the Debtor shall transmit by first class mail a notice letter that includes a URL link to a website that has an electronic copy of the

   (i) the Second Amended Disclosure Statement,

   (ii) the Second Amended Plan

   (iii) this Order or a notice of its provisions and deadlines, and

   (iv) a ballot conforming with Official Form 314,

to all creditors, equity security holders, the United States Trustee, the Debtor, and all other parties in interest. The notice letter shall also include the contact information for Debtor's counsel and explain that any party in interest may contact Debtor's counsel to request either a paper copy or an electronic copy of the above-mentioned documents to be sent directly to such party. Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

# # #