**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [X]  I accept the Plan
>
> [ ]  I reject the Plan

| | |
|---|---|
| 127 Madrona Lane Trust | $ 20,000 |
| Name of Creditor (Please Print) | Amount of Claim |
| Pool claim | March 25, 2026 |
| Class (if known) | Date |
| 8023 Vantage Drive, Ste. 315 | *(signature)* |
| Street Address | Signature |
| San Antonio, TX 78230 | Thomas W. Lyles, Jr. |
| City, State, ZIP | Printed Name |
| 210-851-8506 | Trustee |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| | |
|---|---|
| [ X ] | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
| [ ] | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                §
                                      §
HOT CRETE, LLC,                       §    Case No 24-10303-smr
                                      §
                                      §
        Debtor.                       §    Chapter 11
                                      §

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned **creditor** hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

---

ABEL ALMANZA & MARIA ALMANZA
**Name of Creditor (Please Print)**

$ 19,800.⁰⁰ : Shot Crete / $67,000 : Cost of Pool
**Amount of Claim**

CLASS 4
**Class (if known)**

23 March 2026
**Date**

3708 WILD MULE RD
**Street Address**

*Maria Almanza* / *Abel Almanza*
**Signature**

KEMPNER, TX. 76539
**City, State, ZIP**

MARIA ALMANZA / Abel Almanza
**Printed Name**

(803) 983-9036
**Telephone**

HOMEOWNER
**Position**

CLASS 4 POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

Todd & Jessica Alguire
Name of Creditor (Please Print)

4
Class (if known)

2307 La Ventana Pkwy
Street Address

Driftwood, TX 78619
City, State, ZIP

512-032-1733
Telephone

$ 163,599
Amount of Claim

3/23/26
Date

Signature

Jessica Alguire    Todd Alguire
Printed Name

Home owner
Position

**CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and *Source of Recovery for Pool Claims* per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

### TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☒ I accept the Plan

☐ I reject the Plan

Name of Creditor (Please Print): *Terrell & Paula Allen*

Amount of Claim: $ *80,000*

Class (if known): *4*

Date: *14 Mar 26*

Street Address: *540 Magnolia Rd*

Signature: *Terrell Allen*

City, State, ZIP: *Killeen Tx 76549*

Printed Name: *Terrell Allen*

Telephone: *254-449-6756 (T)*
*254-291-4910 (P)*

Position:

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> ☑  I accept the Plan
>
> ☐  I reject the Plan

Amerisure Mutual Insurance Company

Name of Creditor (Please Print)

Class 4 - Pool Claim

Class (if known)

c/o Meltzer Purtill & Stelle LLC, 125 S. Wacker Dr., Suite 2900

Street Address

Chicago, Illinois 60606

City, State, ZIP

(312) 461-4335

Telephone

$ 1,061,204.92 (per Claim # 137)

Amount of Claim

January 26, 2026

Date

Signature

Timothy W. Brink

Printed Name

Creditor's Attorney

Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                  §
§
HOT CRETE, LLC,         §    Case No. 24-10303-smr
§
         Debtor.           §    Chapter 11
§

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "**Debtor**") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "**Plan**") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "**Disclosure Statement**") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> **The undersigned creditor hereby votes to accept or reject the Plan as follows:**
>
> [X] I **accept** the Plan
>
> [ ] I **reject** the Plan

_Chris Anderson_
**Name of Creditor (Please Print)**

**$** _102,000.⁰⁰_
**Amount of Claim**

_Class 4_
**Class (if known)**

_3/12/2026_
**Date**

_129 Walnut Canyon Dr._
**Street Address**

_[signature]_
**Signature**

_Bertram, TX 78605_
**City, State, ZIP**

_Chris Anderson_
**Printed Name**

_512-632-5687_
**Telephone**

**Position**

<table>
<tr><td colspan="2" align="center"><strong>CLASS 4- POOL CLAIMANTS<br>OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS<br>AND CONSENTING CREDITOR RELEASES</strong></td></tr>
<tr><td colspan="2" align="center"><strong>The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:</strong></td></tr>
<tr><td>[X]</td><td><strong>I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan</strong></td></tr>
<tr><td>[ ]</td><td><strong>I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust</strong></td></tr>
</table>

**Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:**

**Article I. 27:**

"*Consenting Creditors*" **means collectively the following, in its capacity as such with each being a "***Consenting Creditor***": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.**

**Article I. 77:**

"*Released Parties*" **means collectively the following, in each case in its capacity as such with each being a "***Released Party***": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."**

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: § 
§ 
HOT CRETE, LLC, § Case No. 24-10303-smr
§ 
§ 
Debtor. § Chapter 11
§ 

---

BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

Jeffrey Anderson
Name of Creditor (Please Print)

$ 190,000
Amount of Claim

Class (if known)

03/13/26
Date

1401 Echo Bluff
Street Address

Signature

Austin, TX 78737
City, State, ZIP

Jeffrey Anderson
Printed Name

416 312 8691
Telephone

Position

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X]  I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ]  I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [✓]  I accept the Plan
>
> [ ]  I reject the Plan

---

| | |
|---|---|
| _____ | $ _____ |
| Name of Creditor (Please Print) | Amount of Claim |
| | |
| _____ | _____ |
| Class (if known) | Date |
| 1805 Stinnett Drive | *Jonathan Anderson* |
| Street Address | Signature |
| Leander, TX 78641 | Jonathan Anderson |
| City, State, ZIP | Printed Name |
| 951-775-0463 | Homeowner |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I <u>accept</u> the Plan

[ ] I <u>reject</u> the Plan

---

Scott Anderson
**Name of Creditor (Please Print)**

$ 50,000
**Amount of Claim**

**Class (if known)**

3/22/26
**Date**

218 Victorian Gable Dr
**Street Address**

*(signature)*
**Signature**

Driftwood TX 78619
**City, State, ZIP**

Scott Anderson
**Printed Name**

323 316·6648
**Telephone**

**Position**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**BALLOT and OPT-IN FORM**

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Brock Anderson
Name of Creditor (Please Print)

$80,000.00
Amount of Claim

NA
Class (if known)

1/30/26
Date

327 Country Creek Rd
Street Address

Signature

Austin, TX, 78737
City, State, ZIP

Brock Anderson
Printed Name

512-800-0437
Telephone

Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

## BALLOT and OPT-IN FORM

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

| | |
|---|---|
| Anthony & Sylvan Corporation | $ Unknown, Contingent, Unliquidated |
| Name of Creditor (Please Print) | Amount of Claim |
| | |
| 4 – Pool Claims | March 18, 2026 |
| Class (if known) | Date |
| | |
| c/o Doron Yitzchaki, Esq. | |
| Street Address | Signature |
| | |
| Dickinson Wright PLLC, 350 S. Main St., Ste 300, Ann Arbor, MI 48104 | DORON YITZCHAKI |
| City, State, ZIP | Printed Name |
| | |
| 734-623-1947 | Attorney for Anthony & Sylvan Corporation |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "**Plan**") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "**Disclosure Statement**") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

James Antoniolli
**Name of Creditor (Please Print)**

Class 4
**Class (if known)**

113 Huerta Road
**Street Address**

Florence Tx, 76527
**City, State, ZIP**

630 559 6543
**Telephone**

$ 100,000
**Amount of Claim**

3/25/26
**Date**

*James Antoniolli* (signature)
**Signature**

James Antoniolli
**Printed Name**

Homeowner
**Position**

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

---

Rona Aguino
**Name of Creditor (Please Print)**

4
**Class (if known)**

16404 Coratina
**Street Address**

Pflugerville TX 78660
**City, State, ZIP**

301 385 9687
**Telephone**

$ Unknown
**Amount of Claim**

March 13, 2026
**Date**

Rona Aguino
**Signature**

Rona Aguino
**Printed Name**

homeowner
**Position**

<div style="border:1px solid #000;">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

**The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:**

[X] **I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan**

[ ] **I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust**

</div>

**Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:**

**Article I. 27:**

"*Consenting Creditors*" **means collectively the following, in its capacity as such with each being a** "*Consenting Creditor*": **(a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.**

**Article I. 77:**

"*Released Parties*" **means collectively the following, in each case in its capacity as such with each being a** "*Released Party*": **(a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."**

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
     Debtor. § Chapter 11
§

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

    Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026**, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

    [X] Accept the Plan

    [ ] Reject the Plan

Mark Wise, Claim #107
_____
Name of Creditor (Please Print)

Class 4
_____
Class (if known)

17800 Hamilton Pool Road
_____
Street Address

Austin Texas - 78738
_____
City, State, ZIP

512-784-3308
_____
Telephone

$ 147,363.00
_____
Amount of Claim

2/3/2026
_____
Date

_____
Signature

Mark Wise
_____
Printed Name

president
_____
Position

**CLASS 4 POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned hereby consents to serve as the Liquidating Trust Proceeds (including Settlement) and the Releases under the Plan as follows:

[X] Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds under the Plan.

[ ] Opt-Out of the Releases under the Plan and will not serve as a consenting creditor under the Liquidating Trust.

