B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Western District of Texas

In re: <u>Hot Crete, LLC, Debtor</u>          Case No.: <u>24-10303-SMR</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cody Pools, Inc. | Steve Henriksen |
|---|---|
| Name of Transferee | Name of Transferor |

Name and address where notices to transferee should be sent:

Richard Beadle, Chief Financial Officer
Cody Pools, Inc.
101 E. Old Settler Blvd., Suite 200
Round Rock, TX 78664

Court Claim # (if known): <u>156</u>
Amount of Claim[1]: <u>$212,000</u>
Date Claim Filed: <u>10/31/2024</u>

C/O Joel Pardo, Pardo & Homan, PC
Phone: <u>281-584-6670</u>
Last Four Digits of Acct #: <u>         </u>

Phone: <u>(512) 807-3033, ext. 2002</u>
Last Four Digits of Acct #: <u>         </u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>                        </u>
Last Four Digits of Acct #: <u>         </u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Richard Beadle</u>          Date: <u>April 29, 2026</u>
     Transferee/Transferee's Agent

---

[1] Nothing herein shall be construed as an admission, stipulation, acknowledgment, or agreement by Cody Pools, Inc. to the amount of the claim addressed by this Transfer of Claim. Cody Pools, Inc. expressly reserves, and this Transfer of Claim is expressly without prejudice to, any and all rights of Cody Pools, Inc. to assert a different or higher amount on account of the claim addressed hereby. Further, this Transfer of Claim shall extend to any amendments that have been filed, or may be filed in the future, with respect to the claim addressed herein.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.