**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HOT CRETE, LLC,** | § | **Case No. 24-10303-smr** |
| | § | |
| Debtor. | § | **Chapter 11** |

---

### EXHIBIT A – FEE APPLICATION SUMMARY

---

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 903 San Jacinto Blvd., Suite 322, Austin, Texas 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

**PLEASE NOTE:** Pursuant to Local Rule 2016(a)(2), any party in interest may obtain a copy of the Compensation Support Exhibit at no charge by requesting a copy of same from the undersigned attorney.

I.  **CLIENT:**  Hot Crete, LLC


II.  **REQUESTING APPLICANT/FIRM:**

**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100

EXHIBIT A – FEE APPLICATION SUMMARY

### III. TOTAL AMOUNT OF FEES REQUESTED:

|   |   |   |
|---|---|---|
| a. | Total Fees: | $200,290.50 |
| b. | Total Expenses: | $24,536.94 |
| c. | Total Fees & Expenses: | $224,536.94 |
| d. | Retainer, if any: | $20,000.00 |
| e. | Pre-petition Billed: | $11,808.50 |
| f. | Collateral Post-Petition: | $8,191.50 |
| g. | Additional amount to be paid: | $216,635.94 |
| h. | Full time period covered: | March 22, 2024 through June 5, 2026 |

### IV. BREAKOUT OF CURRENT APPLICATION:

*Total Fess by Professionals:*

| Professional | Title | Hourly Rate | Total Hours | Fees |
|---|---|---:|---|---:|
| T. Headden | Clerical | $0.00 | 3.5 | $0.00 |
| T. Headden | Attorney | $200.00 | 2.0 | $400.00 |
| T. Headden | Attorney | $400.00 | 385.5 | $154,200.00 |
| R. Satija | Attorney | $525.00 | 15.9 | $8,347.50 |
| C. Shelton | Attorney | $450.00 | 1.2 | $540.00 |
| B. Norwood | Attorney | $350.00 | 4.9 | $1,715.00 |
| M. Holmes | Clerical | $0.00 | 0.9 | $0.00 |
| M. Holmes | Paralegal | $195.00 | 0.4 | $78.00 |
| S. Villarreal | Paralegal | $150.00 | 224.5 | $33,675.00 |
| S. Villarreal | Clerical | $0.00 | 39.1 | $0.00 |
| M. Arabpour | Paralegal/Intern | $150.00 | 8.9 | $1,335.00 |
| **Total** |  |  | **686.8** | **$200,290.50** |

MINIMUM FEE INCREMENTS: 0.1 hour (6 mins)

TOTAL EXPENSES: $24,536.94

AMOUNT BILLED FOR PREPARATION OF THIS FEE APPLICATION: $2,650.00

| Expense Category | Total Expenses | Percentage of Total |
|---|---:|---:|
| E102 Outside Printing | $15,799.48 | 64.39% |
| E108 Outside Postage | $8,112.92 | 33.06% |
| E109 Local Travel | $4.50 | 0.018% |
| E112 Court Fees | $542.20 | 2.2% |
| X101 In-House Printing (Black & White | $12.60 | 0.051% |
| X102 In-House Printing (Color) | $57.00 | 0.26% |
| X113 In-House Postage | $5.24 | 0.021% |
| **Total** | **$24,536.94** | **100%** |

EXHIBIT A – FEE APPLICATION SUMMARY

*Total Fees by Category:*

| Category | Hours | Total Amount | Percentage of Total |
|---|---|---|---|
| Asset Analysis | 0.8 | $195.00 | 0.097% |
| Case Administration | 46.3 | $935.00 | 0.47% |
| Cash Collateral | 6.8 | $2,570.00 | 1.28% |
| Claims | 49.5 | $9,265.00 | 4.63% |
| Claims Analysis | 5.8 | $1,695.00 | 0.85% |
| Creditor Matters | 83.6 | $26,087.50 | 13.02% |
| Discovery | 6.7 | $2,270.00 | 1.13% |
| Dismissal | 1.2 | $380.00 | 0.19% |
| Employment of Professionals | 23.5 | $6,920.00 | 3.45% |
| Fee Application | 16.5 | $2,650.00 | 1.32% |
| General Bankruptcy Matters | 43.6 | $13,333.00 | 6.66% |
| General Business Matters | 20.9 | $7,505.00 | 3.75% |
| Insurance Claim | 0.5 | $75.00 | 0.037% |
| Lift Stay | 19.0 | $6,335.00 | 3.16% |
| Litigation Matters | 12.6 | $5,165.00 | 2.58% |
| Plan and Disclosure Statement | 241.0 | $90,115.00 | 45.00% |
| Sale Matters | 25.4 | $9,645.00 | 4.82% |
| Schedules/SOFA | 80.0 | $13,950.00 | 6.96% |
| Settlement | 1.5 | $560.00 | 0.28% |
| Tax Matters | 1.6 | $640.00 | 0.32% |
| **Total** | **686.8** | **$200,290.50** | **100%** |

## V.  PRIOR APPLICATIONS:

This is Hayward's first fee application for Hot Crete, LLC.

## VI.  OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:

| **NAME** | **PARTY/PARTY REPRESENTED** |
|---|---|
| **TERRA POINT, LLC, BROKER** | **DEBTOR'S BANKRUPTCY ESTATE** |
| **ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP, SPECIAL LITIGATION COUNSEL** | **DEBTOR'S BANKRUPTCY ESTATE** |

## VII.  RESULTS OBTAINED:

Hayward PLLC assisted the Debtor in a successful Liquidating Plan.

EXHIBIT A – FEE APPLICATION SUMMARY

DATED: June 5, 2026

Respectfully submitted,

**HAYWARD PLLC**

BY: */s/ Todd Headden*
Todd Headden
Texas State Bar No.: 24096285
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7104 (Phone/Fax)
theadden@haywardfirm.com

***Counsel for Hot Crete, LLC***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *Fee Application Summary* for the "*Application of Hayward PLLC for Compensation as Attorneys for Hot Crete, LLC from March 22, 2024 through June 5, 2026*" was served on June 5, 2026 via CM/ECF on all parties requesting such service. Further, within one business day thereof, the *Fee Application Summary* was served on all parties on the creditor matrix attached to the Fee Application by United States First Class Mail unless otherwise indicated. Exhibits other than Exhibit A are available upon request.

*/s/ Todd Headden*
Todd Headden

EXHIBIT A – FEE APPLICATION SUMMARY