B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re: Hot Crete, LLC, Debtor

Case No.: 24-10303-SMR

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cody Pools, Inc.
Name of Transferee

Name and address where notices to transferee should be sent:

Richard Beadle, Chief Financial Officer
Cody Pools, Inc.
101 E. Old Settler Blvd., Suite 200
Round Rock, TX 78664

Phone: (512) 807-3033, ext. 2002
Last Four Digits of Acct #: ___________

Name and address where transferee payments should be sent (if different from above):

Phone: ___________________________
Last Four Digits of Acct #:___________

Dow Reid, c/o Guillermo Ochoa-Cronfel
Name of Transferor

Court Claim # (if known): 38
Amount of Claim[1]: $90,292
Date Claim Filed: 9/6/2024

Phone: 512-347-9600
Last Four Digits of Acct #: ___________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ Richard Beadle*
Transferee/Transferee's Agent

Date: September 3, 2026

[1] Nothing herein shall be construed as an admission, stipulation, acknowledgment, or agreement by Cody Pools, Inc. to the amount of the claim addressed by this Transfer of Claim. Cody Pools, Inc. expressly reserves, and this Transfer of Claim is expressly without prejudice to, any and all rights of Cody Pools, Inc. to assert a different or higher amount on account of the claim addressed hereby. Further, this Transfer of Claim shall extend to any amendments that have been filed, or may be filed in the future, with respect to the claim addressed herein.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.