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

*"Consenting Creditors"* means collectively the following, in its capacity as such with each being a *"Consenting Creditor"*: (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

*"Released Parties"* means collectively the following, in each case in its capacity as such with each being a *"Released Party"*: (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Austin Water Designs
Name of Creditor (Please Print)

Class 4
Class (if known)

17800 Hamilton Pool Road
Street Address

Austin, Texas · 78738
City, State, ZIP

512-784-3308
Telephone

Claim #110 $197,336.00
Amount of Claim

2/3/2026
Date

_Signature_

Mark Wise
Printed Name

President.
Position



Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and **received** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I accept the Plan

☐ I reject the Plan

| | |
|---|---|
| Laura Avery & Christopher Avery | $ 73759.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| 4 | January 26, 2026 |
| Class (if known) | Date |
| 220 Southern Cross Drive | *[signature]* |
| Street Address | Signature |
| Austin, Texas 78717 | Laura Avery  Christopher Avery |
| City, State, ZIP | Printed Name |
| 512-626-4171 (Laura) 512-627-4170 (Christopher) | Homeowner |
| Telephone | Position |

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X]  I accept the Plan

[ ]  I reject the Plan

Baird Services, LLC dba Premier Pools and Spas
_____
Name of Creditor (Please Print)

$ 194,000.00
_____
Amount of Claim

Class 4 - Pool Claim
_____
Class (if known)

2/2/26
_____
Date

15029 Cabrillo Way
_____
Street Address

/s/ *Brady S Baird*
_____
Signature

Austin, TX, 78738
_____
City, State, ZIP

Brady S. Baird
_____
Printed Name

512-922-5221
_____
Telephone

Managing Member
_____
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[ X ]    I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ]    I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§
§

---

### BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

| | |
|---|---|
| The undersigned creditor hereby votes to accept or reject the Plan as follows: | |
| [✓] | I <u>accept</u> the Plan |
| [ ] | I <u>reject</u> the Plan |

$ ~~109~~,000
**Amount of Claim**

---
**Name of Creditor (Please Print)**

4
**Class (if known)**

2301 Maxwell Drive
**Street Address**

Leander, TX 78641
**City, State, ZIP**

615 - 491 - 5118
**Telephone**

3/23/2026
**Date**

*Bill Bala*
**Signature**

Bill Bala
**Printed Name**

Homeowner
**Position**

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☒ I accept the Plan

☐ I reject the Plan

James & Karrn Bales
**Name of Creditor (Please Print)**

$ 395,019
**Amount of Claim**

4
**Class (if known)**

3/23/26
**Date**

825 Skyline Ridge Lookout
**Street Address**

**Signature**

Wimberley, TX 78676
**City, State, ZIP**

Karrn Bales
**Printed Name**

210-380-0116
**Telephone**

Homeowner
**Position**

*James + Karen Baley*

## CLASS 4- POOL CLAIMANTS
### OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

GLENN BANTON
**Name of Creditor (Please Print)**

$ 220,800
**Amount of Claim**

4
**Class (if known)**

3/18/26
**Date**

89 E WILDFLOWER BLVD
**Street Address**

*(signature)*
**Signature**

MARBLE FALLS TX 78654
**City, State, ZIP**

GLENN BANTON
**Printed Name**

512.663.3772
**Telephone**

HOMEOWNER
**Position**

## CLASS 4- POOL CLAIMANTS
## OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

 **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust



Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [X]  I accept the Plan
>
> [ ]  I reject the Plan

| | |
|---|---|
| Jed and Simone Bargen | $ 290,049.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 | 02/05/2026 |
| Class (if known) | Date |
| 11992 Mesa Verde Drive | /S/WP/ Jed and Simone Bargen |
| Street Address | Signature |
| Austin, Texas 78737 | Jed and Simone Bargen |
| City, State, ZIP | Printed Name |
| 512-222-6883 | Creditor |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| X | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |

| | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

_____Mario Barrett_____
Name of Creditor (Please Print)

$ _____250,000.00_____
Amount of Claim

_____4_____
Class (if known)

_____07 Jan 2026_____
Date

_____5016 Placid Pl._____
Street Address

_____[signature]_____
Signature

_____Austin, TX 78731_____
City, State, ZIP

_____Mario Barrett_____
Printed Name

_____972-415-5123_____
Telephone

_____Home Owner_____
Position

**CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims,** provides:
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: § 
§ 
HOT CRETE, LLC, § Case No. 24-10303-smr
§ 
§ 
Debtor. § Chapter 11
§ 

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I accept the Plan

☐ I reject the Plan

---

Charles M Barto
Name of Creditor (Please Print)

$ 131,558
Amount of Claim

4. Pool Claims
Class (if known)

3/15/26
Date

9312 Stratus Dr.
Street Address

*Charles M. Barto*
Signature

Dripping Springs, TX 78620
City, State, ZIP

Charles M. Barto
Printed Name

512-963-9854
Telephone

Home owner
Position

### CLASS 4- POOL CLAIMANTS
### OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

---

Jim Bechtol

_____
Name of Creditor (Please Print)

$ 125,298.89
_____
Amount of Claim

Class 4
_____
Class (if known)

2/5/2026
_____
Date

23305 windy valley rd
_____
Street Address

_____
Signature

Leander, tx 78641
_____
City, State, ZIP

Jim Bechtol
_____
Printed Name

512-750-7374
_____
Telephone

_____
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on March 25, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I <u>accept</u> the Plan

[ ] I <u>reject</u> the Plan

Tim Beecham
Name of Creditor (Please Print)

$ 346,000.00
Amount of Claim

_____
Class (if known)

3.25.26
Date

18209 Wind Valley Way
Street Address

_____ (Signature)
Signature

Pflugerville TX 78660
City, State, ZIP

Tim Beecham
Printed Name

972-215-9562
Telephone

_____
Position

<div style="border:1px solid black; padding:10px;">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2. For the Source of Recover for Pool Claims**, provides:
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                          §
                                §
HOT CRETE, LLC,                 §     Case No. 24-10303-smr
                                §
        Debtor.                 §     Chapter 11
                                §

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "**Plan**") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "**Disclosure Statement**") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> ☒ I accept the Plan
>
> ☐ I reject the Plan

Luis Guerrero + Heather Bendes  $ $102,296.00
Name of Creditor (Please Print)        Amount of Claim

Class 4                                March 24, 2026
Class (if known)                       Date

2515 W. 45th St.                       Heather Bendes
Street Address                         Signature

Austin, TX 78756                       Heather Bendes Luis Guerrero
City, State, ZIP                       Printed Name

805-234-2413                           Owners
Telephone                              Position

---

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan **and** who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

Linda Berggren
Name of Creditor (Please Print)

Pool Owner
Class (if known)

512 Eagle Ridge
Street Address

Burnet, TX 78611
City, State, ZIP

512 923·3068
Telephone

$ 86,488.36
Amount of Claim

1/7/26
Date

Linda Berggren
Signature

Linda Berggren
Printed Name

Owner
Position

<div style="border:1px solid black; padding:1em;">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC. | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I accept the Plan

☐ I reject the Plan

| | |
|---|---|
| Erin Bertollini | $ 82,000 |
| Name of Creditor (Please Print) | Amount of Claim |
| #4 | 3-5-26 |
| Class (if known) | Date |
| 1807 Woodvista Place | *(signature)* |
| Street Address | Signature |
| Round Rock, TX 78665 | Erin Bertollini |
| City, State, ZIP | Printed Name |
| 248-875-8225 | Home Owner |
| Telephone | Position |

## CLASS 4- POOL CLAIMANTS
## OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
## AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

| | |
|---|---|
| Sandeep & Ekta Bhalla | $ 237,370.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 | 03/25/2026 |
| Class (if known) | Date |
| 3756 Goodnight Trl. | *(signature)* |
| Street Address | Signature |
| Leander, TX 78641 | Sandeep & Ekta Bhalla |
| City, State, ZIP | Printed Name |
| 408-306-0588 | Pool Owners |
| Telephone | Position |

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**
"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**
"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                              §
                                    §
HOT CRETE, LLC,                     §     Case No. 24-10303-smr
                                    §
        Debtor.                     §     Chapter 11
                                    §
                                    §

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026**, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☒  I accept the Plan

☐  I reject the Plan

Radhika Binsale                     $ $150,000
Name of Creditor (Please Print)          Amount of Claim

Class 4. Pool Claims                02/05/2026
Class (if known)                         Date

2920 Fallcrest Bend                 _____
Street Address                           Signature

Leander, TX 78641                   Dillon Lucas
City, State, ZIP                         Printed Name

408 - 332 - 7219                    Attorney
Telephone                                Position

<div style="border:1px solid black; padding:10px;">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:             §

HOT CRETE, LLC,      §    Case No. 24-10303-smr

                §

Debtor.          §    Chapter 11

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "**Debtor**") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "**Plan**") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "**Disclosure Statement**") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

| The undersigned creditor hereby votes to accept or reject the Plan as follows: |
|---|
| ☒   I **accept** the Plan |
| ☐   I **reject** the Plan |

Robert + Laura Boren
_____
**Name of Creditor (Please Print)**

$ ~~█████~~ $115,800
_____
**Amount of Claim**

4
_____
**Class (if known)**

3/24/2026
_____
**Date**

240 Encanto Pl.
_____
**Street Address**

*Robert Boren*
_____
**Signature**

Austin, TX 78737
_____
**City, State, ZIP**

Robert Boren
_____
**Printed Name**

(310) 344-8783
_____
**Telephone**

Homeowner
_____
**Position**

┌─────────────────────────────────────────────────────────────┐
│               CLASS 4- POOL CLAIMANTS                         │
│ OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS         │
│      AND CONSENTING CREDITOR RELEASES                        │
│                                                              │
│ The undersigned creditor hereby votes to Opt-In to the       │
│ Liquidating Trust Proceeds (Insurance Settlement) and the    │
│ Releases under the Plan as follows:                          │
│                                                              │
│   [X]   I Opt-In to the Releases and will Participate in     │
│         the Liquidating Trust Proceeds per the Plan          │
│                                                              │
│   [ ]   I Opt-Out of the Releases under the Plan and do not  │
│         want to participate in recovery under the            │
│         Liquidating Trust                                    │
└─────────────────────────────────────────────────────────────┘

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I **accept** the Plan

☐ I **reject** the Plan

MIKE & SUSYE BOWLES
**Name of Creditor (Please Print)**

4 - POOL CLAIM
**Class (if known)**

252 MUSTANG MESA
**Street Address**

LIBERTY HILL, TX 78642
**City, State, ZIP**

512 413-9664
**Telephone**

$ 195,000
**Amount of Claim**

03-24-26
**Date**

*Bowles*
**Signature**

MIKE BOWLES
**Printed Name**

OWNER
**Position**

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                          §
                                                §
HOT CRETE, LLC,                                 §        Case No. 24-10303-smr
                                                §
        Debtor.                                 §        Chapter 11
                                                §
                                                §

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X]    I accept the Plan

[ ]    I reject the Plan

---

Ryan Branigan                                   $ 127,000
Name of Creditor (Please Print)                 Amount of Claim

4 - Pool Claims                                 2/5/26
Class (if known)                                Date

12413 Buvana Dr
Street Address                                  Signature

Austin, TX 78739                                Ryan Branigan
City, State, ZIP                                Printed Name

512-773-6920
Telephone                                       Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| | |
|---|---|
| X | I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
| | I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims,** provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                          §
                                                §
HOT CRETE, LLC,                                 §      Case No. 24-10303-smr
                                                §
        Debtor.                                 §      Chapter 11
                                                §

---

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☒ I accept the Plan

☐ I reject the Plan

| | |
|---|---|
| *Richard Breaux* | $ *101,000* |
| Name of Creditor (Please Print) | Amount of Claim |
| *Pool Claims* | *3-5-2026* |
| Class (if known) | Date |
| *4388 Caldwell Palm Circle* | *[signature]* |
| Street Address | Signature |
| *Round Rock, TX, 78665* | *Richard Breaux* |
| City, State, ZIP | Printed Name |
| *713-294-0091 / 512-619-8594* | *Pool Owner / claimant* |
| Telephone | Position |

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                   §

HOT CRETE, LLC,        §     Case No. 24-10303-smr

     Debtor.           §     Chapter 11
                      §

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

       Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291 ). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
>    [X]      I <u>accept</u> the Plan
>
>    [ ]      I <u>reject</u> the Plan

| | |
|---|---|
| John Bretz | $ 199,752.14 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 | 2/2/2026 |
| Class (if known) | Date |
| 1816 Treadwell St. | *John Bretz* (Signed by: 048462F9E3E24E4...) |
| Street Address | Signature |
| Austin, TX, 78704 | John Bretz |
| City, State, ZIP | Printed Name |
| (281) 728-4480 | Creditor |
| Telephone | Position |

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"Consenting Creditors" means collectively the following, in its capacity as such with each being a "Consenting Creditor": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the �eleases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

- "Released Parties" means collectively the following, in each case in its capacity as such with each being a "Released Party": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims,** provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and **_received_** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [X]  I accept the Plan
>
> [ ]  I reject the Plan

| Steven Bricker | $ 172,000.00 |
|---|---|
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 - Pool Claim | 2/2/26 |
| Class (if known) | Date |
| 6404 Camille Ct. | /s/ *Steven Bricker* |
| Street Address | Signature |
| Lago Vista, TX 78645 | Steven Bricker |
| City, State, ZIP | Printed Name |
| 713-446-8479 | Creditor |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| X | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
|:-:|---|
|  | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:
*"Consenting Creditors"* means collectively the following, in its capacity as such with each being a *"Consenting Creditor"*: (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:
*"Released Parties"* means collectively the following, in each case in its capacity as such with each being a *"Released Party"*: (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

RICHARD BRIGHT
Name of Creditor (Please Print)

$ 218,847.00
Amount of Claim

4 . Pool Claim
Class (if known)

1/31/2026
Date

18025 Ranchland Hills Vista
Street Address

_____
Signature

Jonestown, Tx 78645
City, State, ZIP

Richard Bright
Printed Name

512-553-6158
Telephone

Owner
Position

**CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "**Debtor**") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "**Plan**") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "**Disclosure Statement**") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I <u>accept</u> the Plan

[ ] I <u>reject</u> the Plan

---

JEROME BRITTON
**Name of Creditor (Please Print)**

$ 16,645
**Amount of Claim**

**Class (if known)**

3/20/2026
**Date**

3513 BlARNEY LN.
**Street Address**

*[signature]*
**Signature**

PFlugerville, TX 78660
**City, State, ZIP**

JEROME BRITTON
**Printed Name**

(512) 695-4169
**Telephone**

HOME OWNER
**Position**

## CLASS 4- POOL CLAIMANTS
## OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**
"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**
"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                  §
                                        §
HOT CRETE, LLC,                         §    Case No. 24-10303-smr
                                        §
        Debtor.                         §    Chapter 11
                                        §

---

BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X]  I **accept** the Plan

[ ]  I **reject** the Plan

---

PAUL W. BROWN
**Name of Creditor (Please Print)**

4- Pool
**Class (if known)**

519 LADIN LANE
**Street Address**

LAKEWAY, TX 78734
**City, State, ZIP**

512-567-3859
**Telephone**

$ 135,000
**Amount of Claim**

3/12/2026
**Date**

Paul W. Brown
**Signature**

Paul W Brown
**Printed Name**

Owner
**Position**

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan **and** who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

| Henry C. Bruns and Deirdre Mary McKee | $ 250,000.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| 4 | March 12, 2026 |
| Class (if known) | Date |
| 202 Cardinal Ln | |
| Street Address | Signature |
| Cedar Park, Texas 78613 | Joshua Wilson |
| City, State, ZIP | Printed Name |
| 512-632-7165 | Attorney of Record |
| Telephone | Position |

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| | |
|---|---|
| [X] | I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
| [ ] | I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

Wendy Bryan
Name of Creditor (Please Print)

$ 55,000.⁰⁰
Amount of Claim

_____
Class (if known)

3/19/2026
Date

221 Grand Oaks Lane
Street Address

Wendy Bryan
Signature

Georgetown TX. 78628
City, State, ZIP

Wendy Bryan
Printed Name

(512) 969-8015
Telephone

home owner
Position

---

**CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

Brittany + Justin Burdett
Name of Creditor (Please Print)

$ 139,439.84
Amount of Claim

_____
Class (if known)

2 15 126
Date

400 Hyltin St
Street Address

*Brittany Burdett* (signature)
Signature

Hutto, TX 78634
City, State, ZIP

Brittany Burdette
Printed Name

(512) 704-3816
Telephone

Homeowner
Position

---

**CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  §
§
HOT CRETE, LLC,  §  Case No. 24-10303-smr
§
Debtor.  §  Chapter 11
§
§

## BALLOT and OPT-IN FORM

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X]  I accept the Plan

[ ]  I reject the Plan

Damon Burger
Name of Creditor (Please Print)

$ 160,000.00
Amount of Claim

Class (if known)

1/21/26
Date

1113 Sampley Ln
Street Address

Signature

Leander, TX, 78641
City, State, ZIP

Damon Burger
Printed Name

608-239-7315
Telephone

Position

**CLASS 4– POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:
"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:
"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                    §
                                          §
HOT CRETE, LLC,                           §      Case No. 24-10303-smr
                                          §
        Debtor.                           §      Chapter 11
                                          §

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

| The undersigned creditor hereby votes to accept or reject the Plan as follows: |
| --- |
| ☑ I accept the Plan |
| ☐ I reject the Plan |

| | |
| --- | --- |
| _Chris A. Busch_ | $ _305,000_ |
| Name of Creditor (Please Print) | Amount of Claim |
| | _24 MAR 2026_ |
| Class (if known) | Date |
| _16705 Dumas Street_ | _[signature]_ |
| Street Address | Signature |
| _Pflugerville TX 78660_ | _CHRIS A. BUSCH_ |
| City, State, ZIP | Printed Name |
| _618-581-6250_ | |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and *Source of Recovery for Pool Claims* per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on March 25, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [X]   I accept the Plan
>
> [ ]   I reject the Plan

| | |
|---|---|
| Elias Cabanvazquez | $151,300 |
| Name of Creditor (Please Print) | Amount of Claim |
| 4 | March 14, 2026 |
| Class (if known) | Date |
| 1021 Bretton Woods Drive | Elias Cabanvazquez |
| Street Address | Signature |
| Cedar Park, TX 78613 | Elias Cabanvazquez |
| City, State, ZIP | Printed Name |
| 512-294-7293 | Creditor |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[ X ]  I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[   ]  I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I **accept** the Plan

[ ] I **reject** the Plan

Jonathan Caffey
**Name of Creditor (Please Print)**

Class 4 (Pool Claims)
**Class (if known)**

4603 Anderson Bluff Dr.
**Street Address**

Cedar Park, TX 78613
**City, State, ZIP**

(512) 751-9672
**Telephone**

$ Unknown (estimate pending)
**Amount of Claim**

3/5/26
**Date**

*(signature)*
**Signature**

Jonathan Caffey
**Printed Name**

Home owner
**Position**

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and **received** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X]  I accept the Plan

[ ]  I reject the Plan

| | |
|---|---|
| Lee Mitchell & Julie Califano | $ $97,913.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 | January 22, 2026 |
| Class (if known) | Date |
| 1609 Shoal Creek, Ste 304 | *[signature]* |
| Street Address | Signature |
| Austin, TX 78701 | Sandrine Shelton-Denbow |
| City, State, ZIP | Printed Name |
| 512-472-1926 | Counsel for Creditor |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| X | I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
|---|---|
|   | I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

Robert & Christina Calkins
**Name of Creditor (Please Print)**

$ 75,000.00
**Amount of Claim**

4
**Class (if known)**

03/01/2026
**Date**

905 Emory Stable Dr.
**Street Address**

_(signature)_
**Signature**

Hutto, TX 78634
**City, State, ZIP**

Christina & Robert Calkins
**Printed Name**

254-423-6345
**Telephone**

**Position**

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:
"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:
"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**
For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

HOT CRETE, LLC,

Case No. 24-10303-smr

Debtor.

Chapter 11

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and **received** by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on **February 5, 2026**, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I accept the Plan

☐ I reject the Plan

Kelsey Carapetyan
_____
Name of Creditor (Please Print)

$ 183,000
_____
Amount of Claim

Class 4
_____
Class (If known)

2/5/2026
_____
Date

410 Sunny Slope Rd.
_____
Street Address

_Carapetyan_
_____
Signature

Liberty Hill, TX, 78642
_____
City, State, ZIP

Kelsey Carapetyan
_____
Printed Name

817 946 1788
_____
Telephone

_____
Position

**CLASS 4: POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[☑] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I.27:**

"Consenting Creditors" means collectively the following, in its capacity as such with each being a "Consenting Creditor": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D, (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively opt in in the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I.77:**

"Released Parties" means collectively the following, in each case in its capacity as such with each being a "Released Party": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members, (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents, and (g) each of their respective attorneys and other professional advisors."

**Article IX.1.2.** For the Source of Recovery for Pool Claims, provides:

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I **accept** the Plan

[ ] I **reject** the Plan

_Anthony Carter_
Name of Creditor (Please Print)

$ _200,000_
Amount of Claim

_4_
Class (if known)

_23 March 2026_
Date

_409 Apache Pass_
Street Address

_(signature)_
Signature

_Hutto Texas 78634_
City, State, ZIP

_Anthony Carter_
Printed Name

_512-632-1696_
Telephone

_P80) owner_
Position

to all creditors, equity security holders, the United States Trustee, the Debtor, and all other parties in interest. The notice letter shall also include the contact information for Debtor's counsel and explain that any party in interest may contact Debtor's counsel to request either a paper copy or an electronic copy of the above-mentioned documents to be sent directly to such party. Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

### #

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

HOT CRETE, LLC.

Debtor.

Case No. 24-10303-smr

Chapter 11

## BALLOT and OPT-IN FORM

### TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its Second Amended Liquidating Plan Dated November 14, 2025 (as such Plan may be amended and supplemented, the "Plan") (Docket No. 383) and its Second Amended Disclosure Statement Dated November 14, 2025 (the "Disclosure Statement") (Docket No. 391). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and received by counsel for the Debtor at the address set forth below by 5:00 p.m. prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

| | |
|---|---|
| Debreciban Carvalho | $ 130,000.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| 4 | 3/1/2026 |
| Class (if known) | Date |
| 105 Jaya Drive | |
| Street Address | Signature |
| Liberty Hill TX 78642 | Debra M. Carvalho |
| City, State, ZIP | Printed Name |
| (860) 575-9249 | |
| Telephone | Position |

CLASS 3 POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASE

The undersigned and/or hereby vote to Opt-in to the Liquidating Trust Proceeds (Insurance
Settlement) and as Releases under the Plan as follows:

☒ I Opt-In to the Releases and will participate in the Liquidation
Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not wish to
participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of
Recovery for Pool Claims per the Plan are:

**Article I, 21:**
"Consenting Creditors" means collectively the following, in its capacity as such
with each being a "Consenting Creditor": (a) all Holders of Claims or Interests that
vote to accept or are deemed to accept the Plan and who check the box on the
applicable form to affirmatively opt in to the releases contained in Article IX.D; (b)
all Holders of Claims or Interests that vote to accept the Plan and who affirmatively
opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests
that vote to reject this Plan or are deemed to reject this Plan and who affirmatively
opt in to the releases provided by the Plan; provided that, in each case, an Entity
shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party
Release or (2) timely objects to the Third-Party Release through a formal objection
filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I, 77:**
"*Released Parties*" means collectively the following, in each case in its capacity as
such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and
Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated
Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective
current and former officers, directors, and managers; (f) each of their respective
current and former employees and agents; and (g) each of their respective attorneys
and other professional advisors.

**Article IX, 1.2:** For the Source of Recovery for Pool Claims, provides:
For the avoidance of doubt, creditors that would otherwise have a Pool Claim
(Class 3) that do not opt in to the Consensual Claimant Release and therefore
are not Consenting Creditors will not participate in the proceeds of the
Insurance Settlement or any other assets given the Liquidation Trustee.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

| | |
|---|---|
| Lucia C. Castro | $ 125,490.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| 4 | 3-23-26 |
| Class (if known) | Date |
| 407 Explorer | *(signature)* |
| Street Address | Signature |
| Lakeway, TX 78734 | Lucia Castro |
| City, State, ZIP | Printed Name |
| 915-328-7929 | Homeowner |
| Telephone | Position |

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I **accept** the Plan

☐ I **reject** the Plan

---

LAURA KRISTINA CATES
Name of Creditor (Please Print)

$ 17,500.00
Amount of Claim

_____
Class (if known)

3/17/26
Date

19801 GRAIL HOLLOWS COVE
Street Address

*[signature]*
Signature

PFLUGERVILLE, TX 78660
City, State, ZIP

L. K. CATES
Printed Name

512-925-1408
Telephone

POOL OWNER
Position

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

John & KAREN CEREZO
Name of Creditor (Please Print)

$ 70,450.00
Amount of Claim

_____
Class (if known)

2-5-2026
Date

2004 Bodega CV
Street Address

K Cruzo
Signature

Round Rock TX 78665
City, State, ZIP

Karen CEREZO
Printed Name

(775) 209.4820
Telephone

Pool owner
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> **The undersigned creditor hereby votes to accept or reject the Plan as follows:**
>
> [✓] I **accept** the Plan
>
> [ ] I **reject** the Plan

ANTHONY "TONY" CHANG
Name of Creditor (Please Print)

$ 100,000
Amount of Claim

CLASS 4
Class (if known)

MARCH 19, 2026
Date

3204 RANCH PARK TRAIL
Street Address

Signature

ROUND ROCK, TX 78681
City, State, ZIP

TONY CHANG
Printed Name

512-775-7323
Telephone

OWNER
Position

```
┌─────────────────────────────────────────────────────────────────────┐
│                     CLASS 4- POOL CLAIMANTS                           │
│      OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS            │
│              AND CONSENTING CREDITOR RELEASES                         │
│                                                                       │
│   The undersigned creditor hereby votes to Opt-In to the Liquidating  │
│   Trust Proceeds (Insurance Settlement) and the Releases under the     │
│   Plan as follows:                                                    │
│                                                                       │
│      [✓]   I Opt-In to the Releases and will Participate in the        │
│            Liquidating Trust Proceeds per the Plan                     │
│                                                                       │
│      [ ]   I Opt-Out of the Releases under the Plan and do not want to │
│            participate in recovery under the Liquidating Trust         │
└─────────────────────────────────────────────────────────────────────┘
```

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§
§

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "**Debtor**") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "**Plan**") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "**Disclosure Statement**") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I **accept** the Plan

☐ I **reject** the Plan

---

**Katryn Chansley**
Name of Creditor (Please Print)

$ _____
Amount of Claim

_____
Class (if known)

**March 5, 2026**
Date

**590 Hawthorne Loop**
Street Address

*Kttyn Chansley*
Signature

**Driftwood, TX 78619**
City, State, ZIP

**Katryn Chansley**
Printed Name

**512.422.6769**
Telephone

**N/a - Pool Owner**
Position


Scanned with
CamScanner

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

Scanned with CamScanner

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on March 25, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☒ I accept the Plan

☐ I reject the Plan

ROBERT TERRI CHAPMAN
Name of Creditor (Please Print)

$ 25,000⁰⁰
Amount of Claim

4
Class (if known)

3-14-2026
Date

2301 STORYTELLER CT
Street Address

_Signature_

COLLEGE STATION, TX 77845
City, State, ZIP

ROBERT D. CHAPMAN
Printed Name

713-316-1749
Telephone

POOL OWNER
Position

POOL LOCATION: 205 TAIL WIND LN
HORSESHOE BAY, TX 78657

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| Debtor. | § | **Chapter 11** |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☒ I accept the Plan

☐ I reject the Plan

Brian Chartan
Name of Creditor (Please Print)

$ Unliquidated
Amount of Claim

3/12/2026

Class (if known)

c/o Michael Moody, Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Street Address

DocuSigned by:

_____
3425B701EDA74AC...
Date

Signature

Austin, TX 78701
City, State, ZIP

Brian Chartan
Printed Name

512-477-5000
Telephone

Creditor/Claimant
Position

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒    I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐    I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

    "*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

    "*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
    <u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> ☒ I accept the Plan
>
> ☐ I reject the Plan

---

Corey Chartan
Name of Creditor (Please Print)

$ Unliquidated
Amount of Claim

3/12/2026

Class (if known)
c/o Michael Moody, Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Street Address

Date

Signature

Austin, TX 78701
City, State, ZIP

Corey Chartan
Printed Name

512-477-5000
Telephone

Creditor/Claimant
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

> "*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

> "*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
> **For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

**The undersigned creditor hereby votes to accept or reject the Plan as follows:**

☒ I **accept** the Plan

☐ I **reject** the Plan

JOSEPH CHENGER
**Name of Creditor (Please Print)**

OWNER
**Class (if known)**

416 KAYAK WAY
**Street Address**

LAKEWAY, TX, 78738
**City, State, ZIP**

615-390-5504
**Telephone**

$ 225,000.00
**Amount of Claim**

MAR 12 2026
**Date**

_[signature]_
**Signature**

JOSEPH CHENGER
**Printed Name**

OWNER
**Position**

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, provides:

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [X]  I **accept** the Plan
>
> [ ]  I **reject** the Plan

Brett Clayton
**Name of Creditor (Please Print)**

$ 100,000
**Amount of Claim**

4
**Class (if known)**

3-12-26
**Date**

133 Tambra Lea Ln
**Street Address**

*[signature]*
**Signature**

Liberty Hill TX 78642
**City, State, ZIP**

Brett Clayton
**Printed Name**

512-417-4725
**Telephone**

Owner
**Position**

---

### CLASS 4- POOL CLAIMANTS
### OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS AND CONSENTING CREDITOR RELEASES

**The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:**

[X] **I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan**

[ ] **I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust**

---

**Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:**

**Article I. 27:**

"*Consenting Creditors*" **means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.**

**Article I. 77:**

"*Released Parties*" **means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."**

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I accept the Plan

☐ I reject the Plan

Copy Pools Inc
Name of Creditor (Please Print)

$ 45,700,329
Amount of Claim

Class (if known)

January 15th, 2026
Date

101 E Old Settlers Blvd
Street Address

Signature

Round Rock, TX, 78664
City, State, ZIP

R Beadle
Printed Name

(512) 807-3033
Telephone

CFO
Position

<div style="border:1px solid black; padding:10px;">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Rafael Collazo And Eileen Collazo    $ 65,538.00
_____
Name of Creditor (Please Print)        Amount of Claim

March 24th 2026
_____
Class (if known)        Date

20920 Havant Way
_____
Street Address        Signature

Pflugerville, TX., 78660    Rafael Collazo + Eileen Collazo
_____
City, State, ZIP        Printed Name

254-534-2129
_____
Telephone        Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X]   I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ]   I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Christienne Connelly
Name of Creditor (Please Print)

$ 150,000
Amount of Claim

4
Class (if known)

2/4/26
Date

1308 Richcreek Rd
Street Address

*(Signature)*
Signature

Austin, TX 78757
City, State, ZIP

Christy Connelly
Printed Name

512.293.9393
Telephone

N/A
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [X] I accept the Plan
>
> [ ] I reject the Plan

| | |
|---|---|
| The Continental Insurance Company | $ 19,730,829.45 |
| Name of Creditor (Please Print) | Amount of Claim |
| CLASS 4 -- POOL CLAIM | February 5th 2026 |
| Class (if known) | Date |
| 3333 Finley Road Suite 200 | *John Werdell* |
| Street Address | Signature |
| Downers Grove, IL 60515 | John Werdell |
| City, State, ZIP | Printed Name |
| 630-719-3049 | Global Head of Recovery Services |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| X | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
| --- | --- |
|  | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

     Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

     The undersigned creditor hereby votes to accept or reject the Plan as follows:

     [ X ]    I accept the Plan

     [   ]    I reject the Plan

| | |
|---|---|
| Anna and Jason Cooke | $ 325,074.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 - Pool Claim | 2/2/26 |
| Class (if known) | Date |
| 4700 Mueller Blvd., Ste. 200 | /s/ *Jason Cooke* /s/ *Anna Cooke* |
| Street Address | Signature |
| Austin, TX, 78723 | Anna Cooke |
| City, State, ZIP | Printed Name |
| 512-708-5298 | Creditor |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

$\boxed{\text{X}}$    I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

$\boxed{\phantom{X}}$    I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> ☒ I accept the Plan
>
> ☐ I reject the Plan

| | |
|---|---|
| **Kathleen Cooney** | **$283,375.00** |
| Name of Creditor (Please Print) | Amount of Claim |
| | 3/23/2026 |
| Class (if known) | Signed by: _____ Date |
| c/o Michael Moody, Cain & Skarnulis PLLC | [signature] |
| 303 Colorado Street, Suite 2850 | 888AB94584744EC... |
| Street Address | Signature |
| **Austin, TX 78701** | **Kathleen Cooney** |
| City, State, ZIP | Printed Name |
| **512-477-5000** | **Creditor/Claimant** |
| Telephone | Position |

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

> "*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

> "*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
> **For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§
§

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I **accept** the Plan

[ ] I **reject** the Plan

Jillian Cooper
**Name of Creditor (Please Print)**

$ 120,000.00
**Amount of Claim**

4-Pool Owner
**Class (if known)**

03/25/2026
**Date**

4317 Twisted Trees Dr
**Street Address**

*(signature)*
**Signature**

Leander, Tx 78641
**City, State, ZIP**

Jillian Cooper
**Printed Name**

512-627-6631
**Telephone**

Homeowner/Claimant
**Position**

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> **The undersigned creditor hereby votes to accept or reject the Plan as follows:**
>
> ☑ **I accept the Plan**
>
> ☐ **I reject the Plan**

Scott D. Cooper
**Name of Creditor (Please Print)**

4 - Pool Owner
**Class (if known)**

4336 Opera Path
**Street Address**

Leander, TX 78641
**City, State, ZIP**

(832) 388-9268
**Telephone**

$ 55,000⁰⁰ (Cost to replace)
**Amount of Claim**

March 2, 2026
**Date**

*[signature]*
**Signature**

Scott D. Cooper
**Printed Name**

Retiree / Pool Owner
**Position**

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

SDC  [✓] **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, provides:

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§
§

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**
Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

---

| | |
|---|---|
| Benjamin Cripps | $ 110,000.00 |
| **Name of Creditor (Please Print)** | **Amount of Claim** |
| 4 | March 12, 2026 |
| **Class (if known)** | **Date** |
| 2606 Oaklawn Ave #1 | *[signature]* |
| **Street Address** | **Signature** |
| Austin, TX 78722 | Benjamin Cripps |
| **City, State, ZIP** | **Printed Name** |
| 443-878-8369 | Home Owner |
| **Telephone** | **Position** |

> **CLASS 4- POOL CLAIMANTS**
> **OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
> **AND CONSENTING CREDITOR RELEASES**
>
> The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:
>
> [✓] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan
>
> [ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

**Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:**

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "**Plan**") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "**Disclosure Statement**") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

**The undersigned creditor hereby votes to accept or reject the Plan as follows:**

☒ I **accept** the Plan

☐ I **reject** the Plan

---

*David Cowlen*
**Name of Creditor (Please Print)**

*Class 4*
**Class (if known)**

*109 Verco Cove*
**Street Address**

*Cedar Creek TX 78612*
**City, State, ZIP**

*(248) 830-9600*
**Telephone**

$ *29,201.90*
**Amount of Claim**

*03/25/2026*
**Date**

*[signature]*
**Signature**

*David Cowlen*
**Printed Name**

**Position**

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [✓] I accept the Plan
>
> [ ] I reject the Plan

*Adam Cvellar*
Name of Creditor (Please Print)

*Class 4-Pool Claims*
Class (if known)

*8209 Donnelley Drive*
Street Address

*Austin, TX 78744*
City, State, ZIP

*512-318-8774*
Telephone

$ *59,676*
Amount of Claim

*1-13-26*
Date

*[signature]*
Signature

*Adam Cvellar*
Printed Name

*Creditor*
Position

<div style="border:1px solid black; text-align:center;">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

> "*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

> "*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims, provides:**

> **For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X]  I <u>accept</u> the Plan

[ ]  I <u>reject</u> the Plan

---

| | |
|---|---|
| Allen Darnell | $  $104,100 |
| **Name of Creditor (Please Print)** | **Amount of Claim** |
| Class 4 | March 2, 2026 |
| **Class (if known)** | **Date** |
| 1909 W. 38th St. | *(signature)* |
| **Street Address** | **Signature** |
| Austin, TX 78731 | Allen Darnell |
| **City, State, ZIP** | **Printed Name** |
| (214) 673-0282 | Owner |
| **Telephone** | **Position** |

<div style="border:1px solid black; padding:10px;">

### CLASS 4- POOL CLAIMANTS
### OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
### AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[ X ] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan __and__ who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                        §
                                              §
HOT CRETE, LLC,                               §      Case No. 24-10303-smr
                                              §
          Debtor.                             §      Chapter 11
                                              §
                                              §

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on March 25, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Emily Davenport/Amy Easterling
Name of Creditor (Please Print)

$ 225,000
Amount of Claim

Class 4
Class (if known)

3/22/2026
Date

3312 Big Bend Dr.
Street Address

Signature

Austin, Texas 78731
City, State, ZIP

Emily Davenport/Amy Easterling
Printed Name

(512) 658-1451
Telephone

Individual Creditors
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

**The undersigned creditor hereby votes to accept or reject the Plan as follows:**

[✓] I **accept** the Plan

[ ] I **reject** the Plan

---

Larry de la Cruz
**Name of Creditor (Please Print)**

$ 55,000
**Amount of Claim**

4
**Class (if known)**

3/11/2026
**Date**

19705 W. Mall Rd.
**Street Address**

*(signature)*
**Signature**

Pflugerville, TX 78660
**City, State, ZIP**

Larry de la Cruz
**Printed Name**

(512) 877-3158
**Telephone**

Home Owner
**Position**

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:

HOT CRETE, LLC,

Debtor.

§
§
§    Case No. 24-10303-smr
§
§
§    Chapter 11
§

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and **received** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026**, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

---

Christopher Deters
Name of Creditor (Please Print)

Class 4
Class (if known)

3212 Raspberry Rd
Street Address

Austin TX 78748
City, State, ZIP

979-966-8711
Telephone

$ 137,386.00
Amount of Claim

11/26/2026
Date

*[signature]*
Signature

Christopher Deters
Printed Name

Creditors
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims, provides:**
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

| | |
|---|---|
| Tazeen Dhedhi (Dhedi) | $ 166,432.80 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 - Pool Claimant | 1/19/2026 |
| Class (if known) | Date |
| 1011 Placid Creek Court | *Tazeen Dhedhi* |
| Street Address | Signature |
| Round Rock, TX 78665 | Tazeen Dhedhi (Dhedi) |
| City, State, ZIP | Printed Name |
| 512-796-9847 | |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| ✓ | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
|---|---|
| | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

## CLASS 4- POOL CLAIMANTS
### OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**
"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan **and** who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**
"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HOT CRETE, LLC, | § § | Case No. 24-10303-smr |
| Debtor. | § § | Chapter 11 |
| | § | |

### BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

---

**Kristi Dimas**
Name of Creditor (Please Print)

**CLASS 4**
Class (if known)

**1513 Daylily Loop**
Street Address

**Georgetown TX 78626**
City, State, ZIP

**281 253 7855**
Telephone

**$ $110,000**
Amount of Claim

**3/5/26**
Date

**K Dimas**
Signature

**Kristi Dimas**
Printed Name

**Creditor**
Position

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  §
§
HOT CRETE, LLC,  §  Case No. 24-10303-smr
§
Debtor.  §  Chapter 11
§

---

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Tim + Christina Diven
**Name of Creditor (Please Print)**

$ 188,920
**Amount of Claim**

Class 4 - Pool Claimant
**Class (if known)**

3-2-26
**Date**

21800 Rock Wren Rd
**Street Address**

*(signature)*
**Signature**

Spicewood, TX 78669
**City, State, ZIP**

Tim Diven
**Printed Name**

512-680-3773
**Telephone**

**Position**

> ### CLASS 4- POOL CLAIMANTS
> #### OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS AND CONSENTING CREDITOR RELEASES
>
> The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:
>
> ☒ I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan
>
> ☐ I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

### BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on March 25, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

---

| Keelan Donovan | $ 20,000-40,000(estimated) |
|---|---|
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 - Pool Claimant | 4/30/26 |
| Class (if known) | Date |
| 20300 Crested Caracara Ln | *(signature)* |
| Street Address | Signature |
| Pflugerville, TX, 78660 | Keelan Donovan |
| City, State, ZIP | Printed Name |
| 207-615-9717 | Individual |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                              §
                                                    §
HOT CRETE, LLC,                                     §       Case No. 24-10303-smr
                                                    §
        Debtor.                                     §       Chapter 11
                                                    §
                                                    §

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Kevin DuPre'
Name of Creditor (Please Print)

$ 192,119.48
Amount of Claim

4
Class (if known)

2/4/26
Date

525 Twin Springs Rd
Street Address

*(signature)*
Signature

Georgetown Tx 78633
City, State, ZIP

Kevin DuPre'
Printed Name

925-580-5946
Telephone

Home Owner
Position

**CLASS 4 POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§
§

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

Kathy Eckard + Jesse Eckard        $ 100,000.00
Name of Creditor (Please Print)                    Amount of Claim

Blue Haven Pools + Spa
c/o Corley Atwood — No longer contact person     Jan 8th, 2026
Class (if known)                                   Date

5706 Como Cove                      Kathy Eckard
Street Address                                     Signature

Round Rock, TX 78665        Kathy Eckard / Jesse Eckard
City, State, ZIP                                   Printed Name

512-897-2620               Creditor / Customer
Telephone                                          Position

512 / 619 / 2881

**CLASS 4 POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

---

BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I **accept** the Plan

[ ] I **reject** the Plan

Dion Edge
Name of Creditor (Please Print)

$ $114,992
Amount of Claim

March 23, 2026
Date

10705 Pinehurst Dr
Street Address

_____
Signature

Class (if known)

Austin TX 78747
City, State, ZIP

Don Edge
Printed Name

831 419 3014
Telephone

Homeowner
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

---

Edgewater Pools, LLC
_____
Name of Creditor (Please Print)

Class 4 - Pool Claim
_____
Class (if known)

100 E. Whitestone Blvd., Suite 1
_____
Street Address

Cedar Park, TX 78613
_____
City, State, ZIP

512-569-9364
_____
Telephone

$ multiple claims in excess of $1 million, see exhibit A to Edgewater Pools proof of claim
_____
Amount of Claim

2/2/26
_____
Date

_____
Signature

Scott Aston
_____
Printed Name

Managing Member
_____
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| X | I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
|---|---|
|  | I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HOT CRETE, LLC, | § § | Case No. 24-10303-smr |
| Debtor. | § § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

---

Troy Edington
**Name of Creditor (Please Print)**

Class 4 Pool Claims
**Class (if known)**

1000 Santaluz Path
**Street Address**

Austin, TX 78732
**City, State, ZIP**

408-316-1699
**Telephone**

$ 50,000
**Amount of Claim**

3/8/2026
**Date**

*Troy Edington*
**Signature**

Troy Edington
**Printed Name**

Pool Owner
**Position**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> ☒  I **accept** the Plan
>
> ☐  I **reject** the Plan

| | |
|---|---|
| Al Eells | $ $138,356.96 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 | 3/24/2026 |
| Class (if known) | Date |
| 335 The Oaks Blvd | *(signature)* |
| Street Address | Signature |
| Elgin, TX 78621 | Al Eells |
| City, State, ZIP | Printed Name |
| 512-415-9901 | Homeowner |
| Telephone | Position |

> ### CLASS 4- POOL CLAIMANTS
> ### OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
> ### AND CONSENTING CREDITOR RELEASES
>
> **The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:**
>
> ☒ **I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan**
>
> ☐ **I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust**

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and **_received_** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

---

_Nadim Elias_
Name of Creditor (Please Print)

_24-10303-smr_
Class (if known)

_616 Furlong Dr_
Street Address

_Austin, TX 78746_
City, State, ZIP

_512-234-4550_
Telephone

_$120,000.00_
Amount of Claim

_1/28/2026_
Date

_[signature]_
Signature

_Nadim Elias_
Printed Name

_Homeowner_
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "**Plan**") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "**Disclosure Statement**") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

**The undersigned creditor hereby votes to accept or reject the Plan as follows:**

[✓] I **accept** the Plan

[ ] I **reject** the Plan

---

Tamara Enfield
**Name of Creditor (Please Print)**

4
**Class (if known)**

301 Trick Pony
**Street Address**

Liberty Hill, TX 78642
**City, State, ZIP**

409 688 6752
**Telephone**

$ 135,000.00
**Amount of Claim**

3/25/2026
**Date**

*(signature)*
**Signature**

Tamara Enfield
**Printed Name**

Accept
**Position**

<div style="border:1px solid">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

  I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I **accept** the Plan

[ ] I **reject** the Plan

Pete + Melissa Escobar
**Name of Creditor (Please Print)**

$ 179,500.00
**Amount of Claim**

3/4/2026
**Date**

**Class (if known)**

137 Crooked Crk
**Street Address**

_Pete Escobar_
**Signature**

Buda TX 78610
**City, State, ZIP**

Pete + Melissa Escobar
**Printed Name**

512-529-7010
**Telephone**

Homeowner
**Position**

## CLASS 4- POOL CLAIMANTS
## OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

### Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

### Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

### Article IX. I. 2. For the Source of Recover for Pool Claims, provides:

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

**The undersigned creditor hereby votes to accept or reject the Plan as follows:**

[X] **I accept the Plan**

[ ] **I reject the Plan**

---

GERSON ESPINOZA
**Name of Creditor (Please Print)**

$ 70,000.00
**Amount of Claim**

**Class (if known)**

11 March 2026
**Date**

6805 George Cove
**Street Address**

*(Signature)*
**Signature**

Killeen, TX 76549
**City, State, ZIP**

Gerson Espinoza
**Printed Name**

703.945.9007
**Telephone**

Home Owner
**Position**

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan **and** who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I **accept** the Plan

[ ] I **reject** the Plan

---

SRIKANTH ETHIRAJ
Name of Creditor (Please Print)

$ 9,165,000
Amount of Claim

4
Class (if known)

03/11/2026
Date

4508 TANGLEWOOD ESTATES DR
Street Address

*(signature)*
Signature

LEANDER, TX, 78641
City, State, ZIP

SRIKANTH ETHIRAJ
Printed Name

405 889 6123
Telephone

HOME OWNER
Position

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance
Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating
Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to
participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

DUANE EWING
Name of Creditor (Please Print)

CLASS 4
Class (if known)

2541 AMBUSH CANYON
Street Address

LEANDER, TX 78641
City, State, ZIP

281-732-7634
Telephone

$ 371,075.54
Amount of Claim

1-31-26
Date

*Duane Ewing*
Signature

DUANE EWING
Printed Name

OWNER
Position

**CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                         §
                                               §
HOT CRETE, LLC,                                §    Case No. 24-10303-smr
                                               §
          Debtor.                              §    Chapter 11
                                               §

---

### BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

---

*Thomas FAUTH*
**Name of Creditor (Please Print)**

*Class 4*
**Class (if known)**

*2809 Noling Lane*
**Street Address**

*Round Rock, TX 78681*
**City, State, ZIP**

*409-291-2672*
**Telephone**

$ *179,750.00*
**Amount of Claim**

*3/22/2026*
**Date**

*[signature]*
**Signature**

*Thomas W. FAUTH*
**Printed Name**

*HOME OWNER*
**Position**

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Douglas Fay
Name of Creditor (Please Print)

$ 100,000
Amount of Claim

Pool Owner (Pool Claims)
Class (if known)

3/12/2026
Date

1104 Watercliffe Dr.
Street Address

*Douglas Fay* (signature)
Signature

Lago Vista, TX 78645
City, State, ZIP

Douglas Fay
Printed Name

469-371-6513
Telephone

Pool Owner
Position

## CLASS 4- POOL CLAIMANTS
## OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
## AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

### Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan __and__ who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

### Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

### Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I **accept** the Plan

[ ] I **reject** the Plan

Arvelle + Carrie Fearn
Name of Creditor (Please Print)

$ 212,550.00
Amount of Claim

4
Class (if known)

5/6/2026
Date

100 tambra lea ln
Street Address

*(signature)*
Signature

liberty hill, TX 78642
City, State, ZIP

Arvelle Fearn / Carrie Fearn
Printed Name

(931) 896-5150
Telephone

Home Owner
Position

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": **(a)** all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; **(b)** all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and **(c)** all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it **(1)** does not elect to opt in to the Third Party Release or **(2)** timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": **(a)** the Debtor; **(b)** Edgar Castro and Fausto Castro, the Debtor's Members; **(c)** the Liquidation Trustee; **(d)** Federated Insurance; and, **(e)** for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; **(f)** each of their respective current and former employees and agents; and **(g)** each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: §
§
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
§
Debtor. § Chapter 11
§

**BALLOT and OPT-IN FORM**

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

Justin Fischer
Name of Creditor (Please Print)

Class 4 - Pool claim
Class (if known)

2200 Airport Dr.
Street Address

Leander, TX 78641
City, State, ZIP

512-914-7336
Telephone

$ 450,000
Amount of Claim

1/20/2026
Date

*(signature)*
Signature

Justin Fischer
Printed Name

Self, Pro Se
Position

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

---

BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

---

Eric Fitzhugh
**Name of Creditor (Please Print)**

$ 200,000
**Amount of Claim**

**Class (if known)**

3/19/2026
**Date**

105 Far Meadow Drive
**Street Address**

*(signature)*
**Signature**

Kingsland TX 78639
**City, State, ZIP**

Eric Fitzhugh
**Printed Name**

432-661-9505
**Telephone**

owner
**Position**

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**
For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Juan Flores
_____
Name of Creditor (Please Print)

19801 Chayton Circle
_____
Street Address

Pflugerville, TX, 78660
_____
City, State, ZIP

512-791-3004
_____
Telephone

$ _____
Amount of Claim

2/5/26
_____
Date

_____
Signature

Juan A. Flores
_____
Printed Name

_____
Position

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

---

_Christopher D. Fontenot_
Name of Creditor (Please Print)

$ _Unknown_
Amount of Claim

_Class 4. Pool Claims_
Class (if known)

_1/9/2026_
Date

_147 Blackstone Cove_
Street Address

_[signature]_
Signature

_Driftwood, TX 78619_
City, State, ZIP

_Chris Fontenot_
Printed Name

_512-944-0071_
Telephone

_Homeowner_
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ I accept the Plan

☐ I reject the Plan

John & Vicki Ford
Name of Creditor (Please Print)

4
Class (if known)

137 Nelson Pl
Street Address

Meadowlakes, TX 78654
City, State, ZIP

512-228-9897
Telephone

$ 139,018.87
Amount of Claim

1/30/26
Date

Vicki Ford
Signature

Vicki Ford
Printed Name

Homeowner
Position

**CLASS 4– POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § **Case No. 24-10303-smr**
§
Debtor. § **Chapter 11**
§

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I <u>accept</u> the Plan

[ ] I <u>reject</u> the Plan

J Brandon Foster and Erin Foster

$ 240,000.00

Name of Creditor (Please Print)

Amount of Claim

2.5.26

Class (if known)

Date

131 Empire Court

Street Address

Signature

Austin, Texas 78737

Andrew Harris

City, State, ZIP

Printed Name

512.900.3048

Attorney

Telephone

Position

<div style="border:1px solid">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| | |
|---|---|
| X | I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
| ☐ | I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

## BALLOT and OPT-IN FORM

### TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

| The undersigned creditor hereby votes to accept or reject the Plan as follows: |
|---|
| [X] I accept the Plan |
| [ ] I reject the Plan |

Suzanne FRANKLIN
**Name of Creditor (Please Print)**

Class 4: pool claims
**Class (if known)**

5221 Globe Mallow Dr
**Street Address**

Austin, TX 78739
**City, State, ZIP**

734-395-1150
**Telephone**

$ 120,000.00
**Amount of Claim**

3-13-2026
**Date**

*(signature)*
**Signature**

Suzanne Franklin
**Printed Name**

homeowner
**Position**

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

### BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

      Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [ X ]    I accept the Plan
>
> [   ]    I reject the Plan

| | |
|---|---|
| Larry & Laura Franz | $ 192,500 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 (Pool Claim) | 02/03/2026 |
| Class (if known) | Date |
| 136 Tambra Lea Ln | */s/ Michael E. Lovins* |
| Street Address | Signature |
| Liberty Hill, TX 78642 | Michael Lovins |
| City, State, ZIP | Printed Name |
| 512-535-1649 (attorneys' phone #) | Attorney for Creditor |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| X | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
|---|---|
|   | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
 §
HOT CRETE, LLC, § Case No. 24-10303-smr
 §
 Debtor. § Chapter 11
 §

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I **accept** the Plan

[ ] I **reject** the Plan

Jason and Candice Fraser    $ 130,000
_____       _____
Name of Creditor (Please Print)    Amount of Claim

                                03/24/26
                                _____
                                Date

_____
Class (if known)

30113 Twin Creek Dr.          *[signature]*
_____       _____
Street Address                Signature

Georgetown, TX 78026          Candice Fraser
_____       _____
City, State, ZIP              Printed Name

(512) 750-7889                Owner
_____       _____
Telephone                     Position

---

### CLASS 4- POOL CLAIMANTS
### OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
### AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [X] I <u>accept</u> the Plan
>
> [ ] I <u>reject</u> the Plan

Corey & Megan Freeman
Name of Creditor (Please Print)

$ 286,000.00
Amount of Claim

4
Class (if known)

1/22/26
Date

2705 Rain Song Dr.
Street Address

Signature

Leander, Tx 78641
City, State, ZIP

Corey Freeman
Printed Name

512-591-3897
Telephone

Homeowner
Position

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☒ I **accept** the Plan

☐ I **reject** the Plan

---

FRANK & KIMBER FUCCELLO
**Name of Creditor (Please Print)**

$ 300,000.00
**Amount of Claim**

4
**Class (if known)**

3/2/2026
**Date**

104 MARBELLA WAY
**Street Address**

*(Signature)*
**Signature**

GEORGETOWN, TX. 78633
**City, State, ZIP**

FRANK FUCCELLO  Kimber Fuccello
**Printed Name**

512-431-9631 or 512-844-6013
**Telephone**

OWNERS
**Position**

---

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ **I Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ **I Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

---

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

| | |
|---|---|
| Ben Gabbard | $ 177858.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| Four | 03/23/2026 |
| Class (if known) | Date |
| 4108 Flowstone ln | *Ben Gabbard* |
| Street Address | Signature |
| Round Rock, Tx , 78681 | Ben Gabbard |
| City, State, ZIP | Printed Name |
| 6028211482 | Home Owner |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[ X ]  I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[   ]  I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
§
Debtor. § Chapter 11
§

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

Edward & Christy Gahr
Name of Creditor (Please Print)

Pool Claims (Class 4)
Class (if known)

5800 Shoalwood Ave
Street Address

Austin, TX 78756
City, State, ZIP

617-308-5173
Telephone

$ 135,000 00/100
Amount of Claim

2/4/2026
Date

_____
Signature

Edward Gahr
Printed Name

_____
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:

HOT CRETE, LLC,

Debtor.

§
§
§   Case No. 24-10303-smr
§
§   Chapter 11
§
§

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓]    I **accept** the Plan

[ ]    I **reject** the Plan

---

MARVIN D. GARZA JR.
**Name of Creditor (Please Print)**

$    $80K
**Amount of Claim**

4
**Class (if known)**

3/12/26
**Date**

13424 HOLLY CREST TER.
**Street Address**

*[signature]*
**Signature**

MANOR, TX 78653
**City, State, ZIP**

MARVIN D. GARZA JR.
**Printed Name**

760-908-2670
**Telephone**

HOME OWNER
**Position**

24-50930-mxm  Doc#2071-1 Filed 07/22/25  Entered 07/22/25 14:50:23  Exhibit B Pof 32 Pg  844362283

| | |
|---|---|
| **CLASS 4- POOL CLAIMANTS**<br>**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**<br>**AND CONSENTING CREDITOR RELEASES** | |

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[✓] I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

| The undersigned creditor hereby votes to accept or reject the Plan as follows: |
|---|
| [X] I <u>accept</u> the Plan |
| [ ] I <u>reject</u> the Plan |

| | |
|---|---|
| Mercedes Garza | $ 192,000 |
| Name of Creditor (Please Print) | Amount of Claim |
| 4 - Pool Claimant | March 24, 2026 |
| Class (if known) | Date |
| 573 Bluff Woods Dr. | *DocuSigned by:* /s/ Mercedes Garza |
| Street Address | Signature |
| Dripping Springs, TX 78619 | Mercedes Garza |
| City, State, ZIP | Printed Name |
| (832) 724-4010 | Home owner |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| X | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
|---|---|
| | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**<u>For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.</u>**

## Ballot Instructions

In order to be counted, the Ballot must be received by Debtor's counsel at the mailing address or email address below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor.

**HAYWARD PLLC**
Attn: Todd Headden
7600 Burnet Rd., Suite 530
Austin, TX 78757
Tel./Fax: (737) 881-7100
theadden@haywardfirm.com

Ballots received after this deadline may not be counted. The Ballot may be faxed, mailed, or emailed, but the Ballot must be received by the time reflected above unless otherwise agreed to by the Debtor.

To complete the Ballot, check the appropriate boxes above to accept or reject the Plan and to Opt-In to the Consenting Creditor Release. Unless you check a box, your Ballot will not be counted. Please fill out all requested information, including the Creditor's full address and telephone number, sign the Ballot, and print your name beneath your signature. If you are acting as an officer or agent for a corporation, partnership, or other entity, legibly print your position, such as president, vice president, director, etc. Please type or print legibly. Unless the Ballot is signed, it cannot be counted.

A general description of the Classes under the Plan is included below. Please consult the Plan for more information regarding these Classes and the treatment of your Claim.

**Class 1**. Allowed Priority Claims

**Class 2.** Secured Claims

**Class 3**. Convenience Claims

**Class 4**. Pool Claims

**Class 5.** Non-Pool Unsecured Claims

**Class 6.** Contingent Indemnifications Claims

**Class 7.** Interests in the Debtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                              §
                                    §
HOT CRETE, LLC,                     §  Case No. 24-10303-smr
                                    §
     Debtor.                        §  Chapter 11
                                    §

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**
     Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑  I **accept** the Plan

☐  I **reject** the Plan

---

Robert H Garza                     $ 133,000 cc
**Name of Creditor (Please Print)**      **Amount of Claim**

                                    March 6 2026
**Class (if known)**                     **Date**

9016 Mountain loke Cir
**Street Address**                       Signature

Austin TX 78750    Robert H Garza
**City, State, ZIP**                     **Printed Name**

512 619 8598
**Telephone**                            **Position**



Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, provides:

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

      Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[ X ]    I accept the Plan

[   ]    I reject the Plan

---

Blake Gentry and Samantha Gentry
_____
Name of Creditor (Please Print)

Class 4 / pool claims
_____
Class (if known)

3132 Reunion Blvd
_____
Street Address

Austin, TX 78737
_____
City, State, ZIP

949-290-6807
_____
Telephone

$ 226,295
_____
Amount of Claim

03-20-2026
_____
Date

*[signature]*
_____
Signature

Blake Gentry
_____
Printed Name

Homeowner
_____
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X]  I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ]  I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE: § §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§

---

### BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

ROBERT B. GIACOMUZZI
Name of Creditor (Please Print)

CLASS 4 POOL
Class (if known)

440 MAGNOLIA RD.
Street Address

KILLEEN TX 76549
City, State, ZIP

254-702-8575
Telephone

$ 114483.00
Amount of Claim

1/19/2026
Date

*(signature)*
Signature

ROBERT B. GIACOMUZZI
Printed Name

HOME OWNER
Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
<u>**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
HOT CRETE, LLC, § Case No. 24-10303-smr
§
Debtor. § Chapter 11
§
§

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

Lawrence Gill
**Name of Creditor (Please Print)**

$ 70,017.62
**Amount of Claim**

Class 4
**Class (if known)**

9 March 2026
**Date**

116 Blue Waterleaf Ln.
**Street Address**

L—— G. M. II
**Signature**

Georgetown TX 78626
**City, State, ZIP**

Lawrence E. Gill II
**Printed Name**

512-818-2810
**Telephone**

Homeowner
**Position**

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan **and** who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:

§
§
§

HOT CRETE, LLC,

§     Case No. 24-10303-smr
§

Debtor.

§     Chapter 11
§
§

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I <u>accept</u> the Plan

[ ] I <u>reject</u> the Plan

Anthony King Gonzales
Name of Creditor (Please Print)

$ ~~150,000~~ $175,000
Amount of Claim

_____
Class (if known)

3/25/26
Date

3800 Good Night Trail
Street Address

Signature

Leander, TX 78641
City, State, ZIP

Anthony (Tony) Gonzales
Printed Name

512-457-1122
Telephone

Position

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

§
§
§  Case No. 24-10303-smr
§
§  Chapter 11
§

HOT CRETE, LLC,

Debtor.

---

## BALLOT and OPT-IN FORM

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

David Gonzalez
**Name of Creditor (Please Print)**

4
**Class (if known)**

1710 Shinnecock Hills Dr
Georgetown TX 78628
**Street Address**

Georgetown TX 78628
**City, State, ZIP**

408-529-7554
**Telephone**

$ 75,000
**Amount of Claim**

3/21/2026
**Date**

*(signature)*
**Signature**

David Gonzalez
**Printed Name**

Owner
**Position**

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☒ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, provides:

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

**The undersigned creditor hereby votes to accept or reject the Plan as follows:**

☒ I **accept** the Plan

☐ I **reject** the Plan

Keith Goodall
**Name of Creditor (Please Print)**

Class 4
**Class (if known)**

400 West Trail
**Street Address**

Double Horn, TX 78669
**City, State, ZIP**

832.545.9457
**Telephone**

$ 154,425.00
**Amount of Claim**

2/28/26
**Date**

*[signature]*
**Signature**

Keith Goodall
**Printed Name**

Owner
**Position**

```
┌─────────────────────────────────────────────────────────────────┐
│               CLASS 4- POOL CLAIMANTS                             │
│    OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS          │
│           AND CONSENTING CREDITOR RELEASES                        │
│                                                                   │
│  The undersigned creditor hereby votes to Opt-In to the          │
│  Liquidating Trust Proceeds (Insurance Settlement) and the       │
│  Releases under the Plan as follows:                             │
│                                                                   │
│          ☒    I Opt-In to the Releases and will Participate in    │
│               the Liquidating Trust Proceeds per the Plan         │
│                                                                   │
│          ☐    I Opt-Out of the Releases under the Plan and do     │
│               not want to participate in recovery under the       │
│               Liquidating Trust                                   │
└─────────────────────────────────────────────────────────────────┘
```

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

☑ **I accept the Plan**

☐ **I reject the Plan**

---

Gregory Gosnell
**Name of Creditor (Please Print)**

4
**Class (if known)**

18624 Van Meter Place
**Street Address**

Austin TX 78738
**City, State, ZIP**

858-342-4728
**Telephone**

$ 110,000
**Amount of Claim**

3/18/26
**Date**

*[signature]*
**Signature**

Gregory Gosnell
**Printed Name**

**Position**

```
┌─────────────────────────────────────────────────────────────────────┐
│                      CLASS 4- POOL CLAIMANTS                          │
│        OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS          │
│              AND CONSENTING CREDITOR RELEASES                         │
│                                                                       │
│   The undersigned creditor hereby votes to Opt-In to the Liquidating  │
│   Trust Proceeds (Insurance Settlement) and the Releases under the    │
│   Plan as follows:                                                    │
│                                                                       │
│          ┌───┐  I Opt-In to the Releases and will Participate in the  │
│          │ ✓ │  Liquidating Trust Proceeds per the Plan              │
│          └───┘                                                        │
│                                                                       │
│          ┌───┐  I Opt-Out of the Releases under the Plan and do not   │
│          │   │  want to participate in recovery under the            │
│          └───┘  Liquidating Trust                                    │
└─────────────────────────────────────────────────────────────────────┘
```

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

**Article I. 27:**

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

**Article I. 77:**

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

**Article IX. I. 2.** For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                               §
                                     §
HOT CRETE, LLC,                      §     Case No. 24-10303-smr
                                     §
        Debtor.                      §     Chapter 11
                                     §

---

## BALLOT and OPT-IN FORM

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I accept the Plan

[ ] I reject the Plan

JAMES Todd Green
Name of Creditor (Please Print)

$ 300,000
Amount of Claim

Class (if known)

1/8/26
Date

[signature]
Signature

YDF DOE WHISPOL WAY
Street Address

JAMES T. Green
Printed Name

AUSTIN, TX 78738
City, State, ZIP

Owner
Position

734-730-2604
Telephone

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I Opt-In to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I Opt-Out of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan and who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

**BALLOT and OPT-IN FORM**

---

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

      Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [ X ]    I accept the Plan
>
> [   ]    I reject the Plan

| | |
|---|---|
| Janell Gregerson | $ 292,925 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 (Pool Claim) | 02/03/2026 |
| Class (if known) | Date |
| 1611 Elkins Lane | */s/ Michael E. Lovins* |
| Street Address | Signature |
| Cedar Park, TX 78613 | Michael Lovins |
| City, State, ZIP | Printed Name |
| 512-535-1649 (attorneys' phone #) | Attorney for Creditor |
| Telephone | Position |

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| X | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |

| ☐ | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:
**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                    §
                                          §
HOT CRETE, LLC,                           §    Case No. 24-10303-smr
                                          §
        Debtor.                           §    Chapter 11
                                          §
                                          §

---

**BALLOT and OPT-IN FORM**

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

> The undersigned creditor hereby votes to accept or reject the Plan as follows:
>
> [X] **I accept the Plan**
>
> [ ] **I reject the Plan**

Jeff Grosso
**Name of Creditor (Please Print)**

4
**Class (if known)**

1505 West Sixth
**Street Address**

Austin, Tx 78703
**City, State, ZIP**

512-494-1481
**Telephone**

$ 333,111.00
**Amount of Claim**

3/11/2026
**Date**

*(signature)*
**Signature**

David M. Gottfried
**Printed Name**

Attorney for Creditor
**Position**

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

[X] I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

[ ] I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan **and** who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

---

## BALLOT and OPT-IN FORM

---

**TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:**

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and *received* by counsel for the Debtor at the address set forth below by 5:00 p.m., prevailing Central Time, on March 25, 2026, unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

---

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[✓] I **accept** the Plan

[ ] I **reject** the Plan

---

*Cody Gummelt*
Name of Creditor (Please Print)

$ 205,000
Amount of Claim

3/24/26
Date

Class (if known)

*[signature]*
Signature

3007 Catalina Dr
Street Address

Cody Gummelt
Printed Name

Austin TX 78741
City, State, ZIP

254-749-4248
Telephone

Position

CLASS 4- POOL CLAIMANTS
OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS
AND CONSENTING CREDITOR RELEASES

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

☑ I **Opt-In** to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan

☐ I **Opt-Out** of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan **and** who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. For the Source of Recover for Pool Claims, **provides:**

For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOT CRETE, LLC, | § | Case No. 24-10303-smr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT and OPT-IN FORM

TO ALL CREDITORS AND PARTIES ENTITLED TO VOTE PER PLAN:

Hot Crete, LLC (the "Debtor") has proposed its *Second Amended Liquidating Plan Dated November 14, 2025* (as such Plan may be amended and supplemented, the "Plan") (Docket No. 292) and its *Second Amended Disclosure Statement Dated November 14, 2025* (the "Disclosure Statement") (Docket No. 291). Impaired classes of creditors and interest holders are entitled to vote to accept or reject the Plan. However, in order to vote on the Plan, this Ballot and Opt-In Form must be completed and ***received*** by counsel for the Debtor at the address set forth below by **5:00 p.m., prevailing Central Time, on February 5, 2026,** unless otherwise agreed to by the Debtor. Ballots may be faxed or emailed but must be received by this deadline unless otherwise agreed to by the Debtor. Instructions for completing this Ballot are printed on the following page.

The undersigned creditor hereby votes to accept or reject the Plan as follows:

[X] I accept the Plan

[ ] I reject the Plan

| | |
|---|---|
| Esteban & Larisa Gutierrez | $ $185,640.00 |
| Name of Creditor (Please Print) | Amount of Claim |
| Class 4 | January 22, 2026 |
| Class (if known) | Date |
| 1609 Shoal Creek, Ste 304 | *[signature]* |
| Street Address | Signature |
| Austin, TX 78701 | Sandrine Shelton-Denbow |
| City, State, ZIP | Printed Name |
| 512-472-1926 | Counsel for Creditor |
| Telephone | Position |

<div style="border:1px solid black; padding:10px">

**CLASS 4- POOL CLAIMANTS**
**OPT-IN TO PARTICIPATION IN LIQUIDATING TRUST PROCEEDS**
**AND CONSENTING CREDITOR RELEASES**

The undersigned creditor hereby votes to Opt-In to the Liquidating Trust Proceeds (Insurance Settlement) and the Releases under the Plan as follows:

| [X] | I <u>Opt-In</u> to the Releases and will Participate in the Liquidating Trust Proceeds per the Plan |
| --- | --- |
| [ ] | I <u>Opt-Out</u> of the Releases under the Plan and do not want to participate in recovery under the Liquidating Trust |

</div>

Definitions and provisions related to the Consenting Creditor Release and Source of Recovery for Pool Claims per the Plan are:

Article I. 27:

"*Consenting Creditors*" means collectively the following, in its capacity as such with each being a "*Consenting Creditor*": (a) all Holders of Claims or Interests that vote to accept or are deemed to accept the Plan <u>and</u> who check the box on the applicable form to affirmatively opt in to the releases contained in Article IX.D; (b) all Holders of Claims or Interests that vote to accept the Plan and who affirmatively opt in to the releases provided in this Plan; and (c) all Holders of Claims or Interests that vote to reject this Plan or are deemed to reject this Plan and who affirmatively op in to the releases provided by the Plan; provided that, in each case, an Entity shall not be a Consenting Creditor if it (1) does not elect to opt in to the Third Party Release or (2) timely objects to the Third-Party Release through a formal objection filed on the docket of the Bankruptcy Case that is not resolved before Confirmation.

Article I. 77:

"*Released Parties*" means collectively the following, in each case in its capacity as such with each being a "*Released Party*": (a) the Debtor; (b) Edgar Castro and Fausto Castro, the Debtor's Members; (c) the Liquidation Trustee; (d) Federated Insurance; and, (e) for each Entity listed in (a) through (d), each of their respective current and former officers, directors, and managers; (f) each of their respective current and former employees and agents; and (g) each of their respective attorneys and other professional advisors."

Article IX. I. 2. **For the Source of Recover for Pool Claims**, provides:

**For the avoidance of doubt, creditors that would otherwise have a Pool Claim (Class 4) that do not opt in to the Consensual Claimant Release and therefore are not Consenting Creditors will not participate in the proceeds of the Insurance Settlement or any other distributions the Liquidation Trustee.**